**EXHIBIT 1**

**Int. Cls.: 16 and 42**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100 and 101**

**United States Patent and Trademark Office**

**Reg. No. 2,423,459**

Registered Jan. 23, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## LIBERTARIAN PARTY

LIBERTARIAN NATIONAL COMMITTEE, INC. (D.C. NON-PROFIT CORPORATION)
2600 VIRGINIA AVENUE, N. W.. SUITE 100
WASHINGTON, DC 20037

FOR: NEWSPAPERS, BROCHURES, PAMPHLETS AND BOOKLETS CONCERNING POLITICAL ISSUES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1–0–1972; IN COMMERCE 1–0–1972.

FOR: POLITICAL PARTY SERVICES, NAMELY, PROMOTING THE INTERESTS OF A POLITICAL PARTY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1–0–1972; IN COMMERCE 1–0–1972.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''PARTY'', APART FROM THE MARK AS SHOWN.

SER. NO. 75–937,476, FILED 3–7–2000.

PRISCILLA MILTON, EXAMINING ATTORNEY

**Int. Cls.: 16 and 42**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100 and 101**

**Reg. No. 2,423,459**

## United States Patent and Trademark Office

Registered Jan. 23, 2001

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## LIBERTARIAN PARTY

LIBERTARIAN NATIONAL COMMITTEE, INC. (D.C. NON-PROFIT CORPORATION)
2600 VIRGINIA AVENUE, N. W.. SUITE 100
WASHINGTON, DC 20037

FOR: NEWSPAPERS, BROCHURES, PAMPHLETS AND BOOKLETS CONCERNING POLITICAL ISSUES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1–0–1972; IN COMMERCE 1–0–1972.

FOR: POLITICAL PARTY SERVICES, NAMELY, PROMOTING THE INTERESTS OF A POLITICAL PARTY, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 1–0–1972; IN COMMERCE 1–0–1972.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE ''PARTY'', APART FROM THE MARK AS SHOWN.

SER. NO. 75–937,476, FILED 3–7–2000.

PRISCILLA MILTON, EXAMINING ATTORNEY