

EXHIBIT 2

**Patents** | **Trademarks** | **Learning and Resources**

USPTO > Trademark > TSDR > Trademark Search

TSDR FAQ'S

For assistance with **TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

### Trademark Status & Document Retrieval (TSDR)

| SEARCH | MULTI-SEARCH |
| --- | --- |

US Serial, Registration, or Reference No. ▾ | 75937476 | **Status** | **Documents**

Status results found

| STATUS | DOCUMENTS | MAINTENANCE |
| --- | --- | --- |

⬇ Download ▾    Print Preview

| | |
| --- | --- |
| Generated on: | This page was generated by TSDR on 2026-05-07 17:09:16 EDT |
| Mark: | LIBERTARIAN PARTY |
| | **LIBERTARIAN PARTY** |
| US Serial Number: | 75937476 |
| Application Filing Date: | Mar. 07, 2000 |
| US Registration Number: | 2423459 |
| Registration Date: | Jan. 23, 2001 |
| Register: | Principal |
| Mark Type: | Trademark, Service Mark |
| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active |
| | The trademark application has been registered with the Office. |
| Status: | The registration has been renewed. |
| Status Date: | Aug. 05, 2020 |
| Publication Date: | Oct. 10, 2000 |

#### Mark Information

Expand All

| | |
| --- | --- |
| Mark Literal Elements: | LIBERTARIAN PARTY |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S) |
| Disclaimer: | "PARTY" |

#### Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
| --- | --- |
| For: | NEWSPAPERS, BROCHURES, PAMPHLETS AND BOOKLETS CONCERNING POLITICAL ISSUES |
| International Class(es): | 016 - Primary Class |
| U.S Class(es): | 002, 005, 022, 023, 029, 037, 038, 050 |
| Class Status: | ACTIVE |
| First Use: | Jan. 1972 |
| Use in Commerce: | Jan. 1972 |

| | |
| --- | --- |
| For: | POLITICAL PARTY SERVICES, NAMELY, PROMOTING THE INTERESTS OF A POLITICAL PARTY |
| International Class(es): | 042 - Primary Class |
| U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE |
| First Use: | Jan. 1972 |
| Use in Commerce: | Jan. 1972 |

#### Basis Information (Case Level)

| | | | |
| --- | --- | --- | --- |
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

#### Current Owner(s) Information

| | |
| --- | --- |
| Owner Name: | Libertarian National Committee, Inc. |
| Owner Address: | 1444 Duke Street Alexandria, VIRGINIA UNITED STATES 22314 |
| Legal Entity Type: | NON-PROFIT CORPORATION |
| State or Country Where Organized: | DISTRICT OF COLUMBIA |

#### Attorney/Correspondence Information

**Attorney of Record**

| | | | |
| --- | --- | --- | --- |
| Attorney Name: | Clifford D. Hyra | Docket Number: | HI.IBE-T02-US |
| Attorney Primary Email Address: | cliff@freship.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
| --- | --- |
| Correspondent Name/Address: | Clifford D. Hyra Fresh IP PLC 11710 Plaza America Drive Suite 2000 Reston, VIRGINIA United States 20190 |
| Phone: | 866-913-3499 |
| Fax: | 866-913-3501 |
| Correspondent e-mail: | cliff@freship.com docketing@freship.com |
| Correspondent e-mail Authorized: | Yes |

Domestic Representative - Not Found

#### Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Dec. 07, 2023 | NOTICE OF SUIT | |
| Oct. 03, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 03, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 03, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 03, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Oct. 03, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 05, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Aug. 05, 2020 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Aug. 05, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 05, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jun. 08, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 23, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Dec. 30, 2014 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Dec. 30, 2014 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 14, 2010 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Oct. 14, 2010 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Oct. 13, 2010 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 16, 2007 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK | |
| Feb. 15, 2007 | ASSIGNED TO PARALEGAL | |
| Feb. 15, 2007 | ASSIGNED TO PARALEGAL | |
| Dec. 13, 2006 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Dec. 13, 2006 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 13, 2006 | CASE FILE IN TICRS | |
| Jan. 23, 2001 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 10, 2000 | PUBLISHED FOR OPPOSITION | |
| Sep. 08, 2000 | NOTICE OF PUBLICATION | |
| Aug. 07, 2000 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 07, 2000 | ASSIGNED TO EXAMINER | |

#### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
| --- | --- | --- | --- |
| Current Location: | GENERIC WEB UPDATE | Date in Location: | Aug. 05, 2020 |

#### Assignment Abstract Of Title Information - None recorded

#### Proceedings - None recorded

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



**UNITED STATES PATENT AND TRADEMARK OFFICE**

**BROWSE BY TOPIC**
Patents
Trademarks
Learning & Resources
About the USPTO
Glossary
Careers
Contact Us

**ABOUT THIS SITE**
Accessibility
Privacy Policy
Terms of Use
Security
Systems Status
Site Map

**USPTO BACKGROUND**
Federal Activity Inventory Reform Act (FAIR)
USPTO Budget and Performance
Freedom of Information Act
Information Quality Guidelines

**FEDERAL GOVERNMENT**
Regulations.gov
StopFakes.gov
USA.gov
Department of Commerce
Strategy Targeting Organized Piracy