**EXHIBIT 3**

# Libertarian Party

**NATIONAL HEADQUARTERS:**
**7748 LOWELL BOULEVARD**
**WESTMINSTER, COLO. 80030**
**PHONE (303) 429-0400**

## NEWS RELEASE

For further information,
call Susan Nolan at
Party Headquarters

## NEW POLITICAL PARTY
## TO UNVEIL PLANS JANUARY 31

A new political party, dedicated to the proposition that social and economic liberties are inseparable, will make its public debut in Denver, Colorado, on January 31, 1972.

At a Press Conference scheduled for 2:30 pm MST, in the Empire Room of the Cosmopolitan Hotel, the national officers of the Libertarian Party will announce their organization's plans for 1972, and answer questions raised by representatives of the press, radio, and television. Among the topics to be covered are the party's stands on the major issues of the day, its election strategy, and its long-range goals.

The Libertarian Party has officially been in existence for only six weeks; the organization grew out of an ad-hoc organizing committee made up of 100 libertarian leaders around the country. According to the party's temporary chairman, David F. Nolan, 28, their purpose in founding the Libertarian Party was "to show the American people that it is possible to take stands that are consistent with the principles of freedom, and, by so doing, to demonstrate the moral bankruptcy of both 'liberalism' and 'conservatism'."

The party currently claims a membership of 250, and expects to have 10,000 members by Election Day. Most of its members, according to the party's leadership, are in their 20's and 30's, and were formerly affiliated with the GOP. They left the GOP, according to Nolan, because of President Nixon's "continuing movement towards totalitarianism, both in the area of economics, and in the suppression of civil liberties."


TANSTAAFL

The party's leaders say that they plan to run candidates for President and Vice-President this year, and hope to be on the ballot in at least ten states. In the remaining states, they say, they will conduct write-in drives for their as-yet-unnamed candidates. A national convention, open to all party members, will be held in Denver this summer.

"Our first goal," says Nolan, "is to draw enough votes this November to show the Republicans and Democrats that there are a lot of people who are fed up with Big Brother government ... hopefully, enough people that the men in Washington will change their ways. We also hope, by advocating liberty in a consistent manner, to hasten the realignment of the political spectrum in this country along lines more rational than the present outdated left-to-right lineup."

Luke Zell, chairman of the Libertarian Party of Colorado, will be present at the Press Conference, along with the temporary national officers, to answer questions about his plans for activity in Colorado.

-30-