EXHIBIT 4

# Libertarian Party

**NATIONAL HEADQUARTERS:**
**7748 LOWELL BOULEVARD**
**WESTMINSTER, COLO. 80030**
**PHONE (303) 429-0400**

# Newsletter

NUMBER 2

JANUARY, 1972

## "Libertarian Party" is name choice;

## Convention to meet in Denver, June 4-7

In response to the questionnaire sent out with Newsletter #1, the members of the Committee to Organize a Libertarian Party chose the name Libertarian Party, by a vote of 111 to 87 (weighted voting; see page 2). In an even more decisive vote (95 to 59), they selected the first week in June as the best time for the new party to hold its first national convention.

Based on this latter vote, the temporary Steering Committee of the Libertarian Party has tentatively set the time of the Convention for June 4-7, and has named Denver, Colorado as the Convention site. Tentative Convention agenda is as follows:

Sunday, June 4 -- Open hearings by platform and constitution committees.

Monday, June 5 -- Closed committee sessions, workshops, first session of the convention (to vote on rules, constitution and by-laws). Evening open for caucuses of various groups who wish to hold them.

Tuesday, June 6 -- Second convention session (to vote on platform).

Wednesday, June 7 -- Third and final convention session (to elect Party's officers for 1972-74, and to nominate candidates for President and Vice-President of the United States). Big bash in the evening.

Thursday, June 8 -- Brief open session of the newly-elected Executive Committee, to deal with such matters are necessary.

As currently planned, the Convention will be open to all Libertarian Party members, and registration will cost $25 for the whole three-day affair.  In order to give the convention planning committee some idea of how many people to expect, please indicate the likelihood that you will attend, on the enclosed form.

SYMBOL AND SLOGAN ADOPTED

By a narrow vote (88 to 79), Committee members chose the Libersign as the Libertarian Party's official emblem; regarding a slogan, there was no clear-cut choice ("Laissez Faire" was preferred over "Live and Let Live," but both choices received many negative comments, and numerous alternatives were suggested).  The logo shown in the lower right-hand corner of this page was therefore adopted by the temporary Executive Committee, in a unanimous vote. Libertarian Party member John James, a graphic artist, then volunteered to draw it up. The logo has been trademarked, and will be used as an identifying mark by the Party and its state affiliates, on literature and on ballots (in states where this is permitted).

TANSTAAFL

**Rothbard first choice for Presidential candidate;
Greenspan, Kellems, Fitzgerald make strong showings**

By a wide margin, the 52 people who returned their questionnaires by December 15th indicated that Murray Rothbard would be their first choice to be the Libertarian Party's Presidential nominee in 1972. Running well behind Rothbard, but well ahead of everyone else, was Alan Greenspan.

As with the other questions, the results were tabulated by giving 3 points for an "excellent" rating, 2 for a "good," 1 for a "fair," 0 if no response was given, and -1 for a "poor." On this basis, the 14 possibilities given scored as follows; total point scores are given first, with composite ratings, to the nearest tenth of a point, in parentheses ...

| | | |
|---|---|---|
| Rothbard | 124 | (2.4) |
| Greenspan | 95 | (1.8) |
| Kellems | 75 | (1.4) |
| Fitzgerald | 71 | (1.3) |
| Anderson | 70 | (1.3) |
| Crane | 69 | (1.3) |
| Heinlein | 62 | (1.2) |
| Gross | 59 | (1.1) |
| Friedman | 54 | (1.0) |
| Ervin | 49 | (1.0) |
| Manne | 49 | (1.0) |
| Hess | 29 | (0.6) |
| Proxmire | -1 | (0.0) |
| Hatfield | -7 | (-.1) |

On the basis of these returns, the following judgments can be made: First, if it is at all possible to persuade Rothbard to accept the nomination, this should be done. If not, any of the next five possibilities would probably be acceptable to a majority of libertarians; these same five people should also be given first consideration in seeking a VP nominee. The next bloc of five (Heinlein through Manne) are worth contacting for the VP nomination, if none of the top six can be persuaded. The bottom three can be eliminated as being unacceptable to most libertarians.

