**LIBERTARIAN**

Who we are ⌄    Where We Stand ⌄    Take Action ⌄    Vote    Shop

Donate Now ⬀

The 2026 Libertarian National Convention site is live: Explore Now

# Welcome to the Libertarian Party

The Libertarian Party is your path forward to a future in which personal liberty, responsibility, and opportunity are revered and protected. We are "The Party of Principle" because our principles can't be bought, negotiated or intimidated.



On The Issues



Donate Today



Become a Member