The Libertarian Party of New Mexico (LPNM) Announces Its Independence from the LNC - Libertarian Party of New Mexico    **EXHIBIT 7** 7/27/26, 5:27 PM

The Wayback Machine - https://web.archive.org/web/20220826170608/https://lpofnm.us/the-libertarian...

Home        Candidates        About        Get Involved



Donate



**LPNM Team**

# The Libertarian Party of New Mexico (LPNM) Announces Its Independence from the LNC

 Facebook           Twitter           LinkedIn

The Libertarian Party of New Mexico recently responded to a letter from the LNC disputing the validity of our Constitutional Convention held in July. The LPNM responded to their letter asserting our legal associational rights as an independent, autonomous private organization. You can read our **response to the letter from LNC here**.

On August 25, The Libertarian Party of New Mexico Chair sent a letter back to LNC Chair, Angela McArdle informing her that the LPMN has removed the National Libertarian Party from the list of national organizations that LPNM affiliates with.

See our letter to the LNC below.



# Libertarian Party of New Mexico

8100 Wyoming Blvd NE Ste M4, #341, Albuquerque NM 87113

August 25, 2022

To the Libertarian National Committee
c / o Angela McArdle, Chair

To the Libertarian National Committee,

     Given the repeated refusal of the LNC to cease violating Article V, section 5 of the Libertarian Party Bylaws, the Libertarian Party of New Mexico has removed the National Libertarian Party from the list of national organizations that LPNM affiliates with. This action is effective upon delivery of this letter to the representatives of the Libertarian National Committee. In Liberty,

For the Central Committee of the Libertarian Party of New Mexico

*/s/ Chris Luchini*
Chris Luchini



# Libertarian Party of New Mexico

8100 Wyoming Blvd NE Ste M4, #341, Albuquerque NM 87113

August 25, 2022

To the Libertarian National Committee
c / o Angela McArdle, Chair

This letter serves to inform you that the Libertarian Party of New Mexico (LPNM) has terminated our affiliation with the Libertarian National Committee, Inc. (LNC) and all of its subsidiary bodies, effective immediately.

LPNM continues to operate as a recognized major party in the state of New Mexico. LPNM will no longer be participating in any LNC programs or procedures, including the election of Libertarian National Committee members, sending delegates to the LNC's national convention, and participating in the nomination of the LNC's candidates for President and Vice President, including placing those candidates on the ballot in New Mexico as LPNM nominees under LPNM's ballot status.

To make the point perfectly clear: LPNM is no longer an affiliate of the LNC, just like we are not affiliated with the Republican, Democratic, Green, or any other party's national committee. LPNM and the LNC are no longer, in any sense, part of the same political party. All connections between us whatsoever are now totally and completely severed.

For now, LPNM is a New Mexico political party without any national party affiliation, in the long and vibrant American tradition of alternatives to the duopoly organized within a single state.

In severing our affiliation with you, LPNM is asserting our rights to freedom of speech, association, and assembly, as protected by the First Amendment to the United States Constitution, the rulings of the Supreme Court regarding political parties, the laws and Constitution of New Mexico, and most importantly, the fundamental principles of freedom we defend as Libertarians.

We regret that it has come to this, but you have left us no choice. This outcome is entirely the result of the unprovoked, corrupt, and illegitimate attack on LPNM's autonomy undertaken by the LNC in recent weeks, and the broader pattern of intolerable misconduct emanating from the LNC. In particular:

You have violated, repeatedly and deliberately, the Bylaws of the national Libertarian Party, and refuse to acknowledge any limits on your claimed powers over us.

You have attempted, without any just cause or legitimate authority and in violation of an explicit provision of your own Bylaws, to abrogate the autonomy of our state party.

You have conspired, with a faction inimical to the principles of libertarianism, to impose upon us officers and governing documents foreign to our rules, unchosen by our members, and unacknowledged by the laws of our state.

You have adopted messaging and communications hostile to the principles for which the Libertarian Party was founded, serving no purpose other than to antagonize and embarrass.

You have conducted the business of the National Party in a manner that is unprofessional, incompetent, and unworthy of support.

You have threatened us with false accusations, and attempted to imperil our legal status and ballot access under the laws of New Mexico by repeating these false accusations to the state government, attempting to enlist the state's assistance in your corrupt scheme to violate our rights.

You have demonstrated a manifest hostility and unwillingness to serve all Libertarians, including openly making threats to withhold support from any Libertarian candidate who is critical of your faction, and disparaging other principled Libertarian candidates across the country.

You have denied, by word and deed, that LPNM is a voluntary organization which exists independent of its affiliation with the National Party, instead adopting the position that LPNM exists solely at your whim and subject to your complete control, regardless of the wishes of our members and the rules we have freely adopted to govern our own affairs.

You have conducted yourselves, both individually and collectively, in a manner wholly unfit to represent any organization with serious purposes and goals, and in so doing you demean and devalue the efforts and reputations of all Libertarians.

You have destroyed the system of free and fair internal elections for your own positions in the National Party, by refusing to seat national convention delegates from states hostile to your faction, thus calling into question the legitimacy of your own most recent convention, and have given every indication that you will repeat such offenses in the future, all for the purpose of illegitimately entrenching yourselves in perpetuity.

You have, by your malice and incompetence, made yourselves into such an unattractive employer that the accumulated talents of the Party are unwilling to serve in critical staff roles for the National Party, or for any state party which is affiliated with you.

You have rendered the National Party's Judicial Committee a useless and ineffectual check on your violations and offenses, by stuffing it with members whose sole criterion for being chosen was their unwavering loyalty to the same faction which you serve over and above any interests of the Party as a whole.

## More to explorer

### The Libertarian Party of New Mexico (LPNM) Responds to Letter from LNC

On August 9th, the Libertarian Party of New Mexico received a letter from the Libertarian National Committee Chair regarding our LPNM's July

## Leave a Reply

Your email address will not be published. Required fields are marked*

Comment*

Name*          Email*          Website

**Post Comment**

## ABOUT

**Constitution & Bylaws**

**LPNM Platform**

**Leadership**

**County Affiliates**

**Elected Officials**

**News**

**History**

## GET INVOLVED

**Register to Vote**

**LPNM Calendar**

**Join the Libertarian Party of NM**

**Volunteer**

## DONATE

We rely on the generosity of individual donors to support our programs to bring liberty and peace to all corners of New Mexico.

Donate Today

## CONNECT WITH US

Connect with us on social media and stay up to date with the latest news and events going on with the Libertarian Party of New Mexico.

