EXHIBIT 8

# SPECIAL MEETING MINUTES
# LIBERTARIAN NATIONAL COMMITTEE
# SEPTEMBER 11, 2022
# VIA ZOOM



## CURRENT STATUS:                    **FINAL**

### PREPARED BY **CARYN ANN HARLOS**, LNC SECRETARY

## TABLE OF CONTENTS

| | |
|---|---|
| **OPENING CEREMONY** | 4 |
| **CALL TO ORDER AND OPPORTUNITY FOR PUBLIC COMMENT** | 4 |
| **HOUSEKEEPING** | 4 |
| **ATTENDANCE** | 4 |
| **OPPORTUNITY FOR PUBLIC COMMENT** | 4 |
| **AGENDA** | 5 |
| **NEW BUSINESS WITH PREVIOUS NOTICE** | 5 |
| **COMMITTEE APPOINTMENTS** | 5 |
| AWARDS COMMITTEE | 5 |
| CONVENTION OVERSIGHT COMMITTEE | 7 |
| INFORMATION SERVICES COMMITTEE | 9 |
| **DISCUSS TIMELINE FOR BYLAWS APPOINTMENTS** | 10 |
| **DISCUSS LPA POLL** | 10 |
| **POLICY MANUAL AMENDMENTS** | 10 |
| CANDIDATE SUPPORT COMMITTEE | 11 |
| AFFILIATION | 12 |
| **CANDIDATE SUPPORT MOTIONS** | 13 |
| **NEW MEXICO DISAFFILIATION** | 14 |
| **ADOPTION OF GOALS** | 16 |
| **CLOSING PUBLIC COMMENT** | 17 |
| **EXECUTIVE SESSION** | 17 |
| **ADJOURNMENT** | 17 |
| **TABLE OF NUMBERED MOTIONS/BALLOTS** | 17 |
| **TABLE OF APPENDICES** | 18 |
| APPENDIX A – LOG OF REGISTRANTS | 19 |
| APPENDIX B – Information on LPA poll and NV candidate Darby Burns | 21 |
| APPENDIX C – LNC Strategy Goals 2022-2024 | 31 |

LEGEND: text to be inserted, text to be deleted, unchanged existing text, *substantive final main motions.*

All main substantive motions will be set off by *bold and italics in green font* (with related subsidiary and incidental motions *set off by highlighted italics*) and will be assigned a motion number comprising the date and a sequential number to be recorded in the Secretary's Main Motion/Ballot Tally record located at https://tinyurl.com/lncvotes2022

Points of Order and substantive objections will be indicated in **BOLD RED TEXT**.

All vote results, challenges, and rulings will be set off by ***BOLD ITALICS***.

The Secretary produces an electronic One Note notebook for each meeting that contains all reports submitted as well as supplementary information.  The notebook for this meeting can be found at https://tinyurl.com/Sept2022LNCMeeting

The LPedia article for this meeting can be found at: https://lpedia.org/wiki/LNC_Meeting_11_September_2022

Recordings for this meeting can be found at the LPedia link.

The QR codes lead to the video portion of the meeting being discussed.



## OPENING CEREMONY

### CALL TO ORDER AND OPPORTUNITY FOR PUBLIC COMMENT

Chair Angela McArdle called the meeting to order at 8:07 p.m. (all times Eastern).

## HOUSEKEEPING

### ATTENDANCE

The following were in attendance:[1]

**Officers:** Angela McArdle (Chair), Joshua Smith (Vice-Chair), Caryn Ann Harlos (Secretary), Todd Hagopian (Treasurer)

**At-Large Representatives:** Dustin Blankenship, Rich Bowen, Bryan Elliott, Steven Nekhaila, Mike Rufo

**Regional Representatives:** Miguel Duque (Region 1), Dave Benner (Region 2), Dustin Nanna (Region 3), Carrie Eiler (Region 4), Andrew Watkins (Region 5), Joseph Ecklund (Region 6), Linnea Gabbard (Region 7), Pat Ford (Region 8)

**Regional Alternates:** Kathy Yeniscavich (Region 1), Martin Cowen (Region 2), Joshua Clark (Region 4), Otto Dassing (Region 5), Mark Tuniewicz (Region 6), Donavan Pantke (Region 7)

**Absent:** Robley Hall (Region 8 Alternate), Connor Nepomuceno (Region 3 Alternate)

**Staff:** None

**Additional Attendees:** Richard Brown (Parliamentarian)

The gallery contained many attendees as noted in the Registration Roster attached hereto as **Appendix 1** comprising person who registered in advance, though not all of the registrants attended.

### OPPORTUNITY FOR PUBLIC COMMENT

The following persons spoke during public comment:

- Samuel Bohler (AL)
- Natalie Bruno (OK)
- Caryn Ann Harlos (LNC – spoke to nomination of Jeinay LeBlanc for Convention Oversight Committee)

---

[1] Steven Nekhaila and Joshua Smith arrived after the initial roll call.

