EXHIBIT 9

# MEETING MINUTES
# LIBERTARIAN NATIONAL COMMITTEE
# NOVEMBER 5-6, 2022
# AUSTIN, TEXAS



CURRENT STATUS:                **FINAL**

PREPARED BY **CARYN ANN HARLOS**, LNC SECRETARY

*issue; with staff and the unofficial Assistant Secretary Chase Crum (who has signed an NDA) remaining in the room.*

The LNC entered into Executive Session at 2:28 p.m. and entered out of Executive Session at 3:55 p.m.

**WITHOUT OBJECTION,** *Secretary Harlos moved to ratify the prior use of Executive Session to discuss committee applicants.*

**WITHOUT OBJECTION,** *Secretary Harlos moved to redact the general portion of the special counsel's report and release the rest to the public.*

## NEW BUSINESS WITH PREVIOUS NOTICE CONT'D



### CONSIDER NEW MEXICO PETITION FOR AFFILIATION

*Mr. Ecklund moved to accept the Petition for Affiliation with the Free Libertarian Party of New Mexico.* [20221105-09]

A roll call vote was conducted with the following results:

| Member / Alternate | Yes | No | Abstain |
|---|---|---|---|
| Benner | X | | |
| Bowen | X | | |
| Duque | X | | |
| Ecklund | X | | |
| Eiler | X | | |
| Elliott | X | | |
| Ford | X | | |
| Gabbard | X | | |
| Hagopian | X | | |
| Harlos | X | | |
| Nanna | X | | |
| Nekhaila | X | | |
| Watkins | X | | |
| McArdle | X | | |
| **TOTALS** | **14** | **0** | **0** |

*This motion PASSED with a roll call vote of 14-0-0.* [20221105-09]

### DISCUSSION OF RAISER'S EDGE MIGRATION



Mr. Nanna and Mr. Moellman led a discussion on the status of the Raiser's Edge migration.