# EXHIBIT 10



## PETITION
## TO THE
## LIBERTARIAN NATIONAL COMMITTEE
## FOR CHARTERING
## STATE-LEVEL AFFILIATE PARTIES

| Office | Name | Address | Email Address | Phone |
|---|---|---|---|---|
| Chair | Frank Martin | ███ | ███ | ███ |
| Vice-Chair | Mike Blessing | ███ | ███ | ███ |
| Secretary | Rudy Kohn | ███ | ███ | ███ |
| Treasurer | Tyler Askin | ███ | ███ | ███ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|---|---|---|---|
| 1 | Tyler Askin | ███ | *Tyler Askin*<br>Tyler Askin (Oct 29, 2022 16:30 MDT) | Oct 29, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**



## PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATE PARTIES

| Office | Name | Address | Email Address | Phone |
|---|---|---|---|---|
| Chair | Frank Martin | ███████ | ███████ | ███████ |
| Vice-Chair | Mike Blessing | ███████ | ███████ | ███████ |
| Secretary | Rudy Kohn | ███████ | ███████ | ███████ |
| Treasurer | Tyler Askin | ███████ | ███████ | ███████ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|---|---|---|---|
| 1 | Deborah Beatty | ████████████ | *Deborah Beatty*<br>Deborah Beatty (Oct 29, 2022 16:34 MDT) | Oct 29, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**



**PETITION
TO THE
LIBERTARIAN NATIONAL COMMITTEE
FOR CHARTERING
STATE-LEVEL AFFILIATE PARTIES**

| Office | Name | Address | Email Address | Phone |
|---|---|---|---|---|
| Chair | Frank Martin | ███ | ███ | ███ |
| Vice-Chair | Mike Blessing | ███ | ███ | ███ |
| Secretary | Rudy Kohn | ███ | ███ | ███ |
| Treasurer | Tyler Askin | ███ | ███ | ███ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|---|---|---|---|
| 1 | Rebecca Clark | ███ | *Rebecca Clark*<br>Rebecca Clark (Oct 29, 2022 17:22 MDT) | Oct 29, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**



**PETITION
TO THE
LIBERTARIAN NATIONAL COMMITTEE
FOR CHARTERING
STATE-LEVEL AFFILIATE PARTIES**

| Office | Name | Address | Email Address | Phone |
|---|---|---|---|---|
| Chair | Frank Martin | ▮ | ▮ | ▮ |
| Vice-Chair | Mike Blessing | ▮ | ▮ | ▮ |
| Secretary | Rudy Kohn | ▮ | ▮ | ▮ |
| Treasurer | Tyler Askin | ▮ | ▮ | ▮ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|---|---|---|---|
| 1 | Thomas Fachan | ▮ | *Thomas Fachan (Oct 29, 2022 21:34 MDT)* | Oct 29, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**



**PETITION**
**TO THE**
**LIBERTARIAN NATIONAL COMMITTEE**
**FOR CHARTERING**
**STATE-LEVEL AFFILIATE PARTIES**

| Office | Name | Address | Email Address | Phone |
|--------|------|---------|---------------|-------|
| Chair | Frank Martin | ███ | ███ | ███ |
| Vice-Chair | Mike Blessing | ███ | ███ | ███ |
| Secretary | Rudy Kohn | ███ | ███ | ███ |
| Treasurer | Tyler Askin | ███ | ███ | ███ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|------|---------|-----------|------|
| 1 | Daniel Hust Jr. | ███ | *Daniel Hust, Jr.*<br>Daniel Hust Jr. (Oct 29, 2022 16:42 MDT) | Oct 29, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**



