**EXHIBIT 11**



STATE OF NEW MEXICO

**MAGGIE TOULOUSE OLIVER**

SECRETARY OF STATE

July 3, 2024

Free New Mexico Party
7800 Phoenix Ave N.E, Ste. C
Albuquerque, N.M.  87110
alanthegrate@gmail.com
rkohnj@gmail.com

**Re: Party Qualification of the Free New Mexico Party**

Dear Mr. Scott and Mr. Kohn,

The Office of the Secretary of State has reviewed the rules and regulations, as well as the petition signatures for the Free New Mexico Party that were filed in our office on Thursday, June 27, 2024.

The rules and regulations filed in our office meet the requirements outlined in NMSA 1978, Section 1-7-3. In addition, our office found that the qualifying petitions are in proper order.

The Free New Mexico Party has qualified as a minor political party within the State of New Mexico, pursuant to NMSA 1978, Section 1-7-2.  Lastly, pursuant to the aforementioned law, uniform rules shall be adopted throughout the state by the county organizations of that party, where a county organization exists, and shall be filed with the county clerks.

Should you have any questions or concerns please do not hesitate to contact me.

Regards,

Mandy Vigil
New Mexico Elections Director