Case 1:26-cv-01562-MIS-KK    Document 1-12    Filed 05/15/26    Page 1 of 2    EXHIBIT 12

# Liberal Party USA

The national home of autonomous state political parties committed to furthering the agenda of free people and limited government. Liberal Party USA is working with state parties across the nation that share our passion for liberty.



## Liberal Party of New Mexico

The Liberal Party of New Mexico is the Liberal Party USA state affiliate in the State of New Mexico.

## Classical Liberal Party of Virginia

The Classical Liberal Party of Virginia is the Liberal Party USA state affiliate in the Commonwealth of Virginia.

## LAMA

LAMA is the Liberal Party USA state affiliate in the Commonwealth of Massachusetts.

## Liberal Party of Pennsylvania

The Liberal Party of Pennsylvania is the Liberal Party USA affiliate in the Commonwealth of Pennsylvania.

## Missouri Liberal Party

The Missouri Liberal Party is the Liberal Party USA state affiliate in the State of Missouri.

## Liberal Party Utah

The Liberal Party Utah is the Liberal Party USA state affiliate in the State of Utah.

## Wyoming Liberal Party

The Wyoming Liberal Party is the Liberal Party USA state affiliate in the State of Wyoming.

## Oregon Liberal Party

The Oregon Liberal Party is the Liberal Party USA state affiliate in the State of Oregon.

## Nebraska Liberal Party

The Nebraska Liberal Party is the Liberal Party USA state affiliate in the State of Nebraska.

## New Hampshire Classic Liberal Party

The New Hampshire Classic Liberal Party is the Liberal Party USA state affiliate in the State of New Hampshire.

## Montana Liberal Party

The Montana Liberal Party is the Liberal Party USA state affiliate in the State of Montana.

## Liberal Party USA

Sign in with email
Created with NationBuilder