EXHIBIT 14

# Independent Political Report

April 27, 2026

## Published by the Outsider Media Foundation

# New "Liberal Party" Forming

BY GEORGE PHILLIES ON FEBRUARY 12, 2024 11:21 PM



We see from their web pages that the Association of Liberty State Parties is reorganizing as the Liberal Party of the United States. The party's official website is available here. Their current state affiliates are:

The Libertarian Party of New Mexico is the Liberal Party USA (né ALSP) state affiliate in the State of New Mexico. Their website is available here.

The Classical Liberal Party of Virginia is the Liberal Party USA (né ALSP) state affiliate in the Commonwealth of Virginia. Their website is available here.

The Libertarian Association of Massachusetts is the Liberal Party USA (né ALSP) state affiliate in the Commonwealth of Massachusetts. Their website is available here.

The Keystone Party (subject to a name change) of Pennsylvania is the Liberal Party USA (né ALSP) affiliate in the Commonwealth of Pennsylvania. Their website is available here.



**George Phillies**

[More posts from](#)

# 18 Comments

Walter Ziobro
JULY 26, 2024

"My father helped create a process in the 1030's [1930's ?} that became the Liberal International (LI) to help develop a wealth and tolerant working-middle class while spreading democracies. If the effort here in USA is successful, the LI would likely be very interested in interacting and granting observer status. This is especially as they have no representation from North America except the Canadians."

I would hope that any US Liberal Party would be more like the Liberals of Australia, than the Liberals of Canada. IMO, the Canadians Liberals are more socialistic than US Democrats.

Doh
MARCH 5, 2024

I'm still working on that, and real life keeps getting in the way. In the meantime, regarding Ballot Access News; I stand by my opinion. However, I should qualify it.

I find conversations with people who offer reasons for their opinions and engage counterarguments to be interesting. I find ad hominem arguments, speculation as to who is posting under which screen name(s), name