Case 1:26-cv-01562-MIS-KK    Document 1-15    Filed 05/15/26    Page 1 of 3

4/27/26, 11:59 AM    New Mexico Libertarian Party Submits Paperwork to Place Liberal Party USA Presidential Ticket on Ballot - Independent Political Report

EXHIBIT 15



# Independent Political Report

April 27, 2026

## Published by the Outsider Media Foundation

# New Mexico Libertarian Party Submits Paperwork to Place Liberal Party USA Presidential Ticket on Ballot

BY JORDAN WILLOW EVANS ON SEPTEMBER 4, 2024 11:18 AM



The Libertarian Party of New Mexico has formally nominated the Liberal Party USA presidential ticket of former Nebraska legislator Laura Ebke and former Clarksville, Tennessee, City Councilmember Trisha Butler. The party said it submitted paperwork to the New Mexico Secretary of State's office to place the ticket on its state ballot line.

Butler, who also serves as interim chair of the Liberal Party USA, confirmed to Independent Political Report on Tuesday, September 2, that the Libertarian Party of New Mexico submitted the necessary paperwork to place the ticket on its ballot line. As of this article, the filing has not yet been confirmed by the Secretary of State's office.

According to Butler, the national organization nominated the two because of their leadership within the party and their previous experience as elected officials. That ticket was then adopted by the Libertarian Party of New Mexico during a later nominating convention.

ADVERTISING

Case 1:26-cv-01562-MIS-KK   Document 1-15   Filed 05/15/26   Page 2 of 3

4/27/26, 11:59 AM   New Mexico Libertarian Party Submits Paperwork to Place Liberal Party USA Presidential Ticket on Ballot – Independent Political Report

### *Jordan Willow Evans*

Jordan Willow Evans is an editor and policy analyst based in Goffstown, New Hampshire. She serves as managing editor of Independent Political Report and executive director of the Outsider Media Foundation, a nonprofit news organization focused on independent and alternative political movements. She has studied third parties and political outsiders since her student years.

[More posts from](#)

# 9 Comments

Observer
SEPTEMBER 5, 2024

They didn't nominate Oliver for the same reason you don't see state affiliates of the Green Party or the Constitution Party nominating him. LPNM had already disaffiliated from the LNC long before the convention. He's the candidate of a different party they aren't part of, even aside from how fusion isn't allowed in NM.

Unimportant
SEPTEMBER 5, 2024

George Whitfield: because they already qualified separately and fusion is not allowed.

New Federalist: there's no nontrivial chance that anyone you considered will get 5% except maybe Gary Johnson. You should have gone with no ticket instead of embarrassing yourselves.

Seebeck
SEPTEMBER 5, 2024

Will Ebke rage-quit again if someone starts counting ballots behind a speaker?

George Whitfield
SEPTEMBER 5, 2024

I don't understand why they didn't nominate Chase Oliver and Michael ter Maat. This situation is getting more complicated and confusing.

NewFederalist
SEPTEMBER 5, 2024

"Wouldn't nominating no ticket also have been an option?" – Curious

Comment

Name*

Jane Doe

Email*

name@email.com

Website

http://google.com

☐ Save my name, email, and website in this browser for the next time I comment.

Please enter an answer in digits:

$4 \times$ **two** =

**Post Comment**

This site uses Akismet to reduce spam. Learn how your comment data is processed.



