**EXHIBIT 16**



# Certificate of Nomination

TO THE: Secretary of State or Board of Elections
OF THE: State of New Mexico

We do hereby certify that at a National Convention of Delegates representing the Libertarian Party of the United States, duly held and convened in the District of Columbia on the 24th through the 26th days of May, 2024, the following persons were placed in nomination for offices to be elected at the ensuing general election, November 5, 2024, and that each candidate is legally qualified to serve under the provisions of the United States Constitution.

| Title of Office to be Filled | Name of Candidate | Name of Party | Place of Residence of Candidate |
|---|---|---|---|
| President of the United States | Chase Oliver | Free New Mexico | 2400 Henderson Mill Court NE Atlanta, GA 30345 |
| Vice-President of the United States | Mike ter Maat | Free New Mexico | 700 Skip Jack Road Kinsale, VA 22488 |

IN TESTIMONY WHEREOF, I have hereunto set my hand this 24th day of ___June___, 2024.

1444 Duke Street, Alexandria, VA 22314
*Contact Address*

*Angela McArdle, Chair of the Libertarian Party*

Angela McArdle, being duly sworn that she was the presiding chair of the convention of delegates mentioned and described in the foregoing certificate and that the said Caryn Ann Harlos was secretary of such convention, and that said certificate and statements therein contained are true to the best of her information and belief. **This notarial act was an online notarization.**

State of Montana, County of Flathead } ss

Subscribed and sworn to before me this 24th day of June, 2024.

*Susan Taylor*
Susan Taylor 2024.06.24 10:27:51 -06'00'
*Notary Public*

SUSAN TAYLOR
NOTARY PUBLIC for
State of Montana
Residing at Kalispell, Montana
My Commission Expires
November 4, 2027

This notarial act was performed using communication technology

Angela McArdle declared at the time of this notarization that they were located in Austin, TX

IN TESTIMONY WHEREOF, I have hereunto set my hand this 24th day of ___June___, 2024.

1444 Duke Street, Alexandria, VA 22314
*Contact Address*

*Caryn Ann Harlos, Secretary of the Libertarian Party*

Caryn Ann Harlos being duly sworn that she was the secretary of the convention of delegates mentioned and described in the foregoing certificate and that the said Angela McArdle was the chair of such convention, and that said certificate and statements therein contained are true to the best of her information and belief.

Subscribed and sworn to before me this 24th day of June, 2024.

*Notary Public*



PATRICK K. LINDQUIST
Notary Public
MINNESOTA
My commission expires 1/31/2025