**INSTRUCTIONS TO VOTERS:** To vote, completely fill in the name in the write in space and fill in the oval.

**INSTRUCCIONES PARA LOS VOTANTES:** Para votar, relle declarado, escriba el nombre del candidato en el espacio de v

## PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES
## PRESIDENTE Y VICE PRESIDENTE DE LOS ESTADOS UNIDOS
VOTE FOR ONE / VOTE POR UNO

○ **KAMALA D HARRIS and/y TIMOTHY WALZ**
DEMOCRATIC PARTY / PARTIDO DEMÓCRATA

○ **LAURA EBKE and/y TRISHA BUTLER**
LIBERAL PARTY USA PARTY / PARTIDO LIBERAL EE.UU.

○ **ROBERT F KENNEDY, JR and/y NICOLE SHANAHAN**
NO PARTY AFFILIATION / SIN AFILIACIÓN DE PARTIDO

○ **CHASE OLIVER and/y MIKE TER MAAT**
LIBERTARIAN PARTY / PARTIDO LIBERTARIO

○ **JILL STEIN and/y RUDOLPH WARE**
GREEN PARTY / PARTIDO VERDE

○ **DONALD J TRUMP and/y JD VANCE**
REPUBLICAN PARTY / PARTIDO REPUBLICANO

○ **CLAUDIA DE LA CRUZ and/y KARINA GARCIA**
SOCIALISM AND LIBERATION PARTY / PARTIDO POR SOCIALISMO Y LIBERACIÓN

## UNITED STATES SENATOR
## SENADOR DE LOS ESTADOS UNIDOS
VOTE FOR ONE / VOTE POR UNO