

12:06



**Follow**

# Libertarian Party of New Mexico

@newmexicolp

Libertarians seek to defend & expand the civil rights of all people, regardless of their preference of green over red chile (or vice...

Show more

New Mexico, USA   🔗 lpnm.us

📅 Joined July 2018 >

**13** Following   **449** Followers

Followed by **Flashback with Seymour, Kyle Davis, Logan,** and 155 others

Posts   Replies   Videos   Photos

## Who to follow



Libertarian Part... ✔️
@lpwashoe

**Follow**

Minimum government,
maximum freedom



Merced Cou
@lpr...d

MCL...e
the Libertari

