

**12:06**





# facebook

Open app      Log in

Libertarian Party of New Mexico ✓

The official Facebook page of the Libertarian Party of New Mexico.

📁 **Political Party**

 Follow

| All | Photos | Reels | Mentions |

## Details

⭐ **100% recommend (8 Reviews)**

## Links

 **lpnm.us**

## Contact info

 **°88**

  facebook.com  •••

 vicechair2@lpnm.us

EXHIBIT 19