EXHIBIT 20



Joshua Chappel, Chair
Fred Snoy, Second Vice-Chair
Paul McKenney, Treasurer

July 9, 2023

Via Email:  Chair@LPNM.us, ViceChair2@LPNM.us, Treasurer@LPNM.us

**Re: Trademark of the Libertarian Party**

Mssrs. Chappel, Snoy, and McKenney:

Attached please find our October 4, 2022, correspondence to your Executive Committee containing a "cease and desist" demand of the use of the Libertarian Party's registered trademark "Libertarian Party" (USPTO Registration Number 2423459).  We are contacting you in an effort to avoid impending litigation on this issue. We ask that you voluntarily change your name to something which is not the Libertarian Party or any other confusingly similar designation or to consider integrating with the Libertarian Party's recognized affiliate.  We would be more than happy to facilitate discussions with them if you wish.  I am sure all of us would like to avoid litigation, but that is the inevitable route if this continues, as already directed by the Libertarian National Committee.  We hope that the passage of time has let cooler heads prevail and that a more amicable resolution can be reached; however, the unauthorized use of our trademark cannot continue.

I look forward to hearing from you.


Very truly yours,


Angela McArdle, Chair


cc: Joseph Zito, Esquire (Stein IP), Cliff Hyra (FreshIP)