

EXHIBIT 21

Angela McArdle, Chair
Libertarian National Committee
1444 Duke St.
Alexandria, VA 22314

October 4, 2022

**<u>Re: Follow Up on Disaffiliation</u>**

To the Executive Committee of the Libertarian Party of New Mexico:

On September 11, 2022, the Libertarian National Committee ("LNC") moved to disaffiliate the Libertarian Party of New Mexico ("LPNM") in response to previous correspondence from the LNC regarding LPNM's bylaws and a letter from LPNM alleging disaffiliation from the LNC.

In your August 25, 2022 letter, you stated, "LPNM and the LNC are no longer, in any sense, part of the same political party. All connections between us whatsoever are now totally and completely severed." Based on your statement and the LNC's formal disaffiliation, we're asking you to cease using the name, "Libertarian Party of New Mexico".

We wish you the best of luck in your political endeavors.

Very truly yours,

Angela McArdle, Chair