EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LIBERTARIAN NATIONAL COMMITTEE, INC.,

 Plaintiff,

 v.

LIBERTARIAN PARTY OF NEW MEXICO, CHRIS LUCHINI, LAURA BURROWS, PAUL MCKENNEY, FREDERICK SNOY, and JAMES WERNICKE,

 Defendants.

CIVIL ACTION NO.:

1:26-cv-1562

JURY TRIAL DEMANDED

## DECLARATION OF DERECK SCOTT

Under 28 U.S.C. §1746, I, Dereck Scott, declare as follows, under penalty of perjury:

1. I am over the age of 18, of sound mind, and otherwise competent to provide this declaration under penalty of perjury.

2. I am the Chair for the Free New Mexico Party ("FNMP"), the Libertarian National Committee's New Mexico affiliate.

3. In these roles I have personally witnessed and seen the effects of the actions of the Defendants that will continue and worsen if not enjoined. Specifically, the Defendants, individually or collectively have:

 a) Through their actions and this resulting controversy turned away active members and donors who previously had been engaged for years.

 b) Solicited political donations using the Libertarian Party trademark. This has caused donor confusion resulting in donations to the Defendant Libertarian Party of New Mexico that were intended for the FNMP.

1

Docusign Envelope ID: D172BA62-8812-8DD8-8291-7954939BC7CA

c) Refused to turn over social media account usernames incorporating the Libertarian Party trademark.

d) Used the Libertarian Party mark extensively on social media in making controversial political statements, many of them inconsistent with the positions of the FNMP, advertising events, encouraging new members to join, endorsing candidates, etc.

e) By their extensive and continuing use of the Libertarian Party mark, caused confusion among many voters, who did not know which candidates on the ballot were affiliated with the LNC/national Libertarian Party. I personally received many communications from voters after they submitted their ballots, asking which candidates on the ballot were affiliated with the FNMP and the LNC/national Libertarian Party.

f) By their extensive and continuing use of the Libertarian Party mark, caused confusion among members or prospective members, resulting in them attending the wrong New Mexico state convention in 2025. Multiple late arrivals at the 2025 FNMP state convention indicated they had previously attended the wrong event/location, and wanted to confirm that the FNMP was the LNC's recognized affiliate.

g) By their extensive and continuing use of the Libertarian Party mark, caused extensive confusion among prospective members, including at FNMP-organized events, requiring extensive explanation by FNMP members about the nature of the FNMP and its relationship to the LNC and national Libertarian Party, as compared to the Defendants, and deterring such prospective members from joining or providing contact information to the FNMP. For example, in September of 2023 the FNMP held a pro-2nd-Amendment event which we advertised widely. Many interested non-members attended from the community. We attempted to gather attendee information and encouraged them to join

2

the FNMP, but were questioned repeatedly about the connection between the FNMP, LPNM, and LNC and it was time-consuming and difficult to explain the situation to them. Their confusion significantly hampered our ability to sign up prospective members and spread our policy views.

h) By their extensive and continuing use of the Libertarian Party mark, caused extensive confusion among the general public, including voters, Libertarian Party members and activists, regarding the policy positions of the FNMP and the national Libertarian Party, due to social media posts by the Defendants under the Libertarian Party mark asserting political positions contrary to those of the LNC and the FNMP.

i) By their extensive and continuing use of the Libertarian Party mark, caused confusion among candidates and prospective candidates, resulting in candidates for the Defendants contacting the LNC and asking for assistance, on the belief that the Defendants are associated with the LNC, as well as making it more difficult for the FNMP to attract candidates to run under the FNMP banner.

j) Passed themselves off as affiliated with the LNC and national Libertarian party, while being formal affiliates of the Liberal Party USA.

4. A true and accurate printout of Defendants' website lpnm.us/donate, retrieved May 26, 2026, is attached as **Exhibit A**.

5. A true and accurate copy of social media posts of the Defendants is attached as **Exhibit B**.

6. A true and accurate Facebook post by Defendants with comments thereto exhibiting voter confusion is attached as **Exhibit C**.

3

7.      A true and accurate message on the X platform from a prospective member, asking if I am the LP chair for NM and about Facebook posts, when the FNMP does not have a Facebook page, attached as **Exhibit D**.

