EXHIBIT 4

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **LIBERTARIAN NATIONAL COMMITTEE, INC.,** | |
| **Plaintiff,** | **CIVIL ACTION NO.:** |
| **v.** | **1:26-cv-1562** |
| **LIBERTARIAN PARTY OF NEW MEXICO, CHRIS LUCHINI, LAURA BURROWS, PAUL MCKENNEY, FREDERICK SNOY, and JAMES WERNICKE,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

### <u>DECLARATION OF BRET KONSAVAGE</u>

Under 28 U.S.C. §1746, I, Bret Konsavage, declare as follows, under penalty of perjury:

1.     I am over the age of 18, of sound mind, and otherwise competent to provide this declaration under penalty of perjury.

2.     In early 2024, I participated in a petition drive to collect signatures in Los Lunas, New Mexico in support of ballot access for the national Libertarian Party in the State of New Mexico.

3.     During this petition drive, I was acting on behalf of the Free New Mexico Party, which is the sole recognized state affiliate of the Libertarian National Committee in New Mexico.

4.     While circulating petitions and speaking with potential signers, I explained to each person that we were collecting signatures to ensure ballot access for the national Libertarian Party.

5.     On approximately ten (10) separate occasions, potential signers I spoke with expressed confusion and indicated that they believed we were petitioning on behalf of the

Libertarian Party of New Mexico (the disaffiliated state party), even though that party was the New Mexico state affiliate of the Liberal Party USA and was not associated with the national Libertarian Party. This required me to explain, at length, that the two state parties are separate and that the Libertarian Party of New Mexico was not associated with the national Libertarian Party, and how that had come to pass.

6.      This confusion occurred even though I clearly identified that I was acting on behalf of the Free New Mexico Party, the state affiliate of the national Libertarian Party.

Executed on ___25 May 2026___

___Bret Konsavage___
Bret Konsavage

2