INTERNET ARCHIVE
WayBackMachine
1 capture
26 Apr 2026

https://lpnm.us/main/lpnm-history/

Go

MAR APR MAY
◄ 26 ►
2025 2026 2027
About this capture

Case 1:26-cv-01562-MIS-KK     Document 10-6     Filed 05/29/26     Page 1 of 1



LIBERTARIAN PARTY
of New Mexico

🏠 Home    Our Party ⌄    Elections ⌄    Our History    Take Action ⌄

Donate

## Our History



**NM Libertarians Meet**

ALBUQUERQUE, N.M. (AP) — The first state convention of the Libertarian Party of New Mexico, the state's newest political party, was scheduled to get under way today in Albuquerque.

The party's acting state chairman, Diana Amsden, said the convention will elect officers, develop a platform and make plans for putting a presidential candidate on the state general election ballot in November.

She said 10,000 signatures on a petition and $500 for a filing fee are needed to get the Libertarian party's candidate on the state election ballot.

The party's presidential candidate is Dr. John Hospers, chairman of the philosophy department at the University of California at Los Angeles and founder of the national Libertarian party.

News story about the first Libertarian Party of New Mexico convention in 1972, via the Gallup Independent newspaper.

# A Brief History of the Libertarian Party of New Mexico

The Libertarian Party of New Mexico was founded on June 27, 1972. The party held its first convention on July 22, 1972.

The party may have been formed by members of the University of New Mexico Students of Objectivism Club. The first LPNM party chair was Diana Amsden.

The LPNM is the state affiliate of the Libertarian Party.

Throughout most of its history, the LPNM operated as a minor party in the state. The party frequently ran candidates for local and state office, but none were ever elected.

Libertarian Party voter registrations in New Mexico hovered around 5,000 until 2016, when former New Mexico governor Gary Johnson ran for President of the United States on a Libertarian ticket. Since that time, Libertarian registrations have increased at a rapid rate. As of April, 2018, the New Mexico Secretary of State reported a total of more than 8,000 registered Libertarians.

In January, 2018, the Libertarian Party of New Mexico gained major party status.

On March 4, 2018, the LPNM held its first-ever nominating convention for candidates for state and federal office.

On June 5, 2018, Libertarian voters in New Mexico first participated in a primary election.



LIBERTARIAN PARTY
of NEW MEXICO

**ELECTIONS**
Run for Office
Elected Officials
County Affiliates

**OUR PARTY**
Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

**TAKE ACTION**
Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd. NE | Suite M4
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer