EXHIBIT 7



**STATE OF NEW MEXICO**

**FILED**
COUNTY CLERK OF
LINCOLN COUNTY

Aug 23 1972
at 2:30 P.M.

CLERK

DEPUTY

OFFICE OF

# THE SECRETARY OF STATE

## Certificate

I, Betty Fiorina, Secretary of State of the State of New Mexico, do hereby certify

that

the Libertarian Party of New Mexico has filed their rules and regulations
in this office on the 26th of July, 1972 in compliance with Section 3-7-6
of the New Mexico Election Handbook, 1969 Edition as amended.
I further certify that the rules and regulations were approved by the
office of the Attorney General on the 31st of July, 1972.



THE

## LIBERTARIAN

PARTY OF NEW MEXICO

The above is a true and correct copy of the party's name and emblem
as filed in this office.



Given under my hand and the Great Seal of the State
of New Mexico, in the City of Santa Fe, the Capital
on this 8th day of August A. D. 1972.

Betty Fiorina

Secretary of State