IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| LIBERTARIAN NAT'L COMMITTEE, INC., | | |
| Plaintiff, | | |
| v. | | NO.: 1:26-cv-01562-MIS-KK |
| LIBERTARIAN PARTY OF NEW MEXICO, et. al. Defendants. | | |

## **MOTION FOR EXPEDITED PRELIMINARY INJUNCTION HEARING**

Plaintiff, the Libertarian National Committee, Inc. ("LNC"), respectfully requests that the Court set an expedited hearing on Plaintiff's Motion for a Preliminary Injunction, doc. 10, because the Defendants' ongoing infringement impacts the upcoming November general election and the campaigns leading up to the election. The deadline for submitting minor party declarations of candidacy and nominating petitions is June 27, 2026. 2026 New Mexico Secretary of State Candidate Guide Excerpt, attached hereto as **Exhibit 1.** Under a normal briefing schedule, Defendants' response would be due June 12, 2026, and Plaintiff's reply would be due June 26, 2026. Without expedited relief the defendants will be allowed to continue to appear on the ballot as the Libertarian Party of New Mexico despite having no affiliation with the Libertarian Party and instead affiliating with a competing party: the Liberal Party.

Defendants the Libertarian Party of New Mexico, Chris Luchini, Laura Burrows, Paul McKenney, Frederick Snoy, and James Wernicke (collectively "Defendants") are currently unlawfully using the LNC's federally registered trademark LIBERTARIAN PARTY® (the

1

"Mark") on their website, social media, and in their dealings with the New Mexico Secretary of State. By infringing this trademark, the Defendants are currently holding themselves out as the locally recognized affiliate of the LNC. However, since disassociating with the LNC the Defendants have chosen to affiliate with the Liberal Party while maintaining the name the Libertarian Party of New Mexico ("LPNM"). This ongoing infringement, as detailed in Plaintiff's preliminary injunction motion, is causing ongoing irreparable harm to the Plaintiff and resulting in confusion amongst voters, party members, potential members, and donors. In addition, LPNM is currently using the filing of this lawsuit as an opportunity to fundraise:



**Libertarian Party of New Mexico** ✓
May 20 at 11:17 PM · 🌐

**Libertarian Party of New Mexico faces legal action**
✨ Titles are generated by AI from Meta

There are forces that would rather drain time, money, and energy through legal attacks than engage in the battle of ideas.

The Libertarian Party of New Mexico is now facing legal action that threatens to divert resources away from our mission of defending individual liberty, limited government, and personal responsibility in New Mexico.

When political organizations are forced to spend their time and money fighting in court, those are resources that cannot be spent advancing libertarian principles, supporting candidates, and building a freer future.

We refuse to be intimidated, and we refuse to back down.

If you believe libertarian values are worth defending against those who would undermine them through legal and political pressure, we are asking for your support. Your donation will help ensure that LPNM has the resources to defend itself and continue fighting for freedom in New Mexico.

👍😆 10                                                    14 comments  3 shares

Expedited intervention is necessary to end this ongoing harm to Plaintiff and the public.

Plaintiff's preliminary injunction motion details how this matter is a straightforward case of trademark infringement and false designation. Plaintiff's Mark is registered, incontestable, and famous. Defendants use the identical mark, for identical goods and services, with the intent of confusing the public and insinuating direct affiliation with the Plaintiff. Without expedited relief, the Defendants' will continue to trade off Plaintiff's Mark and confuse New Mexico voters during a critical election season.

Plaintiff has sought the position and service of the Defendants of this motion and the preliminary injunction motion by contacting Alicia Dern who is the attorney who waived service on behalf of all the Defendants. She has declined to give the position of the Defendants and stated, "I cannot accept service for any motion practice." Emails between Trabaudo and Dern, attached hereto as **Exhibit 2**. Ms. Dern has admitted that she is an "an agent under Rule 4." Ex. 2 at 9-10. However, she has refused to accept the Motions and threatened counsel with Rule 11 sanctions if we used Rule 5 to serve the parties. *Id.*

These actions only compound the ongoing harm to the Plaintiff, further injecting unnecessary delays and gamesmanship into this proceeding, all while Defendants continue to infringe Plaintiff's trademark and confuse New Mexico voters. Ms. Dern's refusal to accept the preliminary injunction motion or provide information she possesses about her client's addresses is an apparent delay tactic and is unnecessarily increasing the costs of this litigation. Plaintiff has mailed this motion and the preliminary injunction motion to the Defendant's last known addresses, emailed them to Ms. Dern, and are in the process of formally serving them.

Plaintiff respectfully requests that this Court set an expedited hearing and briefing schedule so that Defendants cannot continue to sow confusion amongst New Mexico voters and illegally trade on Plaintiff's trademark.

Date: May 29, 2026.

Respectfully Submitted,

BARDACKE ALLISON MILLER LLP

By: /s/ *Billy Trabaudo*
Benjamin Allison
Justin Miller
Billy Trabaudo
141 E. Palace Avenue
Santa Fe, NM  87501
505-995-8000

3

ben@bardackeallison.com
justin@bardackeallison.com
billy@bardackeallison.com

FRESH IP PLC

By: /s/Cliff Hyra
Clifford D. Hyra (*pro hac vice*)
VA Bar No. 75,021
11710 Plaza America Drive
Suite 2000
Reston, VA 20190
(866) 913-3499
cliff@freship.com


*Counsel for Plaintiff Libertarian Nat'l Committee*

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing document to be filed through the Court's CM/ECF system and to be served on all parties at their last known address through first class mail and a process server, by email through their Rule 4 agent Ms. Dern, and by filing with the Court Clerk under Rule 5(D) which caused which caused all parties to receive notice to be served.

**Paul McKenny**
12904 Mountain View Ave.,
Albuquerque, NM 88203

**Fredrick Snoy**
729 Adobe Rd NW,
Albuquerque, NM 87107

**Laura Burrows**
121 La Senda Rd
White Rock, NM 87547

**Libertarian Party of New Mexico**
Registered Agent: Chris Luchini
121 La Senda Rd
White Rock, NM 87547

**Chris Luchini**
121 La Senda Rd
White Rock, NM 87547

**James Wernicke**
3034 Nickle Street,
Los Alamos, NM 87544

**Alcia Dern, Esq.**
Rule 4 Agent
alicia@dernlaw.com

BARDACKE ALLISON MILLER LLP

By:    */s/ Billy Trabaudo*
Billy Trabaudo

5