Exhibit 1



Office of the New Mexico
Secretary of State
Maggie Toulouse Oliver

# 2026 Candidate Information Guide

**July 2, 2026: FOURTH PRIMARY CAMPAIGN REPORT OR STATEMENT OF NO ACTIVITY (PRIMARY CANDIDATES)**

No later than the thirtieth (30) day after a primary election, a report by all reporting individuals, except those individuals that become candidates after the primary election, of all expenditures made and contributions received that were not previously reported on or before the twenty-fifth (25) day after the primary election. *Refer to Section 1-19-29 (B)(6), NMSA 1978.*

Candidates who are not moving on to the general election are encouraged to file a final report to inactivate their CFIS account indicating that:
- There is no outstanding campaign debt;
- All money has been expended in accordance with the provisions of Section 1-19-29.1 NMSA 1978; and
- The bank account(s) specific to the campaign have been closed.

**July 3, 2026: CERTIFICATE OF NOMINATION**

Upon approval of the report of the state canvass, but not sooner than the thirty-first (31) day after any primary or general election, the secretary of state shall issue to those candidates entitled by law the appropriate certificate of election or, in the case of a primary election, a certificate of nomination. *Refer to Section 1-13-16 (B), NMSA 1978.*

## GENERAL ELECTION – IMPORTANT DATES

**On or before March 31, 2026: INDEPENDENT & MINOR PARTY CANDIDATE NOMINATING PETITIONS AVAILABLE**

The Secretary of State publishes petition forms and the required number of signatures for independent and minor party candidates, who may then begin circulating petitions. *Refer to Section 1-8-50 (E), NMSA 1978.*

**NEW MEXICO MINOR PARTY INFORMATION**
- Green Party of New Mexico
- Libertarian Party of New Mexico

**June 27, 2026: INDEPENDENT CANDIDATE, MINOR PARTY CANDIDATE, JUDICIAL RETENTION CANDIDATE AND GENERAL ELECTION WRITE-IN CANDIDATE**
- **Independent candidates** shall file declarations of candidacy and nominating petitions, if required, with the proper filing officer **between 9:00 a.m. and 5:00 p.m.** on the twenty-third (23) day following the primary election of each even-numbered year. *Refer to Section 1-8-52 (A), NMSA 1978.*
- **Minor Party candidates** shall file declarations of candidacy and nominating petitions, if required, with the proper filing officer **between 9:00 a.m. and 5:00 p.m.** on the twenty-third (23) day following the primary election. *Refer to Sections 1-8-2 and 1-8-3, NMSA 1978.*
- **Write-in candidates** shall file with the proper filing officer **between 9:00 a.m. and 5:00 p.m.** on the twenty-third (23) day after the primary election a declaration of intent to be a write-in candidate, accompanied by a petition signed by a number of voters equal to at least one percent (1%) of the total number of votes cast in the area sought to be represented as were cast for

governor at the last preceding general election at which a governor was elected. No person shall be a write-in candidate in the general election who was a candidate or who filed a declaration of candidacy in the primary election immediately prior to the general election. *Refer to Sections 1-8-66 (A) & (F), NMSA 1978.*

- **Declarations of candidacy for nonpartisan judicial retention** for the Supreme Court, Court of Appeals, District Court, or Metropolitan Court shall be filed with the proper filing officer **between 9:00 a.m. and 5:00 p.m.** *Refer to Section 1-26-2 (C), NMSA 1978.*
- Candidates for legislative or statewide offices who have not already filed a financial disclosure statement with the secretary of state in the same calendar year shall file a financial disclosure statement at the time of filing a declaration of candidacy. The FDS must be filed online, using the Campaign Finance Information System: https://login.cfis.sos.state.nm.us/#/index. Pursuant to Section 10-16A-2(H) NMSA 1978, a candidate for legislative or statewide offices who does not file a FDS before the date for qualification of the person as a candidate shall be disqualified by the proper filing officer as a candidate.

**June 25, 2026: VACANCY ON GENERAL ELECTION BALLOT; DEATH OF CANDIDATE OR RESIGNATION OR DEATH OF OFFICE HOLDER BEFORE GENERAL ELECTION**

Vacancies on the general election ballot may be filled as provided in Section of 1-8-7(B), NMSA 1978, if:

- After a primary election, if there is no nominee of a major political party for a public office to be filled in the general election and if the vacancy was caused by:
    - The death of a candidate after filing of the declaration of candidacy or after certification as a convention-designated nominee and before the primary election; or
    - The resignation or death of a person holding a public office after the last Friday before the first Tuesday in March, when such office was not included in the general election proclamation and is required by law to be filled at the next succeeding general election after the vacancy is created.

    The vacancy may be filled subsequently to the primary election by the central committee of the state or county political party as provided by Section1-8-8(A), NMSA 1978.

- The name of the person to fill the vacancy on the general election ballot shall be filed with the proper filing officer on a form approved by the secretary of state on the twenty-third (23) day after the primary election, along with a declaration of candidacy subscribed and sworn by the selected nominee. The nominee shall also register and begin filing reports pursuant to the Campaign Reporting Act. Upon being nominated, the candidate shall fill out the online registration form using the Campaign Finance Information System (CFIS) on the Secretary of State's website located at https://login.cfis.sos.state.nm.us/. Upon approval of the registration by the secretary of state, the candidate will receive an email with instructions to complete the setup of the CFIS account. *Refer to Sections 1-19-25 through 1-19-36, NMSA 1978.*
- The subscribed Declaration of Candidacy to fill a vacancy on the general election ballot will be available ***AFTER*** the primary election.

**June 25, 2026: LAST DAY TO FILE AS A NEW POLITICAL PARTY TO PARTICIPATE IN THE GENERAL ELECTION**

To qualify as a political party in New Mexico:

- Each political party, through its governing body, shall adopt rules provided for the organization and government of that party and shall file the rules with the secretary of state. Uniform rules