**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LIBERTARIAN NAT'L COMMITTEE, INC.,

      Plaintiff,

v.

                                          Case No. 1:26-cv-01562-MIS-KK

LIBERTARIAN PARTY OF NEW MEXICO, CHRIS LUCHINI, LAURA BURROWS, PAUL MCKENNEY, FREDERICK SNOY, JAMES WERNICKE,

      Defendants.

<u>**ORDER GRANTING MOTION FOR EXPEDITED PRELIMINARY INJUNCTION HEARING AND EXPEDITING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**</u>

THIS MATTER is before the Court on Plaintiff's Motion for Expedited Preliminary Injunction Hearing ("Motion"), ECF No. 11, filed May 29, 2026. It is **HEREBY ORDERED** that the Motion is **GRANTED as follows**:

1. Defendants shall have until and including June 8, 2026, to file a response to Plaintiff's Motion for Preliminary Injunction, ECF No. 10;

2. Plaintiffs' may file a reply within three days of Defendants' response, if any;

3. A hearing on the Motion for Preliminary Injunction will be set by separate entry;

4. Plaintiff's counsel shall inform Defendants' counsel of this Order by telephone, and shall serve Defendants' counsel with a copy of this Order by email and USPS Certified Mail, Return Receipt Requested, forthwith; and

5.  Plaintiff's counsel shall file a Notice of Compliance on the docket once they have notified

    Defendants' counsel of this Order.

                                              **MARGARET STRICKLAND**
                                              UNITED STATES DISTRICT JUDGE