**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


LIBERTARIAN NAT'L COMMITTEE, INC.,

     Plaintiff,

v.                                                              No. 1:26-cv-01562-MIS-KK

LIBERTARIAN PARTY OF NEW
MEXICO, CHRIS LUCHINI, LAURA
BURROWS,      PAUL      MCKENNEY,
FREDERICK SNOY, JAMES WERNICKE,

     Respondents.


**NOTICE OF REMOTE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**


THIS MATTER is before the Court on Plaintiff's Motion for Expedited Preliminary Injunction Hearing ("Motion"), ECF No. 11, filed May 29, 2026. A remote motion hearing is hereby set for June 15, 2026, at 1:30 pm before District Judge Margaret I. Strickland. The Parties shall email an exhibit list and all exhibits they intend to introduce to the Court to stricklandchambers@nmd.uscourts.gov by June 12, 2026.

This proceeding will be held via Zoom Video/Web Conferencing with all participants appearing remotely; the Zoom ID and Passcode will be provided separately to the participants email address of record.

Participants should connect to the proceeding 15 minutes prior its scheduled start time to allow time for trouble-shooting of any connectivity issues.

To ensure the record is of the best quality participants are encouraged to utilize a headset to reduce static and background noise; if not using a headset participants must ensure the audio

feed at their location is muted when not speaking.

Plaintiff's counsel shall inform Defendants' counsel of this Notice by telephone and shall serve Defendants' counsel with a copy of this Notice by email and USPS Certified Mail, Return Receipt Requested, forthwith. Plaintiff's counsel shall also send a copy of this Notice to Defendants' last known addresses.

Plaintiff's counsel shall file a Notice of Compliance on the docket once they have notified Defendants' counsel of this Notice.

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2