## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LIBERTARIAN NATIONAL, COMMITTEE INC., | |
| Plaintiff, | CIVIL ACTION NO.: 1:26-cv-01562-MIS-KK |
| v. | |
| LIBERTARIAN PARTY OF NEW MEXICO, et al, | |
| Defendants. | |

### DECLARATION OF CHRIS LUCHINI

Under 28 U.S.C. § 1746, I, Chris Luchini, declare:

1.      I am over the age of 18, of sound mind, and competent to make this declaration. The facts stated herein are based on my own personal knowledge and on my review of the official records and archives of the Libertarian Party of New Mexico ("LPNM"). If called as a witness, I could and would testify competently to them.

2.      I am the Chair of LPNM and a Defendant in this action. As Chair, I am an officer of the organization and am familiar with its operations, its governance, and its official records. I am authorized to make this declaration on behalf of LPNM and submit it as the person most qualified to testify regarding the matters set forth below.

3.      In my capacity as Chair, I have access to and custody of, or supervisory authority over, LPNM's official records and historical archives, including its organizational filings, governance documents, correspondence, and the materials maintained in LPNM's files documenting the organization's use of its name. The records and archives described in this

1

declaration are maintained by LPNM in the ordinary course of its activities as a political organization.

4.      LPNM was founded on June 27, 1972, and held its first organizing convention on July 22, 1972. On July 26, 1972, LPNM filed its rules and regulations with the New Mexico Secretary of State, and the New Mexico Attorney General approved those rules and regulations on July 31, 1972. The New Mexico Secretary of State thereafter certified "the Libertarian Party of New Mexico" and its emblem as filed in that office.

5.      Since 1972 and continuously through the present, LPNM has operated in the State of New Mexico under the name "Libertarian Party of New Mexico." Throughout that period, LPNM has used that name to organize at the state and county level, to support candidates for public office, to communicate with the public and with prospective members, to conduct meetings and events, and to raise funds for its activities. LPNM continues to operate under that name today.

6.      Based on my personal knowledge and review of LPNM's records and historical archives, LPNM's use of the name "Libertarian Party of New Mexico" in this State has been continuous and uninterrupted from 1972 to the present.

7.      LPNM maintains in its files and archives a collection of historical records documenting LPNM's use and public identification under the name "Libertarian Party of New Mexico" and "LPNM" in New Mexico since the early 1970s, including newspaper publications and related materials. These records are kept by LPNM as part of its organizational archives. The LPNM's files and archives reflect LPNM's use and public identification under its name in New Mexico as described above.

8.      I have caused a search to be conducted of LPNM's official records and historical archives for any document reflecting a license from the Libertarian National Committee, Inc.

2

("LNC"), or from any other person or entity, authorizing LPNM's use of the name "Libertarian Party," "Libertarian Party of New Mexico," or the word "Libertarian."

9.     Based on that search and on my personal knowledge, no such license exists in LPNM's records or archives. LPNM's files and archives contain no written license agreement between LPNM and the LNC, no signed grant of permission to use the name, and no document by which LPNM agreed or assented to any trademark license from the LNC.

10.     I have likewise caused a search to be conducted for any document reflecting that LPNM formally adopted, agreed to, or assented to be bound by the bylaws of the LNC, including any provision of those bylaws governing the licensing of state affiliates or the use of the name "Libertarian Party." Based on that search and on my personal knowledge, LPNM's records and archives contain no such document.

11.     Based on my personal knowledge and my records searches, the LNC has never exercised any control over the nature or quality of LPNM's political activities conducted under the name "Libertarian Party of New Mexico." The LNC has never subjected LPNM to any inspection, approval, audit, or quality-control process governing LPNM's use of the name, and LPNM has never sought or obtained the LNC's approval of its activities, communications, candidates, or materials.

12.     In or about August 2022, LPNM determined to sever its voluntary political association with the LNC. That decision arose from a fundamental disagreement over the direction and governance of the national organization, including, but not limited to, its platforming of then-Republican candidate President Donald Trump at the national convention and support of political candidates Trump and Robert F. Kennedy Jr. to the detriment of Libertarian designated candidates.

3

The severing of that association was a political and associational decision by LPNM; it was not the termination of any trademark license, because no such license existed.

13.    At the direction of LPNM's Executive Committee, and following correspondence from the LNC, LPNM revised its website and visual identity to remove imagery and design elements associated with the national organization. As directed by the Executive Committee, LPNM redesigned its materials to adopt a distinct visual identity featuring a porcupine incorporating the New Mexico Zia symbol in red and gold coloring. This redesigned visual identity is distinct from the visual identity and trade dress used by the LNC and the national organization, and LPNM uses it to identify itself in New Mexico.

14.    LPNM has placed on its website a notice stating that the Libertarian Party of New Mexico has no connection or affiliation with the Libertarian National Committee and/or LP.org. That notice remains posted on LPNM's website. LPNM has also removed from its website prior historical references describing LPNM as a state affiliate of the national organization.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 7, 2026.

Chris Luchini
Chair, Libertarian Party of New Mexico

4