## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LIBERTARIAN NATIONAL, COMMITTEE INC., | |
| Plaintiff, | CIVIL ACTION NO.: 1:26-cv-01562-MIS-KK |
| v. | |
| LIBERTARIAN PARTY OF NEW MEXICO, et al, | |
| Defendants. | |

### DECLARATION OF ALICIA I. DEARN

Under 28 U.S.C. § 1746, I, Alicia I. Dearn, declare:

1.      I am over the age of 18, of sound mind, and competent to make this declaration. I am counsel of record for Defendants in this action. The facts stated herein are based on my own personal knowledge or on my review of the record and files in this matter. If called as a witness, I could and would testify competently to them.

2.      Attached are Defendants proposed targeted Requests for Admission (Exhibit A), Interrogatories (Exhibit B), and Requests for Production of Documents (Exhibit C). Defendants respectfully request that the Court order expedited responses to these limited requests before ruling on the Motion for Preliminary Injunction.

3.      This declaration supports Defendants' request for expedited discovery before the Court decides the merits of the Plaintiff's Preliminary Injunction Motion. The following facts lay out what Defendants expect to discover and their basis for it.

1

4.      I served as the Chair of the Libertarian Party of San Diego County in 2016 through 2018, the county-level Libertarian organization for San Diego County, California. During my tenure in that role, the organization operated and held itself out to the public under the name "Libertarian Party of San Diego County." I that role, I was the custodian of records for the organization. During that time, the Libertarian Party of San Diego County did not hold, execute, or operate under any written license from the Libertarian National Committee, Inc. ("LNC") authorizing its use of the name "Libertarian Party," and I am aware of no agreement by which that organization accepted any such license or any quality-control conditions imposed by the LNC on its use of the name.

5.      Also in that role, I worked directly with the Libertarian Party of California (LPC), a Libertarian political organization recognized by the State of California, because county parties, while independent of the state party, were often cooperative. At that time, the Libertarian Party of California did not hold or execute any written license from the LNC authorizing its use of the name "Libertarian Party" to be extended to the County of San Diego party, and I am aware of no agreement by which California Party accepted any such license or any quality-control conditions imposed by the LNC on its use of the name. In my experience, neither the state organization nor the county organization was subject to any LNC inspection, approval, or quality-control process governing its political activities conducted under the name "Libertarian Party."

6.      I have been active within the Libertarian Party since 2012 when I served as General Counsel to the presidential campaign of Governor Gary Johnson and was a delegate and multiple national conventions with the states of Missouri, California, and Texas. I spent a lot of time interacting with state and county parties since 2012. I can say generally that there is and has been a culture of resistance by the state affiliates to LNC control, and that the Libertarian Party as a

2

larger association of people had a culture of refusing "top down" control, and valuing "bottom up" *voluntary* association. There is not a generally accepted concept of the state affiliates being subordinate to the national entity. This was frequently a discussed issue, and the LNC historically took a "hands off" approach to state party schisms, including notably in Oregon between 2011 and 2018, which had devolved into litigation over which competing party was officially recognized by the Oregon Secretary of State and the LNC for purposes of ballot access.

7.      It is therefore my strong suspicion that nearly all the state and county groups designated as "Libertarian Party" lack continuous trademark licenses or other formal affiliation agreements from the LNC since the trademark was first registered on January 30, 2001, and most lack any such licenses or agreements *ever*, and that there are few enforcement actions taken by the LNC, other than the case they note in their Preliminary Injunction Motion.

8.      The testimony and documents necessary to confirm whether, how often, and how extensively the LNC has entered written licenses and affiliations with state and county Libertarian organizations, and whether it has exercised any consistent control over their use of the term Libertarian Party, are within the exclusive possession, custody, and control of Plaintiff. Defendants have not had the opportunity to obtain that information through discovery, which has not yet opened in this expedited posture.

9.      Because this information directly informs the merits of the Preliminary Injunction sought by Plaintiff, Defendants propose the attached discovery be conducted before a merits hearing on the motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 8, 2026.                    /s/ Alicia I. Dearn
                                             Alicia I. Dearn

3

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LIBERTARIAN NATIONAL, COMMITTEE INC., | |
| Plaintiff, | CIVIL ACTION NO.: 1:26-cv-01562-MIS-KK |
| v. | |
| LIBERTARIAN PARTY OF NEW MEXICO, et al, | |
| Defendants. | |

**DEFENDANTS' FIRST REQUESTS FOR ADMISSION
TO PLAINTIFF LIBERTARIAN NATIONAL COMMITTEE, INC.**

Defendants request that Plaintiff Libertarian National Committee, Inc. admit or deny the following matter.

**DEFINITIONS**

A.    "YOU," "YOUR," and "LNC" mean Plaintiff Libertarian National Committee, Inc., and its predecessors in interest, officers, directors, employees, agents, and all persons acting on its behalf.

