**EXHIBIT 1**

STATE: _WYOMING_

## PETITION FOR AFFILIATION

We understand that as an affiliate State Libertarian Party we will have the right to use the name Libertarian Party and the Party's symbol and slogan. The National Office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this State Party in accordance with its Constitutuion and/or By-Laws as well as the recruitment within the state of Party members.

We hereby certify that if recognized by the National Libertarian Party as an affiliate, we will not endorse or in any other manner support any candidates running in opposition to the National Libertarian Party's nominees for President and Vice President of the United States. We also certify that we have endorsed in open convention the national Party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we the State Party's officers duly elected in open convention in accordance with the State Constitution and/or By-Laws submitted herewith, affix our signatures.

1. Gary W. Roberts    _Gary W. Roberts_ - chairperson
2. LORALie S. Adams    _Loralie S. Adams_ - vice chairperson
3. Rowena H. Gasser    _Rowena H. Gasser_ sec-treasurer
4. James L. Burr    _James L. Burr_
5. Frank E. Rowell    _Frank E. Rowell_
6. William E. Daul    _William E. Daul_
7. Lawson, Cathy    _Catherine L. Lawson_
8. Vonda G. Colard    _Vonda G. Colard_
9. Christena M. Burr    _Christena M. Burr_
10. Dave Maier    _Dave Maier_

(To be signed by the State Officers and other State Party witnesses bringin the total to ten.)

Execom, January 3, 1977
Page 3

Wisconsin and Wyoming have replied.  When you forward your state mailing list please be sure and code the source of the names.  Also, please forward any names you want on this VIP list along with a one or two word explanation of their role in your LP organization. Officers, major contributors, important media and others may be included.

First Jefferson and now the LP! - The University of Virginia, archivists for the Thomas Jefferson collection, has volunteered to maintain the archives of the Libertarian Party and make these materials continuously available to scholars and historians.  This is an excellent opportunity that so few organizations ever have. I encourage you to donate to the U of VA sets of newsletters, correspondence, flyers, essays, speeches, tapes and other items generated by your LP organization so that they can be properly preserved and cataloged.  Simply send copies of one of a kind items to:

> Edmund Berkeley, Jr.
> Curator of Manuscripts
> Alderman Library
> University of Virginia
> Charlottesville, Virginia 22901

Wyoming Affiliation Petition - Execom members please send Wyoming affiliation ballots to Greg Clark (426 Walnut Blvd, #1, Rochester, MI 48063) as soon as possible.

Robert H. Meier
National Director

RHM:tgp

------------------------------------------------------------------------

MAIL BALLOT

I ____ approve ____ disapprove affiliation of the Libertarian Party of Wyoming.

Signature _____ Date _____

Send to: Greg Clark, 426 Walnut Blvd, #1, Rochester, MI 48063

**EXHIBIT 1**

STATE: _Maine_

## PETITION FOR AFFILIATION

We understand that as an affiliate State Libertarian Party we will have the right to use the name Libertarian Party and the Party's symbol and slogan. The National Office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this State Party in accordance with its Constitution and/or By-Laws as well as the recruitment within the state of Party members.

We hereby certify that if recognized by the National Libertarian Party as an affiliate, we will not endorse or in any other manner support any candidates running in opposition to the National Libertarian Party's nominees for President and Vice President of the United States. We also certify that we have endorsed in open convention the national Party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we the State Party's officers duly elected in open convention in accordance with the State Constitution and/or By-Laws submitted herewith, affix our signatures.

1. _Nancy I. Meijer_
2. _William Shepherd_
3. _Dorothy Penniman_
4. _Richard J. Murren_
5. _William K Roberts_
*6. _Susan P. Roberts_
*7. _John S. Hubouile_
*8. _Edwin F. Penniman_
9. _V. Josephine Pearce_
*10. _[illegible]_

(To be signed by the State Officers and other State Party witnesses bringing the total to ten.)

* _National Party-members_

**EXHIBIT 1**

STATE: _Montana_

### PETITION FOR AFFILIATION

We understand that as an affiliate State Libertarian Party we will have the right to use the name Libertarian Party and the Party's symbol and slogan. The National Office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this State Party in accordance with its Constitution and/or By-Laws as well as the recruitment within the state of Party members.

We hereby certify that if recognized by the National Libertarian Party as an affiliate, we will not endorse or in any other manner support any candidates running in opposition to the National Libertarian Party's nominees for President and Vice President of the United States. We also certify that we have endorsed in open convention the national Party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we the State Party's officers duly elected in open convention in accordance with the State Constitution and/or By-Laws submitted herewith, affix our signatures.

1. _[signature]_
2. _[signature] Brown_
3. _[signature]_
4. _Christopher J. Mullen_
5. _John W. Steele_
6. _[signature]_
7. _[signature]_
8. _[signature]_
9. _Jerry Albertson_
10. _Leilani Brown_

(To be signed by the State Officers and other State Party witnesses bringing the total to ten.)

**EXHIBIT 1**

REGISTRATION FORM

1976 Libertarian Party National Convention
September 23-26
Statler Hilton Hotel, Washington,D.C.

Name _____

Address _____

City _____State _____Zip _____

Will you be staying at the Statler Hilton? _____

Send this form no later than Sept. 17 to:

> Libertarian Party Convention
> 1516 P Street, NW
> Washington, D.C.  20005

Please complete:

Basic Registration *   ($15.00)      _____
Boat Ride/Cocktail Party ($7.50)     _____
Saturday Breakfast ($5.00)           _____
Saturday Banquet  ($15.00)           _____
Sunday Breakfast ($5.00)             _____

                    Total       $ _____

Make checks payable to : Libertarian Party

*Good for all speeches, workshops and
Friday night no-host cocktail party.

