IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LIBERTARIAN NAT'L COMMITTEE, INC.,<br><br>Plaintiff,<br>v.<br><br>LIBERTARIAN PARTY OF NEW MEXICO, et. al.<br>Defendants | NO.: 1:26-cv-01562-MIS-KK |

**PLAINTIFF'S FINAL EXHIBIT LIST**

Plaintiff, the Libertarian National Committee, Inc. ("LNC"), respectfully submits this

exhibit list for the hearing on the motion for preliminary injunction on June 15, 2026:

## PLAINTIFFS' EXHIBITS:

| P-# | Document Description | Offered | Admitted | Objection | Ruling |
|---|---|---|---|---|---|
| P-1 | Libertarian Newsletter - Progress Report | | | | |
| P-2 | Libertarian Newsletter - Political Perspective | | | | |
| P-3 | Libertarian Newsletter - Execcomm Votes | | | | |
| P-4 | Libertarian Party of New Mexico Donation Page | | | | |
| P-5 | Libertarian Party of New Mexico and Democratic Party of New Mexico Press Release | | | | |
| P-6 | Libertarian Party of New Mexico Facebook Post | | | | |
| P-7 | Libertarian Party of New Mexico History Page | | | | |
| P-8 | Wyoming Petition for Affiliation | | | | |
| P-9 | New Mexico Liberty Newsletter | | | | |

Date: June 12, 2026.

Respectfully Submitted,

BARDACKE ALLISON MILLER LLP

By: /s/ *Billy Trabaudo*
Benjamin Allison
Justin Miller
Billy Trabaudo
141 E. Palace Avenue
Santa Fe, NM  87501
505-995-8000
ben@bardackeallison.com
justin@bardackeallison.com
billy@bardackeallison.com


FRESH IP PLC

By: /s/*Cliff Hyra*
Clifford D. Hyra (*pro hac vice*)
VA Bar No. 75,021
11710 Plaza America Drive
Suite 2000
Reston, VA 20190
(866) 913-3499
cliff@freship.com

*Counsel for Plaintiff Libertarian Nat'l Committee*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be filed through the Court's CM/ECF system which caused all parties and counsel entitled to receive notice to be served electronically as more fully described on the Notice of Electronic Filing.

BARDACKE ALLISON MILLER LLP

By:   */s/ Billy Trabaudo*_____
      Billy Trabaudo
