**EXHIBIT P-1**

## Libertarian Party

NATIONAL HEADQUARTERS:
7748 LOWELL BOULEVARD
WESTMINSTER, COLO. 80030
PHONE (303) 429-0400

**Newsletter**

NUMBER 4

MARCH, 1972

---

# Formula for success: "a member a month"

Encouraging as our progress to date has been, there are some cold, hard facts we must face. And primary among these is that if the Libertarian Party is to become a factor to be reckoned with in American politics, we must multiply our strength by approximately 100 in the next seven months.

If we can do this -- and there is no theoretical reason why we cannot -- we will be able to inculcate enough voters with libertarian ideas that we will have a measurable effect on the outcome of at least some of the races this November ... and, consequently, will be able to influence the course of events in the next few years. Otherwise, we will simply be relegated to the status of an obscure footnote in future volumes describing the establishment of the Total State in America.

Thus, it is absolutely vital that each and every LP member make an all-out effort to recruit new members, on a regular and continuing basis.

We point this out because, despite prior exhortations, too many members seem to feel that they have "done their bit for the cause" simply by sending in their $4 or $6 or $12. We appreciate this support, of course, but if that's all you do, this party is going to be a failure. To be effective, you're going to have to make a concerted effort to reach other libertarians (and potential libertarians) and persuade <u>them</u> to "do their bit" too.

Thus, we <u>strongly</u> urge each and every one of you to set yourself a personal goal of bringing in at least <u>one</u> new member <u>a month</u> between now and November. This may be difficult for some of you, but it is not impossible. Each of you almost certainly knows seven people who can be persuaded to join and support the Libertarian Party -- friends, relatives, business associates, or whatever. And, even if you <u>don't</u> know seven such people, you can find them -- in your local SIL, YAF, JBS, ACLU or Liberty Amendment organization, if nowhere else.

To encourage your efforts, we have set up a new incentive program. Starting immediately, we will award a 14K gold Libersign Pin to all members who accumulate <u>10 membership points</u>. This is a number low enough to be within everyone's reach -- five regular memberships, or three regulars and four students, or two sustaining and two regulars will do it, for example.

There is no time limit on this offer. And we will provide you with membership applications, free for the asking. (Just be sure to fill in your name as the source of information about the party, before you give them out, to assure credit for your efforts.) Other materials are available at very reasonable prices; we particularly recommend the use of the Temporary Platform, and reprints of the article "The Case for a Libertarian Political Party."

Some of you may feel that we at National HQ are becoming "pushy." Perhaps so, and if this offends you, we apologize, for no offense is intended. But the future success of this party depends on <u>you</u>. We hope you will accept this responsibility as a challenge and an opportunity.

---

## PROGRESS REPORT

Despite carping comments from a few libertarians of the "neutralizer" and "too pure to participate" schools, the Libertarian Party has continued to move steadily forward during the last 30 days. Total party membership, in national and state organizations, is now over 300 -- which makes us (in terms of active, dues-paying members) the fourth-largest of the numerous "movement" organizations which have sprung up in the last five years.

In less than four months, LP members have distributed over 10,000 pieces of party literature, including nearly 2,500 copies of the Temporary Platform -- with material now going out of National HQ at the rate of over 1,000 pieces per week.

This is quite an achievement; to our knowledge, no other libertarian group has ever accomplished so much within such a short time of its founding. Those of you who have made this possible deserve the highest commendation. In particular, thanks are owed to Paul Lepanto in New York, June Grem in Illinois, Pete McAlpine in Michigan, Luke Zell in Colorado, and John Taylor in California.

Many others have also done an outstanding job, but space limitations prevent a complete listing. So, to all of you who have done so much, many thanks — and keep up the good work.



TANSTAAFL