It should be emphasized, however, that it is by no means yet time to "close the door." The nomination will be determined at the Convention in June, and entries will be welcomed up until that time; several new possibilities have been suggested, in fact, and will be contacted if none of the front-runners above are available.

Copies of the platform will be sent to all but the bottom three of the people listed above, along with a letter soliciting their reactions. Those who respond favorably will then be sounded out regarding their willingness to run on our ticket. To help persuade Dr. Rothbard that he should seek the Presidential nomination, we suggest that all LP members send him a letter or postcard urging him to run; if possible, get up a petition among the local libertarians, and/or have them write to him too. His address is Box 341, Madison Square Station, NY 10010.

The Libertarian Party Newsletter is published on the 15th of each month, by the national office of the Libertarian Party. Items of interest to political activists in the libertarian movement are welcome. Editor: David F. Nolan.

**MEMBERSHIP GOALS
1,000 by Convention Time
10,000 by Election Day**

Extra copies of this Newsletter may be ordered at $1 for 10.

## PLATFORM COMMENTS WELCOMED

If you have any comments, pro or con, concerning the Temporary Platform, please send them in, on the back of the enclosed reply form. Your opinion counts!

## MEMBERSHIP APPLICATION

A copy of our new Membership Application is enclosed with this issue; if you're already a member, you need not fill it out, although we'd appreciate having the information. Members of the Organizing Committee who have not yet joined the party, please fill out the Application and return it, with your 1972 dues, if you wish to remain on our mailing list. No more material will be sent to people other than Party members and Newsletter subscribers after this mailing -- so join now!

Additional copies of the Membership Application are available, free on request.

## STATE CHAIRMEN NEEDED

Libertarian Party Chairmen are needed in all states except Colorado; if you are interested, and willing to spend the time and effort necessary to build a Party organization in your state, write and let us know. Include a resumé of your political experience.

This is going to be a grass-roots party; the national office will not be able to do the organizational work in the various states. We will provide literature, ideas, and names of people who inquire for info, but you will have to get things going in your state yourselves. So, let's get going!

## A CORRECTION

In our November Newsletter, we referred to Milton Friedman as the originator of the "guaranteed income" plan. LP member David Friedman informs us that his father was not the originator of this idea and does not advocate such a measure. Our mistake; we apologize.

## THANKS

To LP Vice-Chairman Pipp Boyls, for drafting the Temporary Platform (after much consultation with others).

To John James, for donation of his graphic talents to render our Party logo.

To Colorado LP Chairman Luke Zell, for becoming the Party's first Lifetime Member.

To Reason, Hard Core News, SIL News, A is A, NYLA News, and Quillon for their "mentions" of the Party in recent issues.

## COLORADO LP MEMBERS PUBLISH "THE FIRE BRINGER"

A group of Colorado Springs libertarians active in the Party also publish an excellent newspaper, The Fire Bringer, which is devoted to comments on current affairs. Subscriptions are $5 per year, with bulk rates available. For a free copy, write to: The Fire Bringer, PO Box 4749, Colorado Springs 80909.

## NEW BOOK DOCUMENTS $179 BILLION WASTED BY BUREAUCRATS

A good source of data on how Uncle Sam throws our money away is the new book, Where The Money Went, which documents losses totalling $179 billion incurred by government "enterprises." Order from Fact Sheet, 6413 Franklin Avenue, Los Angeles, CA 90028. $1.25, paperback.

## LEARN HOW TO CONDUCT A PETITION DRIVE TO GET REFERENDA ON THE BALLOT

Information available from LP member Mike Timko, 11444 Olympic Blvd, #96, Los Angeles, CA 90064. This is one way we can increase our "muscle," get publicity, and win recruits.