- Will Hyman (WV)
- Austin Lynch (WV)
- Ken Moellman (KY)
- Mimi Robson (CA)

## AGENDA

The Chair previously submitted a proposed agenda as follows:[2]

| *Opening Ceremony* | | |
|---|---|---|
| Call to Order | | 8:00 p.m. |
| Attendance | | 5 Minutes |
| Opportunity for Public Comment (2 minutes each) | | 10 Minutes |
| *New Business with Previous Notice* | | |
| 1. Committee Appointments (Awards, Convention Oversight, Information Services) | Per Appl. Deadline | 20 Minutes |
| 2. Discuss timeline for bylaws appointments | Harlos | 5 Minutes |
| 3. LPA Poll | McArdle | 10 Minutes |
| 4. Policy Manual Amendment (Candidate Support Committee) | McArdle | 10 Minutes |
| 5. Policy Manual Amendment (Affiliation) | Harlos | 10 Minutes |
| 6. Candidate Support (Natalie Bruno, Darby Burn, Austin Lynch) | McArdle, Watkins | 15 Minutes |
| 7. Adoption of Goals | McArdle | 30 Minutes |
| 8. New Mexico Disaffiliation motion | Duque | 15 Minutes |
| *Executive Session* | | |
| 9. Legal discussion: legal updates and trademark | Various | 45 Minutes |
| *Closing Ceremony* | | |
| Announcements and Adjournment | | 11:00 p.m. |

## NEW BUSINESS WITH PREVIOUS NOTICE

### COMMITTEE APPOINTMENTS

***WITHOUT OBJECTION, Secretary Harlos moved to allow people to speak for nominations for one (1) minute after which the LNC would proceed to an OpaVote to close tomorrow midnight tomorrow via approval voting with no majority needed to elect. [20220911-01]***

*Awards Committee*



The following persons had previously applied and/or were nominated (LNC member names are bolded):

- John Cervone
- Lorenzo Gaztanga

---

[2] Per ballot 20220608-01, a 2/3 vote is required at the beginning of the meeting (or at the expiration of two hours) to extend time beyond two hours.

- Laurence Gillis
- Carl Jameson
- Jim Lark
- Matthew Lucas
- John McIntyre
- Jacob Miller
- Maya Ojalehto
- Robert Taylor
- **Mark Tuniewicz** (nominated by Caryn Ann Harlos at meeting)
- Paul Vazquez
- **Andrew Watkins** (self-nominated at meeting)

The following persons spoke to their nominations:

- Mark Tuniewicz
- Andrew Watkins

*Secretary Harlos moved to elect Mark Tuniewicz and Andrew Watkins as the two (2) of the three (3) required LNC members of the Awards Committee.* **[20220911-02]**

A roll call vote was conducted with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Blankenship | X | | |
| Bowen | X | | |
| Duque | X | | |
| Ecklund | X | | |
| Eiler | X | | |
| Elliott | X | | |
| Ford | X | | |
| Gabbard | X | | |
| Hagopian | X | | |
| Harlos | X | | |
| Nanna | X | | |
| Nekhaila | X | | |
| Rufo | X | | |
| Smith | X | | |
| Watkins | | | X |
| McArdle | | | X |
| TOTALS | 15 | 0 | 2 |

*This motion PASSED with a roll call vote of 15-0-2.* **[20220911-02]**

## ELECTION OF NON-LNC MEMBERS OF AWARDS COMMITTEE

**BALLOT NUMBER:** 20220911-03
**VOTING METHOD:** Approval Voting per OpaVote. Vote for as many candidates as desired. Two (2) candidates will be elected. A majority not needed to elect.

| CANDIDATE | VOTE TOTALS | LNC RECORDED VOTES 14 BALLOTS CAST |
|---|---|---|
| John Cervone | 0 | |
| Lorenzo Gaztanga | 1 | Eiler |
| Laurence Gillis | 2 | Eiler, Nekhaila |
| Carl Jameson | 0 | |
| Jim Lark | 14 | Benner, Blankenship, Bowen, Duque, Ecklund, Eiler, Elliott, Hagopian, Harlos, McArdle, Nanna, Nekhaila, Rufo, Watkins |
| Matthew Lucas | 10 | Benner, Blankenship, Duque, Elliott, Hagopian, Harlos, McArdle, Nekhaila, Rufo, Watkins |
| John McIntyre | 0 | |
| Jacob Miller | 1 | Blankenship |
| Maya Ojalehto | 4 | Benner, Bowen, Ecklund, Nekhaila |
| Robert Taylor | 0 | |
| Paul Vazquez | 0 | |
| NOTA | 0 | |

*Jim Lark and Matthew Lucas were elected as the non-LNC members of the Awards Committee.* [20220911-03]

*Convention Oversight Committee*



The following persons had previously applied and/or were nominated (LNC member names are bolded):

- Sylvia Arrowood
- John Ashbrook
- **Dustin Blankenship** (nominated by Rich Bowen at meeting)
- **Rich Bowen**
- Kelly Carden
- Chris Childs
- Miranda Corwin
- Ben DeJong
- **Miguel Duque**
- Nathan Gall
- Anthony Graybill
- **Todd Hagopian** (nominated by Rich Bowen at meeting)
- Amanda Harvey
- Stephen Kalwa
- Logan Lancaster
- Jeinay LeBlanc

- Joe Little
- Kelsey Lyon
- Jacob Miller
- Justino Rupard
- James Schulze
- Richard Spahn
- Robert Taylor
- Joe Wendt
- Jacob Woods

The following persons spoke to their nominations or for others:

- Rich Bowen spoke for himself, Jeinay LeBlanc, and Kelsey Lyon
- Joseph Ecklund spoke for Nathan Gall
- Pat Ford spoke for Jeinay LeBlanc and Kelsey Lyon
- Linnea Gabbard spoke for Miranda Corwin
- Donavan Pantke spoke for Jeinay LeBlanc

*Secretary Harlos moved to elect Dustin Blankenship, Rich Bowen, Miguel Duque, and Todd Hagopian as the four (4) required LNC members of the Convention Oversight Committee.* [20220911-04]

A roll call vote was conducted with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Blankenship | | | X |
| Bowen | | | X |
| Duque | | | X |
| Ecklund | X | | |
| Eiler | X | | |
| Elliott | X | | |
| Ford | X | | |
| Gabbard | X | | |
| Hagopian | | | X |
| Harlos | X | | |
| Nanna | X | | |
| Nekhaila | X | | |
| Rufo | X | | |
| Watkins | X | | |
| McArdle | | | X |
| TOTALS | 11 | 0 | 5 |