**PETITION
TO THE
LIBERTARIAN NATIONAL COMMITTEE
FOR CHARTERING
STATE-LEVEL AFFILIATE PARTIES**

| Office | Name | Address | Email Address | Phone |
|---|---|---|---|---|
| Chair | Frank Martin | ███████ | ███████ | ███████ |
| Vice-Chair | Mike Blessing | ███████ | ███████ | ███████ |
| Secretary | Rudy Kohn | ███████ | ███████ | ███████ |
| Treasurer | Tyler Askin | ███████ | ███████ | ███████ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|---|---|---|---|
| 1 | Patricia Malowney | ███████ | *Patricia Malowney*<br>Patricia Malowney (Oct 29, 2022 18:14 MDT) | Oct 29, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**



## PETITION
## TO THE
## LIBERTARIAN NATIONAL COMMITTEE
## FOR CHARTERING
## STATE-LEVEL AFFILIATE PARTIES

| Office | Name | Address | Email Address | Phone |
|--------|------|---------|---------------|-------|
| Chair | Frank Martin | ███████ | ███████ | ████ |
| Vice-Chair | Mike Blessing | ███████ | ███████ | ████ |
| Secretary | Rudy Kohn | ███████ | ███████ | ████ |
| Treasurer | Tyler Askin | ███████ | ███████ | ████ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|------|---------|-----------|------|
| 1 | Aaron Perls | ███████ | *Aaron Perls (Oct 29, 2022 17:08 MDT)* | Oct 29, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**



**PETITION
TO THE
LIBERTARIAN NATIONAL COMMITTEE
FOR CHARTERING
STATE-LEVEL AFFILIATE PARTIES**

| Office | Name | Address | Email Address | Phone |
|---|---|---|---|---|
| Chair | Frank Martin | ███████ | ███████ | ███████ |
| Vice-Chair | Mike Blessing | ███████ | ███████ | ███████ |
| Secretary | Rudy Kohn | ███████ | ███████ | ███████ |
| Treasurer | Tyler Askin | ███████ | ███████ | ███████ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|---|---|---|---|
| 1 | Rhett Trappman | ███████ | *Rhett Trappman* <br> Rhett Trappman (Oct 29, 2022 16:51 MDT) | Oct 29, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**



## PETITION
## TO THE
## LIBERTARIAN NATIONAL COMMITTEE
## FOR CHARTERING
## STATE-LEVEL AFFILIATE PARTIES

| Office | Name | Address | Email Address | Phone |
|---|---|---|---|---|
| Chair | Frank Martin | ██████████ | ██████ | ████████ |
| Vice-Chair | Mike Blessing | ████████████ | ██████ | ██████ |
| Secretary | Rudy Kohn | ████████ | ██████████ | ████████ |
| Treasurer | Tyler Askin | ████████ | ██████ | ████████ |

We, the undersigned, being residents of the state of New Mexico and individually certifying that each of us opposes the initiation of force to achieve political or social goals, hereby petition the Libertarian National Committee to charter the Free Libertarian Party of New Mexico as the state-level affiliate of the Libertarian Party for the state of New Mexico.

Furthermore, we attest that our organization has adopted the Statement of Principles of the Libertarian Party, approved the attached bylaws, and selected the above individuals as officers.

| # | Name | Address | Signature | Date |
|---|---|---|---|---|
| 1 | JohnD. McDivitt | ████████████ | *JohnD. McDivitt* <br> JohnD. McDivitt (Oct 30, 2022 09:26 MDT) | Oct 30, 2022 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

**Article 5.2 of the Libertarian Party Bylaws:** The National Committee shall charter state-level affiliate parties from any qualifying organization requesting such status in each state, territory, and the District of Columbia (hereinafter, state). Organizations which wish to become state-level affiliate parties shall apply for such status on a standard petition form as adopted by the National Committee, which petition shall be signed by no fewer than ten members of the Party residing in the appropriate state. Affiliate party status shall be granted only to those organizations which adopt the Statement of Principles and file a copy of their constitution and/or bylaws with the Party Secretary.

**PETITION TO THE LIBERTARIAN NATIONAL COMMITTEE FOR CHARTERING STATE-LEVEL AFFILIATES**