8.      A true and accurate copy of an email from candidate Rhett Trappman, requesting assistance from the LNC, which only assists candidates for parties affiliated with the LNC, together with a true and accurate printout of Defendants' website lpnm.us, accessed May 26, 2026, demonstrating Rhett Trappman to be a candidate for Defendant Libertarian Party of New Mexico, attached hereto as **Exhibit E**.

9.      True and accurate copies of pages of Defendants' lpnm.org website, retrieved May 27, 2026, which extensively mention the Libertarian Party and do not mention the Liberal Party USA, are attached as **Exhibit F**.

Executed on ___5/29/2026_____

Signed by:

_____
94A39FA28FC844C...

Dereck Scott

EXHIBIT 2-A

Home    Our Party    Elections    Our History    Take Action    Donate

## Donate

**Please Give Generously!**

Instead, we rely on the generosity of individual donors to support our programs to bring liberty and peace to all corners of New Mexico.

If you prefer to send a check, please make it payable to the Libertarian Party of New Mexico and send it to:

8100 Wyoming Blvd NE, Ste M4 #341
Albuquerque NM 87112

Please consider a **monthly recurring subscription**, whether at the level of a cup of coffee or the price of a nice dinner once a month. Having a monthly revenue stream helps us budget more effectively!

### Support Our Cause

Help our organization by donating today! Donations go to making a difference for our cause.

🔒 100% Secure Donation

**How much would you like to donate today?**

All donations directly impact our organization and help us further our mission.

Donation Amount *                                              USD $

| $10.00 | $25.00 | $50.00 |
| $100.00 | $250.00 | $500.00 |

Enter custom amount

Plus an additional $0.61 to cover gateway fees.

**Who's Giving Today?**

We'll never share this information with anyone.

First name *          Last name *
John                  Doe

Email Address *

Comment

Donation to County

Would you like 20% of your contribution to got to your county party? This will not change your donation total. If so, please select yes

No

Employer *
State law requires we ask. We know it's none of our business.

Occupation *
State law requires we ask. We know it's none of our business.

NM County *
A portion of your caucus fee will go to the county you select. If you do not wish for this to happen, please select "Decline to state"

Decline to State/NA

Phone (Cell preferred) *

Text Opt-In
☐ I agree to the Terms and conditions.

By submitting this form and signing up for texts, you consent to receive text messages (campaign information, event reminders, etc.) from LPNM and affiliated political campaigns at the number provided, including messages sent by autodialer. Consent is not a condition of purchase. Msg & data rates may apply. Msg frequency varies. Donations may be solicited. Opt-in data and consent will not be shared with any third parties. Unsubscribe at any time by replying STOP. Reply HELP for help.
Privacy Policy

**Payment Details**

How would you like to pay for your donation?

### Donation Summary

| Payment Amount | $10.00 |
| Giving Frequency | One time |
| Cover Donation Fees | |
| Ensures 100% of your donation reaches our cause | $0.01 |
| Donation Total | $10.61 |

Donate with Stripe Payment Element

Card number
1234 1234 1234 1234        VISA ⬤⬤ AMEX DISCOVER

Expiration date          Security code
MM / YY                  CVC

Country                  ZIP code
United States            12345

☐ Verify you are human    CLOUDFLARE

**Donate now**

ELECTIONS
Run for Office
Elected Officials
County Affiliates

OUR PARTY
Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

TAKE ACTION
Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4,
BOX #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretery@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer




**EXHIBIT 2-B**

*In response to the Trump Administration's unprecedented attacks on First Amendment rights, the <u>Libertarian Party of New Mexico</u> and the <u>Democratic Party of New Mexico</u> released the following joint statement:*

"In America, the president is beholden to the Constitution and the people, not the other way around. The Libertarian and Democratic Parties of New Mexico are very alarmed by Donald Trump's recent attempts to silence criticism and intimidate the press – abhorrent and un-American attacks on our most fundamental freedoms protected by the First Amendment. **Regardless of political affiliation, we call on every New Mexican to use their First Amendment rights to hold the Trump Administration accountable for its escalating threats to these very rights.**

"Freedom of the press and being able to speak one's mind make our country great, not Donald Trump trying to control what television shows we're allowed to watch or threatening the press into only saying nice things about him. Not only is that a pathetic embarrassment to our country, **it's an inexcusable failure to uphold the oath of the presidency.** Republicans tout themselves as a party that respects the Constitution, but their blind complicity in its trampling says otherwise.