B.    "THE MARK" means the term "Libertarian Party," including as reflected in U.S. Trademark Reg. No. 2,423,459.

C.    "STATE OR COUNTY LIBERTARIAN ORGANIZATION" means any state-level or county-level political organization in the United States that has used the name "Libertarian Party of [State]", "[State] Libertarian Party", "Libertarian Party of [County]", or any substantially similar name incorporating the words "Libertarian Party," at any time from 1971 to the present.

1

**EXHIBIT A**

D.  "WRITTEN LICENSE" means any written agreement, signed or otherwise assented to by the organization to be licensed, that grants permission to use THE MARK and that specifies or reserves any right of YOURS to control the nature or quality of the goods, services, or activities offered under THE MARK.

E.  "AFFILIATE AGREEMENT" means any executed written agreement that affiliates any other person or organization with the LIBERTARIAN NATIONAL COMMITTEE and that specifies or reserves any right of YOURS to control the nature or quality of the goods, services, or activities offered by the affiliate.

**REQUESTS**

**REQUEST FOR ADMISSION NO. 1:**    Admit that YOU cannot produce a WRITTEN LICENSE executed or assented to by each and every organization, including but not limited to STATE OR COUNTY LIBERTARIAN ORGANIZATIONS in the United States, who use LIBERTARIAN PARTY in their trade name, organization name, corporate name, goods, services, advertising, or fundraising, authorizing that organization's use of THE MARK from 1971 to the present.

**REQUEST FOR ADMISSION NO. 2:**    Admit that YOU cannot produce a WRITTEN LICENSE executed or assented to by each and every organization, including but not limited to STATE OR COUNTY LIBERTARIAN ORGANIZATIONS in the United States, who use LIBERTARIAN PARTY in their trade name, organization name, corporate name, goods, services, advertising, or fundraising, authorizing that organization's use of THE MARK from January 30, 2001 to the present.

**REQUEST FOR ADMISSION NO. 3:**    Admit that YOU cannot produce an AFFILIATE AGREEMENT executed or assented to by each and every organization, including but not limited

2

**EXHIBIT A**

to STATE AND COUNTY LIBERTARIAN ORGANIZATIONS in the United States, confirming

affiliation for each entity using the name "Libertarian Party" in their trade name, organization

name, corporate name, goods, services, advertising, or fundraising, from 1971 to the present.

Dated: June 8, 2026                    Respectfully submitted,

                                       /s/ Alicia I. Dearn
                                       4428 Louisiana Ave
                                       Saint Louis, MO 63111
                                       (314) 887-1100
                                       notices@dearnlaw.com

                                       Attorney for Defendants
                                       Libertarian Party of New Mexico,
                                       Chris Luchini, Laura Burrows, Paul
                                       McKenney, Frederick Snoy, and James
                                       Wernicke

**EXHIBIT B**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LIBERTARIAN NATIONAL, COMMITTEE INC., | \| |
| Plaintiff, | \|  CIVIL ACTION NO.: |
| | \|  1:26-cv-01562-MIS-KK |
| v. | \| |
| LIBERTARIAN PARTY OF NEW MEXICO, et al, | \| |
| Defendants. | \| |

### DEFENDANTS' INTERROGATORIES
### TO PLAINTIFF LIBERTARIAN NATIONAL COMMITTEE, INC.

Defendants request that Plaintiff Libertarian National Committee, Inc. answer the following Interrogatories in writing and under oath.

### DEFINITIONS

A.      "YOU," "YOUR," and "LNC" mean Plaintiff Libertarian National Committee, Inc., and its predecessors in interest, officers, directors, employees, agents, and all persons acting on its behalf.

B.      "THE MARK" means the term "Libertarian Party," including as reflected in U.S. Trademark Reg. No. 2,423,459.

C.      "STATE OR COUNTY LIBERTARIAN ORGANIZATION" means any state-level or county-level political organization in the United States that has used the name "Libertarian Party of [State]", "[State] Libertarian Party", "Libertarian Party of [County]", or any substantially similar name incorporating the words "Libertarian Party," at any time from 1971 to the present.

1

**EXHIBIT B**

D.     "WRITTEN LICENSE" means any written agreement, signed or otherwise assented to by the organization to be licensed, that grants permission to use THE MARK and that specifies or reserves any right of YOURS to control the nature or quality of the goods, services, or activities offered under THE MARK.

E.     "AFFILIATE AGREEMENT" means any executed written agreement that affiliates any other person or organization with the LIBERTARIAN NATIONAL COMMITTEE and that specifies or reserves any right of YOURS to control the nature or quality of the goods, services, or activities offered by the affiliate.