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

MAIL BALLOT

I cast my vote on the proposed affiliation of the Montana Libertarian
Party with the National Libertarian Party as follows:

_____Approve            _____Disapprove

Send to:
Greg Clark
426 Walnut Blvd. #1              _____
Rochester, MI  48063            Signed

**EXHIBIT 1**

STATE: NORTH DAKOTA

## PETITION FOR AFFILIATION

We understand that as an affiliate State Libertarian Party we will have the right to use the name Libertarian Party and the Party's symbol and slogan. The National Office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this State Party in accordance with its Constitution and/or By-Laws as well as the recruitment within the state of Party members.

We hereby certify that if recognized by the National Libertarian Party as an affiliate, we will not endorse or in any other manner support any candidates running in opposition to the National Libertarian Party's nominees for President and Vice President of the United States. We also certify that we have endorsed in open convention the national Party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we the State Party's officers duly elected in open convention in accordance with the State Constitution and/or By-Laws submitted herewith, affix our signatures.

1. David R. Saunders, State Chairman
2. Terrell M. Nelson, Vice Chairman
3. Jeanne Stephen, Executive Secretary
4. John S. Fugle, Treasurer
5. John J. Schmidt,
6. Margaret A. Page
7. Gary L. Severson
8. Ron L. Monson
9. Peter F. Knight
10. [illegible]

(To be signed by the State Officers and other State Party witnesses bringing the total to ten.)

**EXHIBIT 1**

STATE: _IDAHO_

## PETITION FOR AFFILIATION

We understand that as an affiliate State Libertarian Party we will have the right to use the name Libertarian Party and the Party's symbol and slogan. The National Office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this State Party in accordance with its Constitution and/or By-Laws as well as the recruitment within the state of Party members.

We hereby certify that if recognized by the National Libertarian Party as an affiliate, we will not endorse or in any other manner support any candidates running in opposition to the National Libertarian Party's nominees for President and Vice President of the United States. We also certify that we have endorsed in open convention the national Party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we the State Party's officers duly elected in open convention in accordance with the State Constitution and/or By-Laws submitted herewith, affix our signatures.

1. _D. Allen Dalton - Chairman_
2. _James Kray Jarrett - Vice-Chairman_
3. _B. Alan Baldwin - Treasurer_
4. _____
5. _____
6. _____
7. _Candy Braley_
8. _David Braley_
9. _Lee Ferran_
10. _Kathy Ferron_

(To be signed by the State Officers and other State Party witnesses bringing the total to ten.)

EXHIBIT 1

PAGE 1 OF 2

SUBMITTED BY PHIL MANGER - REGION 7

## LIBERTARIAN PARTY--PETITION FOR AFFILIATION

We understand that as an affiliate state Libertarian Party, we will have the right to use the name "Libertarian Party" and the party's symbol and slogan. The national office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this state party in accordance with its constitution and/or by-laws, as well as the recruitment within the state of party members.

We hereby certify that if recognized by the national Libertarian Party as an affiliate, we will not endorse or in any other manner support any candidates running in opposition to the national Libertarian Party's nominees for President and Vice-President of the United States. We also certify that we have endorsed in open convention the national party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we, the state party's officers, duly elected in open convention in accordance with the state constitution and/or by-laws, submitted herewith, affix our signatures.



**EXHIBIT 1**

PAGE 2 OF 2

## LIBERTARIAN PARTY--PETITION FOR AFFILIATION

We understand that as an affiliate state Libertarian Party, we will have the right to use the name "Libertarian Party" and the party's symbol and slogan. The national office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this state party in accordance with its constitution and/or by-laws, as well as the recruitment within the state of party members.

We hereby certify that if recognized by the national Libertarian Party as an affiliate, we will not endourse or in any other manner support any candidates running in opposition to the national Libertarian Party's nominees for President and Vice-President of the United States. We also certify that we have endoursed in open convention the national party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we, the state party's officers, duly elected in open convention in accordance with the state constitution and/or by-laws, submitted herewith, affix our signatures.

STATE: ___WASHINGTON, D.C.___

## PETITION FOR AFFILIATION

We understand that as an affiliate State Libertarian Party we will have the right to use the name Libertarian Party and the Party's symbol and slogan. The National Office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this State Party in accordance with its Constitution and/or By-Laws as well as the recruitment within the state of Party members.

We hereby certify that if recognized by the National Libertarian Party as an affiliate, we will not endorse or in any other manner support any candidates running in opposition to the National Libertarian Party's nominees for President and Vice President of the United States. We also certify that we have endorsed in open convention the national Party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we the State Party's officers duly elected in open convention in accordance with the State Constitution and/or By-Laws submitted herewith, affix our signatures.

1. _Sandek Parkoven_ — Sec/Treasurer 1410 LHOB- WASH DC
2. _Rita J. Griffiths_ 5300 Dickens Washington DC
3. _Barbara M. Jillette_ 5300 Dickson Washington, DC
4. _Lauren McPherson_ 305 Russell Wash, DC 20510
5. _David Zobel_ University Library Rm 632 F George Washington Univ. Wash DC.
6. _Rita Kekel_ 1902 Penn Ave NW Washington, D.C. Rep co
7. _Robert F. Kendrick_ 10 Dunham Ct Chitpeis Md 20160
8. _____
9. _Alan W. Bock_ 118 Cannon Bldg. Wash, D.C. 20515
10. _Arthur Card_ – Vice Chairman 421 RSOB Washington DC 20510
11. _Lucas Carel_ – Chairman 1013 S.W. Washington 20024 (apt no. )

(To be signed by the State Officers and other State Party witnesses bringing the total to ten.)