## BALLOT REQUIREMENTS

Listed below are the requirements for getting on the ballot in 42 of the 50 states. We cannot guarantee 100% accuracy, as the requirements change with time, but in most cases they should be correct. In some states, the requirements vary from office to office; hence the ambiguous figures. Also, for some states there is more than one date given under the "petition deadline" heading; the earlier is the opening date for circulating petitions, and the latter the filing deadline. If you live in the District of Columbia, or in one of the eight states we lack data for, we would like to hear from you regarding the situation where you live. The missing eight are: Alabama, Alaska, Delaware, Idaho, Iowa, Mississippi, Nebraska, and Tennessee. States where we appear to have the best chance are denoted by three asterisks.

| STATE | PETITION REQUIREMENTS | PETITION DEADLINE |
|---|---|---|
| Arizona ** * | 1% of gubernatorial vote | 9/22/72 |
| Arkansas | 15% of all voters | 6/20/72 |
| California | 1% of last Presidential vote | 8/29/72 - 9/22/72 |
| Colorado ** * | 300 signatures | 9/23/72 |
| Connecticut | ½% of last Presidential vote | 9/5/72 |
| Florida | 3/4% of all voters | 8/15/72 |
| Georgia | 5% of last total vote | 12/18/71 - 6/14/72 |
| Hawaii *** | 25 voters | 8/23/72 |
| Illinois | 25,000 voters | 8/7/72 |
| Indiana *** | ½% of vote for Secretary of State | 9/1/72 |
| Kansas | 3% of vote for Governor, plus convention | 4/21/72 |
| Kentucky ** * | 1,000 voters | 9/13/72 |
| Louisiana ** * | 1,000 voters | 9/23/72 |
| Maine | 1% of gubernatorial vote | 8/15/72 |
| Maryland | 3% of all voters | 3/7/72 |
| Massachusetts | 3% of gubernatorial vote | 8/1/72 |
| Michigan | 1-4% of vote for winning Sec. of State | 5/8/72 |
| Minnesota *** | 2,000 signatures | 10/31/72 |
| Missouri | 1% of Governor vote in each Cong. District, or 2% in half of districts | 10/31/72 |
| Montana | 5% of gubernatorial vote | 8/9/72 |
| Nevada | 5% of Congressional vote | 6/12/72 - 7/14/72 |
| New Hampshire *** | 1,000 signatures | 9/28/72 |
| New Jersey | 800 signatures | 4/26/72 |
| New Mexico | 5% of voters, plus a convention | 9/11/72 |
| New York | 12,000 signatures | To be determined |
| North Carolina | 25% of all voters | 5/27/72 |
| North Dakota *** | 300 signatures | 9/28/72 |
| Ohio | 4-8% of all voters | 2/2/72 |
| Oklahoma | 5% of eligible voters | 7/10/72 - 7/12/72 |
| Oregon | 3% of Presidential vote | 7/28/72 - 8/29/72 |
| Pennsylvania | ½% of largest vote for state office | 3/8/72 - 3/29/72 |
| Rhode Island *** | 500 signatures | 8/12/72 |
| South Carolina | 10,000 signatures | 9/8/72 |
| South Dakota | 2-5% of vote for governor | 8/9/72 |
| Texas | 1% of vote for governor | 7/3/73 |
| Utah | 300 signatures | 5/10/72 |
| Vermont *** | 1% of vote for governor | 9/8/72 - 9/21/72 |
| Virginia | 1% of voters in each election district | 6/13/72 |
| Washington ** * | Convention attended by 100 voters, held on | 9/19/72 |
| West Virginia | 1% of Presidential vote | 5/8/72 |
| Wisconsin *** | 3,000 - 5,000 signatures | 8/19/72 |
| Wyoming *** | 100 signatures | 8/9/72 - 9/28/72 |

Most states require that minority parties have their nominee named before they can circulate petitions. This means any states with deadlines before July are probably out. Any corrections, additions, or clarifications to this listing would be appreciated. Also, any news of efforts to obtain petitions, where it is possible.

# RECRUITING CONTEST
## FIRST PRIZE $100

If the Libertarian Party is to have any significant effect on the course of events in 1972, it must have enough members to conduct effective campaigns, and to command some respect from candidates of other parties whose stands on key issues might be swayed. For this reason, the national office of the Libertarian Party is conducting a membership recruiting contest.

The rules are simple. The LP member who recruits the greatest number of additional members between January 1, 1972 and April 30, 1972 will receive an award of $100, to be applied towards convention expenses; the award will be presented at the Party's national convention, in June.