*This motion PASSED with a roll call vote of 11-0-5.* [20220911-02]

## ELECTION OF NON-LNC MEMBERS OF CONVENTION OVERSIGHT COMMITTEE

**BALLOT NUMBER:** 20220911-05
**VOTING METHOD:** Approval Voting per OpaVote.  Vote for as many candidates as desired.  Three (3) candidates will be elected. A majority not needed to elect.

| CANDIDATE | VOTE TOTALS | LNC RECORDED VOTES 15 BALLOTS CAST |
|---|---|---|
| Sylvia Arrowwood | 2 | Harlos, McArdle |
| John Ashbrook | 0 | |
| Kelly Carden | 11 | Benner, Blankenship, Duque, Elliott, Hagopian, Harlos, McArdle, Nanna, Nekhaila, Rufo, Watkins |
| Chris Childs | 9 | Benner, Blankenship, Duque, Elliott, Harlos, McArdle, Nekhaila, Rufo, Watkins |
| Miranda Corwin | 5 | Bowen, Duque, Eiler, Gabbard, Watkins |
| Ben DeJong | 1 | Hagopian |
| Nathan Gall | 2 | Bowen, Ecklund |
| Anthony Graybill | 0 | |
| Amanda Harvey | 0 | |
| Stephen Kalwa | 0 | |
| Logan Lancaster | 0 | |
| Jeinay LeBlanc | 11 | Benner, Blankenship, Bowen, Ecklund, Eiler, Elliott, Hagopian, Harlos, Nanna, Nekhaila, Rufo |
| Joe Little | 0 | |
| Kelsey Lyon | 6 | Bowen, Duque, Ecklund, Eiler, Gabbard, Nanna |
| Jacob Miller | 0 | |
| Justino Rupard | 0 | |
| James Schulze | 0 | |
| Richard Spahn | 0 | |
| Robert Taylor | 0 | |
| Joe Wendt | 0 | |
| Jacob Woods | 0 | |
| NOTA | 0 | |

*Kelly Carden, Chris Childs, and Jeinay LeBlanc were elected as the non-LNC members of the Convention Oversight Committee.* [20220911-05]

*Information Services Committee*



The following persons had previously applied and/or were nominated (LNC member names are bolded):

- John Anderson
- Ken Biles
- Samuel Bohler
- Roland Braelith
- Stephanie Bukley

- Justin Carman
- Nate Covinton
- **Miguel Duque**
- Charles Eakins
- Jeff Fortune
- Eric Fowler
- John Gemeilli
- Tony Hagopian
- Zachary Hohulin
- Doug Horton
- Gary Krause
- Christopher LaVesser
- Jess Mahan
- Lane Maxwell
- Richard McClain
- Jeff Meaux
- Ken Moellman
- Paul Ogle
- **Donavan Pantke**
- Robert Taylor
- Paul Tini
- Joseph Van Wagner
- Andrew Vickers
- Andrew Warshaver

The following persons spoke to their nominations or for others:

- Dave Benner spoke for Justin Carman
- Pat Ford spoke for Justin Carman
- Todd Hagopian spoke for Jeff Fortune
- Dustin Nanna spoke for Samuel Bohler and Ken Moellman
- Donavan Pantke spoke for himself and Ken Moellman
- Kathy Yenascavich spoke to Eric Fowler

No elections were held as this Committee is appointed by the Party Chair.

## DISCUSS TIMELINE FOR BYLAWS APPOINTMENTS



It was informally agreed that Secretary Harlos would send out Bylaws applications for the beginning of October to appoint at the November LNC meeting.

## DISCUSS LPA POLL



Chair McArdle led a discussion on this item in anticipation of a future vote (*see* **Appendix B**).

## POLICY MANUAL AMENDMENTS



*Candidate Support Committee*

***Chair McArdle moved the following Policy Manual amendment:***

Section 2.02 COMMITTEE SCOPE AND RESPONSIBILITIES

6) Candidate Support Committee

The Candidate Support Committee will develop and make available to Libertarian Party candidates for public office an application for LNC financial support based on current standards approved by the LNC. The Committee will also review applications and make recommendations to the LNC on their merits.

The Committee will review the standards within the first **six (6)** ~~three (3)~~ months of a new LNC term and report any needed changes to the LNC for approval no later than the **third (3rd)** ~~second (2nd)~~ LNC meeting of the term.

The Candidate Support Committee will develop, with support of LNC staff **and the IS Committee,** training for candidates and their staff to be presented both online and in LP training workshops. **If time and resources permit, t**~~T~~he Committee will also aid LNC staff **and the Affiliate Support Committee** in the development of various campaign templates for websites, printed materials, etc. that will be made available to LP candidates at little or no cost. **[20220911-06]**

A roll call vote was conducted with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Blankenship | X | | |
| Bowen | X | | |
| Duque | X | | |
| Ecklund | X | | |
| Eiler | X | | |
| Elliott | X | | |
| Ford | X | | |
| Gabbard | X | | |
| Hagopian | X | | |
| Harlos | X | | |
| Nanna | X | | |
| Nekhaila | X | | |
| Rufo | X | | |
| Watkins | X | | |
| McArdle | | | X |
| **TOTALS** | **15** | **0** | **1** |

***This motion PASSED with a roll call vote of 15-0-1.*** **[20220911-06]**



*Affiliation*

**Secretary Harlos moved the following Policy Manual amendment:**

Section 2.02 COMMITTEE SCOPE AND RESPONSIBILITIES

3) Affiliate Petitions

Organizations which wish to become state-level affiliate parties shall apply for such status on the petition form in the Appendix.  The LNC shall only consider a petition for affiliation if:

A.  The petitioners held a public meeting which was open to all current national Party members and immediately previous affiliate Party members (if applicable) residing in the state in which all of those members had an equal voice in adopting bylaws and electing leadership.