"While we commend the few Republicans who have had the courage to speak out against Trump's attacks on First Amendment rights, this is not enough. **We call on the Republican Party of New Mexico to join us and release their own statement condemning the Trump Administration's attacks on Americans' First Amendment rights.** To our New Mexican press – we call on you to remain steadfast and committed to accurate coverage in the face of a hostile presidency, even if that means hurting Trump's sensitive, infantile feelings."

 **Libertarian Party of New Mexico**
1h ·

We've reached the stage on the road to authoritarian fascism, where political assassination is becoming a reality.

This is beyond incredibly dangerous.

 It is catastrophic.

Every authoritarian regime uses violence from those that oppose it as pretext to speed up and amplify their control over every aspect of life.

The Libertarian Party of New Mexico condemns today's assassination, and those that support it, in the strongest possible terms. Acceptance of political murder is the end of civilization, and should be treated as the catastrophe that it is.

 11                                            3 shares

 Like               Comment               Share

EXHIBIT 2-C

✕    **Libertarian Party of Ne...**    🔍

 **Libertarian Party of New Mexico** ☑    •••
Oct 15, 2024 · 🌐

The Libertarian Party of New Mexico Presidential ticket is

Laura Ebke
Trisha Butler

They will be found in the second position on your ballot.

They are both former elected Libertarians, Ms Laura Ebke was a Nebraska state legislator, and Ms Butler was a  Clarksville, Tennessee City Councilor.

Please consider giving them your vote.

👍 10    💬 5    �forward 2                    👍❤️😠

Most relevant ⌄

 **Alfonso Trujillo** · 1y
I thought it was Chase Oliver and Mike Ter Maat

**Reply**                    👍    👎

 **Emily Moyer** · 1y
Is this the ticket that will grant ballot access?

Comment as Dereck Scott

EXHIBIT 2-D



**Sarah** ✓
@slayorvizion
Joined October 2023

**View Profile**

Feb 2, 2025

Hey there! You're the LP chair for NM? 4:25 PM

Mar 2, 2025

You accepted this message request

↩ Sarah
Hey there! You're the LP chair for NM?

yes I am sorry for the late response I have forgot to keep up with my X account. 4:43 PM ⊘

No worries! I'm in burque, and would love to get involved! Do yall only post on FB, or how else can I know what's happening in NM? 5:41 PM

funny story I post as the Chair through this account and on FB. but X and FB will not give us an account the NLP is work on helping us solve that but we are stuck right know with us member posting. 5:43 PM ⊘

http://Freenewmexcio.org

I would love your involvement  go to t.co/rOIYAnRayY and sign up 25 dollars for membership and we just post we will have our convention on the 29th of this month I would love for you to come it is posted on the site. 5:46 PM ⊘

Well I'll absolutely do what I can to get the message out, just let me know when and where, and I would love to be at the convention. 5:46 PM

let me get the link for you 5:47 PM ⊘

https://flpnm.org/2025-state-convention/

   Message

EXHIBIT 2-E

---------- Forwarded message ---------
From: **Iris Poole** <info@libertariannationalcommittee.zohodesk.com>
Date: Tue, Apr 28, 2026 at 3:58 PM
Subject: Fwd:Libertarian candidate for U.S. Senate in New Mexico
To: <csc@lp.org>, <alanthegrate@gmail.com>


=========== Forwarded Message ===========
From: "Rhett Trappman"<rhett@trappman.com>
To: <info@lp.org>
Date: Sun, 26 Apr 2026 05:34:34 -0700
Subject: Libertarian candidate for U.S. Senate in New Mexico
=========== Forwarded Message ===========

Good morning,

I've been seeing you post candidates on your social media (Facebook) who are currently seeking ballot access via petitions. I wanted to reach out and see if you could also help boost my campaign:

Campaign Website: Rhett Trappman for U.S. Senate
SOS Petition E-Sign: Sign Electronic Petition - New Mexico Candidate Nominations - Electronic Petitions

Thank you,
Rhett Trappman

## Welcome to the Libertarian Party of New Mexico

⚠ Learn more about the lawsuit and donate to the legal defense fund. ✕

⚙ Support our candidates by signing their petition online: New Mexico Electronic Petitions – Candidate Nominations ✕
Steven Curtis – Appellate Court
Jason Vaillancourt – State Auditor
Rhett Trappman – US Senate

### Run for Office

Learn how to run for office.