## INTERROGATORY

**INTERROGATORY NO. 1:**     For each organization, including but not limited to STATE OR COUNTY LIBERTARIAN ORGANIZATIONS in the United States, identify whether YOU contend that the organization is or was YOUR licensee with respect to THE MARK, and, for each such organization YOU contend is or was a licensee, state: (a) whether a WRITTEN LICENSE exists; (b) the date any WRITTEN LICENSE was executed or assented to and the identity of the person who executed or assented to it on behalf of the organization; (c) the specific quality-control or supervision mechanisms, if any, YOU have exercised over that organization's use of THE MARK; and (d) each instance in which YOU have enforced any quality-control standard against that organization.

**INTERROGATORY NO. 2:**     For each organization, including but not limited to STATE OR COUNTY LIBERTARIAN ORGANIZATIONS in the United States, who uses the term "Libertarian Party" in their trade name, organization name, corporate name, goods, services, advertising, or fundraising, identify whether YOU contend that the organization is or was YOUR affiliate with respect and, for each such organization YOU contend is or was an affiliate, state: (a)

2

**EXHIBIT B**

whether a written AFFILIATE AGREEMENT exists; (b) the date any AFFILIATE AGREEMENT was executed or assented to and the identity of the person who executed or assented to it on behalf of the organization; (c) the specific quality-control or supervision mechanisms, if any, YOU have exercised over that organization's as an affiliate; and (d) each instance in which YOU have enforced any standard against that organization as an affiliate.

**INTERROGATORY NO. 3:**        For each organization, including but not limited to STATE OR COUNTY LIBERTARIAN ORGANIZATIONS in the United States, that you contend you have enforced use of THE MARK against, identify the nature and steps YOU took to enforce THE MARK and the outcome of each enforcement, formal or informal.

**INTERROGATORY NO. 4:**        Identify each and every organization that YOU are aware of using Libertarian Party in their trade name, corporate name, organization name, goods, services, advertising, or fundraising. Include the name of the organization, its contact information and web address, and the date when YOU first became aware of its use of the term Libertarian Party.

Dated: June 8, 2026                         Respectfully submitted,

/s/ Alicia I. Dearn
4428 Louisiana Ave
Saint Louis, MO 63111
(314) 887-1100
notices@dearnlaw.com

Attorney for Defendants
Libertarian Party of New Mexico,
Chris Luchini, Laura Burrows, Paul
McKenney, Frederick Snoy, and James
Wernicke

3

**EXHIBIT C**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LIBERTARIAN NATIONAL, COMMITTEE INC., | |
| Plaintiff, | CIVIL ACTION NO.: 1:26-cv-01562-MIS-KK |
| v. | |
| LIBERTARIAN PARTY OF NEW MEXICO, et al, | |
| Defendants. | |

## DEFENDANTS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS
## TO PLAINTIFF LIBERTARIAN NATIONAL COMMITTEE, INC.

Defendants request that Plaintiff Libertarian National Committee, Inc. produce the following categories of documents.

### DEFINITIONS

A.     "YOU," "YOUR," and "LNC" mean Plaintiff Libertarian National Committee, Inc., and its predecessors in interest, officers, directors, employees, agents, and all persons acting on its behalf.

B.     "THE MARK" means the term "Libertarian Party," including as reflected in U.S. Trademark Reg. No. 2,423,459.

C.     "WRITTEN LICENSE" means any written agreement, signed or otherwise assented to by the organization to be licensed, that grants permission to use THE MARK and that specifies or reserves any right of YOURS to control the nature or quality of the goods, services, or activities offered under THE MARK.

1

**EXHIBIT C**

D.    "AFFILIATE AGREEMENT" means any executed written agreement that affiliates any other person or organization with the LIBERTARIAN NATIONAL COMMITTEE and that specifies or reserves any right of YOURS to control the nature or quality of the goods, services, or activities offered by the affiliate.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:** Any and all documents that constitute, evidence, relate, or pertain to WRITTEN LICENSES between YOU and any organization identified in YOUR responses to Defendants Interrogatories.

**REQUEST FOR PRODUCTION NO. 2:** Any and all documents that constitute, evidence, relate, or pertain to AFFILIATE AGREEMENTS between YOU and any organization identified in YOUR responses to Defendants Interrogatories.

**REQUEST FOR PRODUCTION NO. 3:** Any and all documents that constitute, evidence, relate, or pertain to enforcement actions, formal or informal, to protect THE MARK that YOU took against any organization identified in YOUR responses to Defendants Interrogatories.

Dated: June 8, 2026

Respectfully submitted,

/s/ Alicia I. Dearn
4428 Louisiana Ave
Saint Louis, MO 63111
(314) 887-1100
notices@dearnlaw.com

Attorney for Defendants
Libertarian Party of New Mexico,
Chris Luchini, Laura Burrows, Paul
McKenney, Frederick Snoy, and James
Wernicke

2