Second prizes of $50, and third prizes of free convention registration (value, $25) will also be presented. Depending on how things go, fourth prizes of some sort may also be awarded.

Since all memberships are not of equal value, points in the contest will be given on the following basis: Student Memberships, 1 point; Regular Memberships, 2 points; Sustaining Memberships, 3 points; Life Memberships, 25 points; Life Sustaining Memberships, 50 points.

All Party members except the national officers are eligible to compete, but you may not count your own membership towards your point total. To receive credit for new memberships, the members you recruit must name you as the person who caused them to join the Party, in the space provided on the Membership Application -- so be sure to tell people whom you recruit to do this.

The first prize of $100 towards convention expenses will be awarded to only one individual, who must earn a minimum of 100 points in the contest.

Second prizes ($50 towards convention expenses) will be awarded to all Party members who earn 50 points or more. Third prizes (free registration) will be awarded to all members who earn 25 points or more. No member may receive more than one prize, however; i.e. someone who earns 50 points receives only a second prize, not a second and third.

To give everyone some help in recruiting members, the national office will provide any member who wishes with as many Membership Applications as he or she can reasonably use, free of charge. In addition, copies of the enclosed ad preprint may be obtained for 2¢ each, after you have used up the 10 free copies included in this mailing. Copies of the platform are available, at 4/$1, 10/$2, 25/$4, 50/$7, and 100/$12. Use the enclosed form to order material.

### RECRUITING TIPS

The enclosed ad preprints should not be handed out on a willy-nilly basis. Give or mail them to ten people whom you know to be good prospects for recruitment. If you are mailing them, enclose a personal letter encouraging the recipient to join, and telling him to cite you as his source of information about the party.

(over)

Write or stamp your name on the preprints, to give people someone
to contact locally, if you do  any mass distribution. If you're
going to distribute more than 250, stamp or type your name on one
of the enclosed copies, and have your local printer reproduce it;
this is faster and cheaper than ordering from the national office.

If you can get the ad placed in any publications, this is a good
way to reach people -- especially if you can do so without cost.
Add or substitute your own name and address before doing so, however.

If you are a student, place copies on bulletin boards and on other
suitable places around the school; again, add your own name and
address or phone number.

If you can, arrange to speak to local taxpayers groups, and/or
civic organizations, about the Libertarian Party. Have sufficient
copies of the platform on hand to give out copies to those who show
interest. Try to get local businessmen to sponsor placements of the
ad in the local papers, if you can't get a freebie placement.

If you are a student, organize an LP chapter on your campus; get
your school paper to run the ad, and/or news stories.

Seek out the local or state representatives of the following
organizations, and try to get an invitation to speak before them.
If you don't know who to contact, write the national headquarters
of each, and ask for the name of the contact in your area. Do not
say why you want the name, when you write.  Have copies of the
platform when you make your presentation -- and use common sense
regarding which points in the platform to stress in making your
presentation.

AMERICAN CIVIL LIBERTIES UNION, 156 Fifth Avenue, New York, NY 10010

JOHN BIRCH SOCIETY, 395 Concord Avenue, Belmont, Massachusetts 02178

LIBERTY AMENDMENT COMMITTEE, 6413 Franklin Ave., Los Angeles, CA 90028

SOCIETY FOR INDIVIDUAL LIBERTY, 304 Empire Bldg., Philadelphia, PA 19107

YOUNG AMERICANS FOR FREEDOM, 1221 Massachusetts Ave. NW, Washington DC 20005

When you write, ask for information on the organization, so as to
have a good idea of what points to stress in your talk.

And don't forget local Republican and Democratic organizations --
especially YRs and YDs. They won't let you make a presentation, but
you might attend a couple of meetings, and then approach those members
who seem disaffected with their current party, and inclined towards
a libertarian point of view.

Above all, when making presentations, keep your cool, and don't
get into heated arguments. Try to avoid becoming stereotyped as
"leftist" or "rightist."  And do not use the word anarchist. Also
avoid the words communist and fascist, unless you're talking about
someone generally regarded as being in one of those categories.