B.  Reasonable notice shall be sent to all current national Party members and immediately previous affiliate Party members (if applicable) residing in the state and to the LNC Chair and Secretary.  The Secretary or Chair shall forward the request to all LNC members.  The LNC or the Executive Committee may, but is not required to, publish the notice via its resources to the potential attendees.

SECTION 2.09 OTHER MATTERS

8) Affiliate Petition Form

Organizations which wish to become state-level affiliate parties shall apply for such status on the petition form in the Appendix.  [20220911-07]

**WITHOUT OBJECTION,** *Mr. Watkins moved to amend by striking "and immediately previous affiliate members (if applicable)" in both places it appears in the motion.*

A roll call vote was conducted on the main motion, as amended, with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Blankenship | X | | |
| Bowen | X | | |
| Duque | X | | |
| Ecklund | X | | |
| Eiler | X | | |
| Elliott | X | | |
| Ford | X | | |
| Gabbard | X | | |

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Hagopian | X | | |
| Harlos | X | | |
| Nanna | X | | |
| Nekhaila | X | | |
| Rufo | X | | |
| Watkins | X | | |
| McArdle | | | X |
| **TOTALS** | **15** | **0** | **1** |

*This motion PASSED with a roll call vote of 15-0-1.* **[20220911-07]**

## CANDIDATE SUPPORT MOTIONS



The following motions were previously noticed concerning candidates Natalie Bruno (OK), Darby Burns (NV), and Austin Lynch (WV) (see **Exhibit B** for information on Darby Burns):

***Allocate $4,000 towards Natalie Bruno's race in OK and $3,000 towards Darby Burn's race in NV from an available budget line.***

***Allocate $2,800 toward Austin Lynch's campaign in WV.***

We heard from all three (3) candidates about their races.

***After discussion, Secretary Harlos moved to commit these motions to the Candidate Support Committee to make recommendations by Friday. The Executive Committee will meet within five (5) days of the recommendation and make a final decision.*** **[20220911-08]**

A roll call vote was conducted with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Blankenship | X | | |
| Bowen | X | | |
| Duque | X | | |
| Ecklund | X | | |
| Eiler | X | | |
| Elliott | X | | |
| Ford | X | | |
| Gabbard | X | | |
| Hagopian | X | | |
| Harlos | X | | |
| Nanna | X | | |
| Nekhaila | X | | |
| Rufo | X | | |

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Smith | X | | |
| Watkins | X | | |
| McArdle | | | X |
| TOTALS | 16 | 0 | 1 |

*This motion PASSED with a roll call vote of 16-0-1.* [20220911-08]

WITHOUT OBJECTION, *Secretary Harlos moved to amend the agenda to hear the New Mexico disaffiliation motion at this time.*

### NEW MEXICO DISAFFILIATION



*Miguel Duque moved to disaffiliate the Libertarian Party of New Mexico (LPNM) as per Bylaws Article 5.6 for the cause of violating procedure and member rights (e.g., holding multiple illegal conventions with deficient notice and exclusion of members from attendance, and attempting to disaffiliate without the authority of its members assembled in convention). The LNC further directs the Executive Committee to take actions necessary to begin trademark protection on our name and symbols and consider other legal action recommended by LNC counsel.* [20220911-10]

*Secretary Harlos moved to end debate.*

A roll call vote was conducted on the motion to end debate with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | | X | |
| Blankenship | | X | |
| Bowen | | X | |
| Duque | | | X |
| Ecklund | | | X |
| Elliott | | X | |
| Ford | X | | |
| Gabbard | | X | |
| Hagopian | | X | |
| Harlos | X | | |
| Nanna | | | X |
| Nekhaila | | X | |
| Rufo | | X | |
| Smith | X | | |
| Watkins | | | X |
| McArdle | | | X |
| TOTALS | 3 | 8 | 5 |

*This motion FAILED with a roll call vote of 3-8-5.* [20220911-09]

Secretary Harlos **OBJECTED** to alternates speaking in debate as it would require a motion if there is an objection.  Her grounds included that the Policy Manual allows free substitution of alternates, but that requires a primary representative who is present to give up their seat to their alternate for the pendency of the question and that the LNC is 17 members this term, not 25; the alternates are contingent LNC members.  Chair McArdle ruled the objection **WELL-TAKEN**.

**WITHOUT OBJECTION**, Treasurer Hagopian moved to end debate.

A roll call vote was conducted on the disaffiliation motion with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Blankenship | X | | |
| Bowen | X | | |
| Duque | X | | |
| Ecklund | X | | |
| Eiler | X | | |
| Elliott | X | | |
| Ford | X | | |
| Gabbard | | | X |
| Hagopian | X | | |
| Harlos | X | | |
| Nanna | | X | |
| Nekhaila | X | | |
| Rufo | X | | |
| Smith | X | | |
| Watkins | X | | |
| McArdle | | | X |
| **TOTALS** | **14** | **1** | **2** |

*This motion PASSED with a roll call vote of 14-1-2.* [20220911-10][3]

*Mr. Nanna moved to adjourn.* [20220911-11]

A roll call vote was conducted on the motion to adjourn with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Blankenship | | X | |
| Bowen | X | | |
| Duque | | X | |
| Ecklund | | X | |

---

[3] A ¾ vote of the LNC was needed as per Bylaws Article 5.6 which was achieved.