**Run**

### Join/Volunteer

Support the only party that puts your rights first. Check out our volunteer opportunities and sign up today.

**Volunteer**

### Register To Vote / Change Party

With one click, you can change your New Mexico voter registration to "L."

**Register/Change**

## Upcoming Events

**June 17, 2026**

**Los Alamos Libertarian Party of New Mexico Regular Meeting**

June 17, 2026  6:00 pm – 7:00 pm
1325 Trinity Dr, Los Alamos, NM 87544

See more details

**July 15, 2026**

**Los Alamos Libertarian Party of New Mexico Regular Meeting**

July 15, 2026  6:00 pm – 7:00 pm
1325 Trinity Dr, Los Alamos, NM 87544

See more details

Form to keep up with the latest. If you want to become a voting member, Click Here.

**First Name** *

**Last Name** *

**Email Address** *

**Phone Number**

505-123-4567

**Text Message Opt-In**

☐ By submitting this form and signing up for texts, you consent to receive text messages (campaign information, event reminders, etc.) from LPNM and affiliated political campaigns at the number provided, including messages sent by autodialer. Consent is not a condition of purchase. Msg & data rates may apply. Msg frequency varies. Donations may be solicited. Opt-in data and consent will not be shared with any third parties. Unsubscribe at any time by replying STOP. Reply HELP for help. Privacy Policy

**Message**                                                    0 / 180

Optional.

**Checkbox** *

☐ I consent to receiving the LPNM newsletter.

☐ Verify you are human   CLOUDFLARE
                         Privacy • Terms

**Submit**



News! LPNM Los Alamos cleaned up litter on Highway 4 in White Rock.



**ELECTIONS**
Run for Office
Elected Officials
County Affiliates

**OUR PARTY**
Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

**TAKE ACTION**
Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4,
Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer



8100 Wyoming Blvd NE Ste M4, Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer

Home    Our Party ⌄    Elections ⌄    Our History    Take Action ⌄    **Donate**

## Donate

**Please Give Generously!**

Instead, we rely on the generosity of individual donors to support our programs to bring liberty and peace to all corners of New Mexico.

If you prefer to send a check, please make it payable to the Libertarian Party of New Mexico and send it to:

8100 Wyoming Blvd NE, Ste M4 #341
Albuquerque NM 87112

Please consider a **monthly recurring subscription**, whether at the level of a cup of coffee or the price of a nice dinner once a month. Having a monthly revenue stream helps us budget more effectively!

### Support Our Cause

Help our organization by donating today! Donations go to making a difference for our cause.

🔒 100% Secure Donation

**How much would you like to donate today?**

All donations directly impact our organization and help us further our mission.

Donation Amount *                                          USD $

| $10.00 | $25.00 | $50.00 |
| $100.00 | $250.00 | $500.00 |

Enter custom amount

Plus an additional $0.61 to cover gateway fees.

**Who's Giving Today?**

We'll never share this information with anyone.

First name *          Last name *
John                  Doe

Email Address *

Comment

Donation to County
Would you like 20% of your contribution to got to your county party? This will not change your donation total. If so, please select yes

No

Employer *
State law requires we ask. We know it's none of our business.

Occupation *
State law requires we ask. We know it's none of our business.

NM County *
A portion of your caucus fee will go to the county you select. If you do not wish for this to happen, please select "Decline to state"

Decline to State/NA

Phone (Cell preferred) *

Text Opt-In
☐ I agree to the Terms and conditions.

By submitting this form and signing up for texts, you consent to receive text messages (campaign information, event reminders, etc.) from LPNM and affiliated political campaigns at the number provided, including messages sent by autodialer. Consent is not a condition of purchase. Msg & data rates may apply. Msg frequency varies. Donations may be solicited. Opt-in data and consent will not be shared with any third parties. Unsubscribe at any time by replying STOP. Reply HELP for help.
Privacy Policy

**Payment Details**

How would you like to pay for your donation?

| Donation Summary | |
| Payment Amount | $10.00 |
| Giving Frequency | One time |
| Cover Donation Fees<br>Ensures 100% of your donation reaches our cause | $0.61 |
| **Donation Total** | **$10.61** |

Donate with Stripe Payment Element

Card number
1234 1234 1234 1234          VISA ...