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Eiler | | X | |
| Elliott | | X | |
| Ford | | X | |
| Gabbard | | X | |
| Hagopian | | X | |
| Harlos | | X | |
| Nanna | X | | |
| Nekhaila | | X | |
| Rufo | | X | |
| Watkins | | X | |
| McArdle | | | X |
| **TOTALS** | **3** | **12** | **1** |

*This motion FAILED with a roll call vote of 3-12-1.* [20220911-11]

==WITHOUT OBJECTION, Secretary Harlos moved to extend meeting for one (1) hour to accommodate proposed agenda.==

**ADOPTION OF GOALS**



*Chair McArdle moved to adopt the goals for the 2022-2024 LNC term as attached in Appendix C.* [20220911-12]

==WITHOUT OBJECTION, Mr. Nanna moved to end debate.==

A roll call vote was conducted with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Blankenship | X | | |
| Bowen | X | | |
| Duque | X | | |
| Ecklund | X | | |
| Eiler | X | | |
| Elliott | X | | |
| Ford | X | | |
| Gabbard | X | | |
| Hagopian | X | | |
| Harlos | X | | |
| Nanna | X | | |
| Nekhaila | X | | |
| Rufo | X | | |
| Watkins | X | | |
| McArdle | | | X |

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| **TOTALS** | **15** | **0** | **1** |

*This motion PASSED with a roll call vote of 15-0-1.* **[20220911-12]**

==WITHOUT OBJECTION,== *==Secretary Harlos moved to go into Executive Session for the legal issues noticed on the agenda with public comment take place first.==*

## CLOSING PUBLIC COMMENT

The following individuals spoke during public comments:



- Jonathan Jacobs (guest)
- Gavin (AL Chair)

## EXECUTIVE SESSION

**WITHOUT OBJECTION**, the LNC went into Executive Session at 10:30 p.m. for purposes of discussing legal issues.

## ADJOURNMENT

The LNC arose out of Executive Session and adjourned for the day **WITHOUT OBJECTION** at 11:18 p.m.

## TABLE OF NUMBERED MOTIONS/BALLOTS

*Note that the master log of motions in 2022 can be found here: https://tinyurl.com/lncvotes2022*

| ID# | Motion/Ballot | Result |
|---|---|---|
| 20220911-01 | Move for OpaVote voting | PASSED |
| 20220911-02 | Appoint Tuniewicz and Watkins to Awards Committee | PASSED |
| 20220911-03 | Appoint Lark and Lucas to Awards Committee | ELECTED |
| 20220911-04 | Appoint Blankenship, Bowen, Duque, and Hagopian to Convention Oversight Committee | PASSED |
| 20220911-05 | Appoint Carden, Childs, and LeBlanc to Convention Oversight Committee | ELECTED |
| 20220911-06 | Amend Policy Manual 2.02.6 | PASSED |
| 20220911-07 | Amend Policy Manual 1.05.3 and 2.09.8 | PASSED |
| 20220911-08 | Commit candidate support motions to the Candidate Support Committee | PASSED |
| 20220911-09 | End debate on the LPNM disaffiliation motion | FAILED |
| 20220911-10 | Disaffiliate the LPNM | PASSED |
| 20220911-11 | Adjourn | FAILED |
| 20220911-12 | Adopt goals | PASSED |

| TABLE OF APPENDICES | | |
|---|---|---|
| **Appendix** | **Title** | **Author** |
| A | Log of Registrants | Caryn Ann Harlos |
| B | Information on LPA poll and NV candidate Darby Burns | Libertarian Party of Alabama |
| C | LNC 2022-2024 Proposed Goals | Angela McArdle |

Respectfully submitted,

*Caryn Ann Harlos*

LNC Secretary ~ Secretary@LP.org ~ 561.523.2250

APPENDIX A
LOG OF REGISTRANTS

APPENDIX A – LOG OF REGISTRANTS

REGISTRANTS SHEET[4]

| NAME |
| --- |
| Sylvia Arrowwood |
| Tyler Askin |
| Wyatt Berckenhoff |
| Philip Bertin |
| Joshua Black |
| Samuel Bohler |
| Travis Bost |
| Aimee Brigham |
| Michael Brigham |
| Ryan Brown |
| Joseph Brungardt |
| Natalie Bruno |
| Darby Burns |
| Matthew Butts |
| Justin Carman |
| Ken Cavanaugh |
| Manu Chopra |
| Nicholas Ciesielski |
| Francisco Cortez |
| Chase Crum |
| Malcolm Decter |
| Pixie Dixie |
| Brian Doherty |
| Patrick Douglas |
| Bryan Elliott |
| Luke Ensor |
| Will Ferrell |
| Justin Finch-Fletchley |
| Autumn Fox |
| June Genis |
| Adam Haman |
| Wayne Harlos |
| Susan Hogarth |
| Donovan Hommen |
| Will Hyman |
| Andrew Jacobs |
| Mollie Jae |
| Charles Lazzara |

[4] Also included are persons observed to be in attendance but did not sign in on the attendance sheet.

APPENDIX A
LOG OF REGISTRANTS

| NAME |
| --- |
| Jeinay LeBlanc |
| Mark Lewis |
| Austin Lynch |
| Paul Lynch |
| Jim Marchuk |
| Frank Martin |
| Kenneth Mattes |
| Richard McDonough |
| Travis McGlothin |
| Patrick Mitchell |
| Ken Moellman |
| Maya Ojalehto |
| Pansy Parkinson |
| George Phillies |
| James RePass |
| Mimi Robson |
| Scott Root |
| H Marty Schelper |
| Mike Shaner |
| Marrion Skinner |
| Rhett Trapman |
| Anthony Strauss |
| Zach Tatum |
| Eric Thraen |
| Timothy Watson |
| Gabrielle Weatherbee |
| Cynthia Welch |
| Jeremy Westengaard |
| Aysa Zadeh |

APPENDIX B
INFORMATION ON LPA POLL AND NV CANDIDATE DARBY BURNS

APPENDIX B – Information on LPA poll and NV candidate Darby Burns

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**



APPENDIX B
INFORMATION ON LPA POLL AND NV CANDIDATE DARBY BURNS



[1] "McArthur opposes legalizing recreational marijuana.." - Las Vegas Review Journal, May 27, 2016

- McArthur's vocal opposition to recreational cannabis legalization is not only a blatant endorsement of state overreach into our counties, but a tacit support of state-sanctioned violence against nonviolent Nevadans.