Expiration date          Security code
MM / YY                  CVC

Country                  ZIP code
United States            12345

☐ Verify you are human    CLOUDFLARE

**Donate now**



ELECTIONS          OUR PARTY          TAKE ACTION

Run for Office     Constitution & Bylaws    Register To Vote
Elected Officials  LPNM Platform            Join LPNM
County Affiliates  LPNM Leadership          Volunteer
                   News                     Donate
                   Our History              LPNM Calendar

8100 Wyoming Blvd NE Ste M4,
Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer



# LPNM Leadership

### ELECTIONS

Run for Office
Elected Officials
County Affiliates

### OUR PARTY

Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

### TAKE ACTION

Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4,
Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer





☗ Home    Our Party ⌄    Elections ⌄    Our History    Take Action ⌄    **Donate**

## Lawsuit

## Lawsuit Donations

Lorem Ipsum is simply dummy text of the printing and typesetting industry. Lorem Ipsum has been the industry's standard dummy text ever since the 1500s, when an unknown printer took a galley of type and scrambled it to make a type specimen book. It has survived not only five centuries, but also the leap into electronic typesetting, remaining essentially unchanged. It was popularised in the 1960s with the release of Letraset sheets containing Lorem Ipsum passages, and more recently with desktop publishing software like Aldus PageMaker including versions of Lorem Ipsum.



How much would you like to donate today?

All donations directly impact our organization and help us further our mission.

Donation Amount *        USD $

| $10.00 | $25.00 | $50.00 |
| $100.00 | $250.00 | $500.00 |

Enter custom amount

**Donate now →**

🔒 100% Secure Donation



8100 Wyoming Blvd NE Ste M4,
Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

**secretary@lpnm.us**

**ELECTIONS**

Run for Office
Elected Officials
County Affiliates

**OUR PARTY**

Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

**TAKE ACTION**

Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer

# LPNM Platform

We, the members of the Libertarian Party of New Mexico, advocate the American tradition of limited government and defend the rights of the individual.

We hold that all individuals have the right to exercise sole dominion over their own lives, and have the right to live in whatever manner they choose, so long as they do not forcibly interfere with the equal right of others to live in whatever manner they choose.

Governments throughout history have regularly operated on the opposite principle that the state has the right to dispose of the lives of individuals and the fruits of their labor. Even within the United States, all political parties other than our own grant to government the right to regulate the lives of individuals and seize the fruits of their labor without their consent.

We, on the contrary, deny the right of any government to do these things, and hold that where governments exist, they must not violate the rights of any individual, namely:

The right to life – accordingly we support prohibition of the initiation of physical force against others; the right to liberty

The right of speech and action – accordingly we oppose all attempts by governments to abridge the freedom of speech and press, as well as government censorship in any form; and

The right to property – accordingly we oppose all government interference with private property such as confiscation, nationalization, and eminent domain, and support the prohibition of trespass, fraud, and misrepresentation.

Since governments, when instituted, must not violate individual rights, we oppose all interference by government in the areas of voluntary and contractual relations among individuals. People should not be forced to sacrifice their lives and property for the benefit of others. They should be left free by government to deal with one another as free traders, and the resultant economic system, the only one compatible with the protection of individual rights, is the free market.

## Issues

The Libertarian Party of New Mexico is sensitive to the fact that Libertarians in our state hold diverse views on common concerns. Because Libertarian views can wholly diverge on certain issues, the LPNM does not seek to speak on behalf of each individual member by developing its own platform. Rather, the party officially adopts the national Libertarian Party platform while acknowledging that some individual members may hold viewpoints contrary to these principles. The Libertarian Party of New Mexico, through its Central Committee, further adopted and ratified the following platform planks on June 22, 2019.