[2]
- Having served 25 years in the FBI, McArthur chose to spend his life aligning himself with the enforcers of violent federal overreach that spits in the face of the sovereignty of our states: The butchers of Waco (FBI, ATF), murderers of 76 Americans including 25 children and two pregnant women in a 51 day siege which implemented psychological torture and the deployment of tanks as a means of enforcing gun control legislation. McArthur views himself as "pro 2A," but what does this really mean?

[3] "McArthur... has backed legislation to make English the official language of state business..." - The Las Vegas Sun, Oct. 8, 2008

- The state should have no say in what languages are spoken within private establishments. Any opinion to the contrary directly undermines the property rights and socioeconomic mobility of the business owner. Furthermore, Carson city overlords should mind their own business about what language(s) counties and towns decide to use. Nevadans have had enough with micro-managing busybodies.

[4] "McArthur pointed out that the American Conservative Union... ranked him the Assembly's most conservative voter in 2011." - The Las Vegas Review-Journal, May 27, 2016

- In the year 2022, it seems evident that AD4 will not find adequate representation from an 80 year old retired FBI agent whose policy positions haven't changed since he stepped into office in 2008. McArthur, coming into the late years of his life, is incapable of adapting to the times — and as such, he is incapable of representing the opinions held by any meaningful portion of Republicans today, let alone our community as a whole.



APPENDIX B
INFORMATION ON LPA POLL AND NV CANDIDATE DARBY BURNS





APPENDIX B
INFORMATION ON LPA POLL AND NV CANDIDATE DARBY BURNS

# Proposed LPA Poll Questions

## Proposed Methodology

### Proposed Voter Markets

**Primary Voter Markets:**
Birmingham (Jefferson and Shelby Counties)
Huntsville (Madison and Limestone Counties)

**Secondary Voter Markets:**
Auburn/Opelika (Lee County)
Dothan (Dale, Henry, and Houston Counties)
Tuscaloosa (Tuscaloosa County)
Montgomery (Montgomery County)

### Proposed Sample Size

500 – 1000 Registered Voters
Weighted by race and gender to match state demographics
The order of question responses should be rotated to avoid bias

### Proposed Response Breakdowns (In order of precedence)

Question Response
Party ID (Republican, Democrat, Independent)
Race
Gender
Age

1. If the election for U.S. Senator in Alabama were being held today, who would you vote for?
 – Katie Britt (Republican Candidate)
 – Will Boyd (Democratic Candidate)
 – John Sophocleus (Libertarian Candidate)
 – Somebody else
 – Not sure

2. If the election for Governor in Alabama were being held today, who would you vote for?
 – Kay Ivey (Republican Candidate)
 – Yolanda Flowers (Democratic Candidate)
 – James "Jimmy" Blake (Libertarian Candidate)
 – Somebody else
 – Not sure

3. If the election for Lieutenant Governor in Alabama were being held today, who would you vote for?
 – Will Ainsworth (Republican Candidate)
 – Ruth Page Nelson (Libertarian Candidate)
 – Somebody else
 – Not sure

4. The U.S. Congress just passed the Safer Communities Act which gives money to states if they want to introduce "red flag" programs. A "red flag law" is a gun control law that permits police to petition a state court to order the temporary removal of firearms from a person who they believe may be a present danger to others or themselves. Would you support the introduction of a "red flag law" in Alabama?
 – Yes, I would support the introduction of a "red flag law" in Alabama
 – No, I would not support the introduction of a "red flag law" in Alabama
 – Not sure

5. Currently the State of Alabama only allows the Alabama State Legislature to put constitutional amendments on the ballot. Would you support a law that also gave voters the ability to put constitutional amendments or other voter initiatives and referenda on the ballot?
 – I would support giving voters the ability to put constitutional amendments or other voter initiatives and referenda on the ballot
 – I would oppose giving voters the ability to put constitutional amendments or other voter initiatives and referenda on the ballot
 – Not sure

6. Do you agree or disagree with the following statement... The Alabama state government is doing a good job of providing its citizens with high value, cost efficient services in exchange for their tax dollars?
 – Strongly Agree
 – Agree
 – Disagree
 – Strongly Disagree
 – Not sure

7. Because of higher than expected tax revenues in recent years, Alabama has a budget surplus. [If necessary: The state is collecting more money than it spends.] What do you think would be the best use of those surplus funds?
- Spend on state services
- Reduce state taxes
- Reduce state debt
- Distribute back to citizens

8. In June, Alabama state officials borrowed $725 million to construct two new supersize prisons in order to partially solve the prison overcrowding problem in Alabama. How should Alabama solve the prison overcrowding problem?
- Expand pre-trial diversion programs and relax sentencing guidelines for non-violent offenders
- Increase spending on correctional facilities and personnel
- Something else

9. About 18 states have school voucher programs which allow parents to spend state funds on private school tuition or home schooling. Should Alabama have a voucher program or some other type of program that gives parents the ability to choose which school gets their children's education dollars?
- Yes, Alabama should have a voucher program
- Yes, Alabama should have some other type of program that gives parents the ability to choose which school gets their children's education dollars
- No, Alabama should have none of the above