1. Abortion: Recognizing that abortion is a sensitive issue and that people can hold good-faith views on all sides, we believe that government should be kept out of the matter, leaving the question to each person for their conscientious consideration.
2. Physician-Assisted Dying: LPNM supports the right of a mentally competent individual to request medication from their physician which could bring about their own death, or to execute a directive for the circumstances under which such medication should be administered, and the right of their physician to provide that medication, in the exercise of their medical judgment.
3. Right to Work: LPNM opposes any state or local law that would require workers, as a condition of employment, to pay union dues or fees to organizations that have collective bargaining agreements with unions.
4. Legalization of Cannabis: While the NM Legislature has taken the first steps to allowing adult use of cannabis, the enabling legislation is still very restrictive, and full of taxes, regulation that benefits cronies, and illogical anti freedom limitations. The LPNM will be proposing corrective legislation in 2022.
5. Expungement: LPNM supports the complete expungement of records associated with victimless crimes, as well as the automatically scheduled expungement of any charges not resulting in conviction.
6. Border Wall: LPNM opposes the construction of a physical border wall.
7. Gun Control: LPNM supports the right of Americans to keep and bear arms.
8. Education: LPNM supports a transition to a fully private education system.
9. Property Taxes: LPNM supports the right of every person to own property free from government interference, and therefore supports the elimination of property taxes.
10. Occupational Licensing: LPNM supports an individual's right to select an occupation and earn a living in the manner of their choosing without government restriction.



**ELECTIONS**

Run for Office
Elected Officials
County Affiliates

**OUR PARTY**

Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

**TAKE ACTION**

Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4, Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer

# Run for Office



If you're interested in running as a Libertarian candidate for municipal, county, state or federal office, here is some information we hope will be helpful to you. And please don't forget to let us know about your candidacy!

We are committed to helping Libertarian candidates win general elections. We can help you with:

- Finding volunteers
- Steering you toward resources to aid your fundraising efforts
- Providing press release templates
- Providing media lists
- Publicizing your campaign through our social media channels
- Publicizing your campaign

# 2026 - 2027

Nothing from May 27, 2026 to May 27, 2027.

The Libertarian Party of New Mexico encourages robust competition among its members for the party's nomination. LPNM will not endorse primary candidates and cannot contribute funding or other party resources to individual candidates during the primary election cycle. LPNM is eager to help our nominees prepare for the General Election to face off with Democrat and Republican competitors.

- Updated list of all New Mexico County Clerks

- Federal Election Commission information for federal candidates

**Please regularly check the Secretary of State's website at this link for updates to the State Election Handbook.**



8100 Wyoming Blvd NE Ste M4,
Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

**ELECTIONS**
Run for Office
Elected Officials
County Affiliates

**OUR PARTY**
Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

**TAKE ACTION**
Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer





 Home   Our Party ⌄   Elections ⌄   Our History   Take Action ⌄

**Donate**

# Oops, This Page Could Not Be Found!

**404**

## Helpful Links

- › Home
- › Our Party
- › Elections
- › Our History
- › Take Action

## Search Our Website

Can't find what you need? Take a moment and do a search below!

🔍 Search...



**ELECTIONS**

Run for Office
Elected Officials
County Affiliates

**OUR PARTY**

Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

**TAKE ACTION**

Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4,
Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

**secretary@lpnm.us**

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer



# County Affiliates

The Libertarian Party is a grassroots political organization. Most of the day-to-day work of our party and our campaigns is done by volunteers working at the county level. These affiliates are the building blocks to bringing Libertarians ideas and candidates to people near you.

Click on your county to get active locally.

- Bernalillo County, NM
- Eddy County, NM
- Los Alamos County, NM
- Sandoval County, NM
- Santa Fe County, NM

Please reach out to secretary@lpnm.us for leadership opportunities in these inactive affiliates:

- Catron County, NM
- Chaves County, NM
- Cibola County, NM
- Colfax County, NM
- Curry County, NM
- De Baca County, NM
- Grant County, NM
- Guadalupe County, NM
- Harding County, NM
- Hidalgo County, NM
- Lea County, NM
- Lincoln County, NM
- Luna County, NM
- McKinley County, NM
- Mora County, NM
- Otero County, NM
- Quay County, NM
- Rio Arriba County, NM
- Roosevelt County, NM
- San Juan County, NM
- San Miguel County, NM
- Sierra County, NM
- Socorro County, NM
- Taos County, NM
- Torrance County, NM
- Union County, NM
- Valencia County, NM



**ELECTIONS**

Run for Office
Elected Officials
County Affiliates

**OUR PARTY**

Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

**TAKE ACTION**

Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4, Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer

## Become a Voting Member

As an all-volunteer organization, the Libertarian Party of New Mexico relies on donations of time, talent, and money from people just like you. As a caucus member, you will be entitled to be a member of the voting body at the annual convention.