10. Currently recreational marijuana is legal in 19 states, and medical marijuana is legal in 39 states, including Alabama. Do you think that recreational marijuana should be decriminalized [If necessary: recreational marijuana should no longer be a criminal offense, but may still be subject to a fine or civil penalty] or legalized?
- Yes, I think recreational marijuana should be legalized
- Yes, I think recreational marijuana should be decriminalized, but not legalized
- No, I think recreational marijuana should not be decriminalized or legalized

11. In June, the United States Supreme Court overturned Roe v Wade, the landmark ruling that established the constitutional right to abortion in the United States during the first two trimesters of pregnancy. Do you agree or disagree with this Supreme Court ruling?
- Strongly Agree
- Agree
- Disagree
- Strongly Disagree
- Not sure

12. Do you think that Alabama politicians are more or less corrupt than politicians in Mississippi, Tennessee, Georgia, and Florida?
- More corrupt
- About the same
- Less corrupt
- Not sure

APPENDIX C – LNC Strategy Goals 2022-2024

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

**PROJECT CICERO**
**(The Revitalization of Project Archimedes)**

"One day when I was looking all over the land, because there are a great number of tombs next to the door of Agrigento, I noticed a small column that did not protrude much from the undergrowth, on which there were represented the figure of a sphere and a cylinder. And I immediately told the Siracusians, some of whose elders went with me, that in my opinion that was what I was looking for. Many men were sent with sickles that cleaned and made the place accessible. When they opened an entrance, we approached the front face of the base. There was an epigram with the verses erased at the end, almost halved. Thus the noblest city of Greece, once even the most learned, would have ignored the tomb of its most brilliant citizen, if it had not been shown to them by a man from Arpino."
- 		*Cicero*, Tusculanae Disputationes V, XXIII–64-66

In the late 90's and early 2000's, Project Archimedes grew the party's membership substantially. During that same period, the party made tremendous headway in media appearances and ran many candidates. I believe we should pursue those same goals, while modernizing the process.

**GOALS FOR 2022 - 2024**

- Regain the Project Archimedes membership levels
- Expand our donorbase
- Expand our affiliate support
- Expand our candidate support
- Perform market research so that we can do targeted outreach and better understand our target demographic.
- Further develop our "voice" so that formal communications, development and social media can be more in alignment with each other.

| | |
|---|---|
| **SWOT ANALYSIS** | 3 |
| **STRENGTHS** | 3 |
| **OPPORTUNITIES** | 4 |
| **WEAKNESSES** | 5 |
| **THREATS** | 7 |
| **THESE ACTION ITEMS SHOWED UP IN RESPONSE TO MULTIPLE SWOT ITEMS** | 8 |
| **ACTION ITEMS ORGANIZED INTO THE COVEY QUADRANT** | 9 |

APPENDIX C
LNC STRATEGY GOALS 2022-2024

| | |
|---|---|
| **FINANCIAL GOALS TIED TO ACTION ITEMS** | 11 |
| **SUMMARY OF ACTIONS TO TAKE WITHIN THE NEXT 2 YEARS** | 12 |
| **APPENDIX** | 15 |

APPENDIX C
LNC STRATEGY GOALS 2022-2024

**THESE ACTION ITEMS SHOWED UP IN RESPONSE TO MULTIPLE SWOT ITEMS**

| |
|---|
| Strategic Partnerships with people who have their own name brand recognition. (For ex., Swan Bitcoin, Stephan Livera, Maj Toure, Tom Woods) |
| Create clearer job descriptions, update org chart and work flow processes. Do this with new hires and volunteer teams. |
| Implement team building exercises and board room training. |
| Put together risk mitigation plan |

APPENDIX C
LNC STRATEGY GOALS 2022-2024

## ACTION ITEMS ORGANIZED INTO THE COVEY QUADRANT

| IMPORTANT URGENT | IMPORTANT NOT URGENT |
|---|---|
| Put together risk mitigation plan<br>Urgency level: high<br>Timeline goal: within 3 months | Implement team building exercises and board room training.<br>Timeline goal: within 6 months |
| Create clearer job descriptions, update org chart and work flow processes. Do this with new hires and volunteer teams.<br>Urgency level: high<br>Timeline goal: within 2 months | Strategic Partnerships with people who have their own name brand recognition<br>Timeline goal: within 3 - 6 months |
| Grow the party in new demographics that have started to embrace liberty.<br>Urgency level: high<br>Timeline goal:already begun | Run issue campaigns to expand our influence and build political capital<br>Timeline goal: within 1 year |
| Utilize our volunteers better<br>Urgency level: medium<br>Timeline goal: within 3 months | Encourage members to run for local office.<br>Timeline goal: within 1 year |
| Get our message out<br>Urgency level: high<br>Timeline goal: already begun | |
| Emphasize new leadership and new direction<br>Urgency level: medium<br>Timeline goal: already begun | |
| Build out resources for candidates.<br>Urgency level: medium<br>Timeline goal: within 3 months | |
| Adopt strategy<br>Urgency level: high<br>Timeline goal: within 1 month | |
| Put together a skilled PR team<br>Urgency level: medium<br>Timeline goal: within 3 months | |
| URGENT NOT IMPORTANT | NOT IMPORTANT NOT URGENT |
| | |

APPENDIX C
LNC STRATEGY GOALS 2022-2024

**HISTORICAL FINANCIAL AND ELECTORAL MARKERS**

| 2012 FINANCES | 2012 ELECTIONS |
|---|---|
| Total Annual Budget: $1,625,900<br>Membership: $458,287<br>Amount raised at convention:$185,226<br>Total support & revenue: $1,484,850 | 30 elected libertarians (ballotpedia) |
| **2014 FINANCES** | **2014 ELECTIONS** |
| Total annual budget: $1,417,800<br>Membership $492,323<br>Amount raised at convention $114,820<br>Total support & revenue $1,590,711 | 17 elected libertarians (lp news, staff report) |
| **2016 FINANCES** | **2016 ELECTIONS** |
| Total annual budget: $1,907,869<br>Amount raised from membership: $805,821<br>Amount raised at convention 218,607<br>Total support & revenue in 2016: $2,626,277 | 32 elected libertarians (ballotpedia) |
| **2018 FINANCES** | **2018 ELECTIONS** |
| Total annual budget: $1,900,200<br>Amount raised from membership: $583,082<br>Amount raised at convention: $280,892<br>Total support & revenue: $1,773,437 | 34 elected libertarians (lp.org) |
| **2020 FINANCES** | **2020 ELECTIONS** |
| Total annual budget: $2,385,400<br>Amount raised from membership: $879,035<br>Amount raised at convention ,<br>Total support & revenue: $2,329,148 | 32 libertarians elected (lp.org) |

Given the previous years' trends, how much can we allocate towards candidate support between now and Nov 8, 2022?

## FINANCIAL GOALS TIED TO ACTION ITEMS

| FINANCIAL GOAL | ACTION ITEM |
|---|---|
| 6/30/2022: 16,818 BSM<br>12/31/2022 Goal: 17,323<br>12/31/2023 Goal: 20,000<br>12/31/2024 Proposed Goal: 28,000<br>Previous Record (January 2021): 20,718<br>11,050 new memberships at the basic $25 level will bring in an additional $276,250 | Increase membership .<br><br>2 goals:<br>Ambitious goal: Aim for a 65% increase by end of 2024.<br>Minimum goal: Aim for a 15% increase by end of 2024. |
| Recapture our 2001 donor numbers. | Expand donor base by end of 2022. Aim for an additional increase by 2023. Aim for 5,000 additional donors by the end of 2024. |
| Raise $30K for candidate support. | Increase candidate support programs - est. cost $30K and increase affiliate support programs - est cost: $30K |
| Raise money to cover 1 part time worker in operations, and 1 full time person for dev OR a contractor for dev and someone to help dev with writing. Expand comms budget according to annual budget proposals. | Hire additional operations and development personnel. Expand comms budget. |

## SUMMARY OF ACTIONS TO TAKE WITHIN THE NEXT 2 YEARS

Put together risk mitigation plan (ExD, Treasurer, EPCC, Ballot Access, Ad Hoc)

Strategic Partnerships with people who have their own name brand recognition (Chair, ExD, Comms Dir., Social Media Committee, volunteers)

Expand donor base. (LNC, ExD, Comms Dir., Development Dir.)

Grow the party in new demographic directions (ExD, Comms Dir., Development Dir., volunteers)

Perform market research to identify our target voter base. (ExD, Comms Dir.)

Create clearer job descriptions, update org chart and work flow processes (EPCC and staff)

Implement team building exercises and board room training (Chair, ExD, LNC)

Build better affiliate support tools (Affiliate Support Committee)

Expand candidate support (Candidate Support Committee)

Have the comms & development dept collaborate with social media team on ways they can do outreach while supporting the party's larger strategy and vision (Comms Dir. ExD, Development Dir.)

Develop a vision statement for 2022 - 20224 (LNC)

What should our operational focus be in a midterm year?
- Membership recapture and retention
- Candidate and affiliate support for the 2024 election year
- Expanding our donor base
- Market research to identify our target market

**Midterm election goal**: At least 27 candidates elected in Nov of 2022. We should not dip in midterm numbers. Let's shoot for 30.

LNC actions relevant to this goal:
- Promote candidate support:
  - door knocking
  - phone/text banking (Can we negotiate a volume discount for candidates within the confines of FEC regulation?)
  - data cleanup (Buy & Share data - LNC gets huge volume discounts on this)

- o website assistance  (Can we negotiate a volume discount for candidates within the confines of FEC regulation?)
  - o campaign donations (Publish online donor newsletter highlighting top campaigns for top donors)

- LNC members can:
  - o make calls on behalf of candidates,
  - o Make fundraising calls
  - o promote campaign volunteerism on social media,
  - o and push for campaign volunteers through official LP comms

What should our outward facing goals be in a midterm year?
- Expand into more demographic segments
- Re-establish our brand
- Making it easier to be a successful candidate, which will aide in recruiting new ones

Are these goals in alignment with our purpose?
- Do they support:
  - o Growing our membership
  - o Expanding our donor base
  - o Supporting our candidates
  - o Supporting our affiliates

Yes.

### POTENTIAL CHALLENGES AND CONCERNS

| |
|---|
| Maintain healthy boundaries between LNC and staff while allowing LNC to provide additional support to understaffed departments. |
| Do outreach to new demographics without compromising principle or pandering. (Stay on target) |
| Avoid the ire of the state and our enemies. |
| Develop better relationships with state affiliates and members that feel alienated |

### RISK MANAGEMENT CONSIDERATIONS

| |
|---|
| Are we doing anything illegal? |
| How are our accounting practices? |
| How is FEC compliance? |

| How is our reserve fund? |
|---|
| Are we prepared to enter a recession? |
| How is EPCC/HR? |
| Is staff working to help accomplish the vision of the LNC? |

## CANDIDATE SUPPORT COMMITTEE GOALS FOR 22 - 24

| #1 Goal - Develop online course content |
|---|
| Create simple template websites for candidates |
| Create simple graphic design templates for candidates |
| Create instructions on how to create a walk list, geo coding, door knocking |
| Create guidelines on phone banking, call banking and CRM software |
| Create guidelines on how to clean up and utilize voter registration data |
| Help to foster an internal party culture that values and promotes campaign volunteers. Observe YAL and similar orgs to see how they inspire their members to take part in the political process |
| Implement a metric to quantify how elected libertarians have made a difference for their constituents: For ex., how many tax dollars did we save? |