### Join today!

It's easy to become a Voting member of the Libertarian Party of New Mexico. Just follow these two steps:

1. Be registered as a Libertarian in NM. Click HERE to change it.
2. Fill out the form below!

If you want to be a free non-voting registered state member click HERE

### Why get involved

- Directly support the cause of liberty in New Mexico.
- Get involved with a party that consistently defends and upholds the Constitution and the Bill of Rights.
- Belong to the only New Mexico political party that fights for all of your freedoms, all the time.
- Have a say in our party. As a Voting Member, you get to vote on major issues at the state convention.

### Support Our Cause

Help our organization by donating today! Donations go to making a difference for our cause.

🔒 100% Secure Donation

**How much would you like to donate today?**

All donations directly impact our organization and help us further our mission.

Choose your donation frequency

| One Time | Monthly |
|---|---|

Donation Amount *    USD $

| $9.00 | Monthly Caucus Membership |
| $72.00 | One Time Annual (uncheck monthly) |
| $125.00 | Patron: Lifetime Member in one year (uncheck monthly) |

Enter custom amount

Plus an additional $0.58 to cover gateway fees.

**Who's Giving Today?**

We'll never share this information with anyone.

First name *    Last name *

John    Doe

Email Address *

Comment

**Payment Details**

How would you like to pay for your donation?

Donation Summary

| Payment Amount | $9.00 |
| Giving Frequency | Monthly |
| Cover Donation Fees — Ensures 100% of your donation reaches our cause | $0.58 |
| **Donation Total** | **$9.58** |

Donate with Stripe Payment Element

Card number
1234 1234 1234 1234    VISA

Expiration date    Security code
MM / YY    CVC

Country    ZIP code
United States    12345

By subscribing, you authorize Libertarian Party of New Mexico to charge you according to the terms until you cancel.

Are you sponsoring a membership?

If you are sponsoring a membership, please list the beneficiary. If you would like LPNM to apply it to the waiting list, please indicate below.

Please apply my sponsorship to:

Phone *

Occupation *
Sorry, state law requires us to do this. We wish we didn't have to!

Employer *
Sorry, state law requires us to do this. We wish we didn't have to!

NM County
Decline to state/NA

By clicking Join Now you are agreeing to the statement "I hereby certify that I do not advocate the initiation of force as a means of achieving political or social goals."

Verify you are human    CLOUDFLARE

**Donate now**

ELECTIONS
Run for Office
Elected Officials
County Affiliates

OUR PARTY
Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

TAKE ACTION
Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4, Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW
secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer



🏠 Home   Our Party ⌄   Elections ⌄   Our History   Take Action ⌄   **Donate**

## Volunteer

# What Causes Are You Passionate About?

Getting involved is easy! We need all sorts of people with all sorts of skills to help us get the message out and to keep things running behind the scenes. Tell us what you like to do and how much time you can devote, and we'll find you a match.

No matter your passion, you can help advance the cause by volunteering with the LPNM.

**First Name ***

**Last Name ***

**Email Address ***

**Phone Number**

505-123-4567 🇺🇸

**Text Message Opt-In**

☐ By submitting this form and signing up for texts, you consent to receive text messages (campaign information, event reminders, etc.) from LPNM and affiliated political campaigns at the number provided, including messages sent by autodialer. Consent is not a condition of purchase. Msg & data rates may apply. Msg frequency varies. Donations may be solicited. Opt-in data and consent will not be shared with any third parties. Unsubscribe at any time by replying STOP. Reply HELP for help. Privacy Policy

**Message**                                                                                         0 / 180

Optional.

**Checkbox ***

☐ I consent to receiving the LPNM newsletter.

☐ Verify you are human   **CLOUDFLARE**
                          Privacy • Help

Submit



LIBERTARIAN PARTY
of NEW MEXICO

8100 Wyoming Blvd NE Ste M4,
Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

**secretary@lpnm.us**

| ELECTIONS | OUR PARTY | TAKE ACTION |
|---|---|---|
| Run for Office | Constitution & Bylaws | Register To Vote |
| Elected Officials | LPNM Platform | Join LPNM |
| County Affiliates | LPNM Leadership | Volunteer |
| | News | Donate |
| | Our History | LPNM Calendar |

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer