**EXHIBIT P-2**

# POLITICAL PERSPECTIVE

### VIII. FOUR MORE YEARS

To nobody's surprise, Richard the Lyin' Hearted swept to a landslide victory over George McGrovel; the only aspect of his triumph that was in any way amazing was its sheer magnitude. Six months ago, even the most pro-Nixon estimates gave McGovern more states and a higher percentage of the vote than he actually got.

Indeed, McGovern lost so badly that one is tempted to agree with those who claim that the match was fixed from the start; that McGovern was trying to lose. Certainly, he managed to do just about everything that he could to assure his own defeat, from taking stands calculated to drive even the most rabidly anti-Nixon conservatives back into the Nixon camp, to dumping his Vice Presidential candidate in the manner that would most effectively undermine his own integrity and credibility.

But, whether McGovern blew it deliberately, or simply through his own ineptitude, the net result is that Nixon not only won, but won by such a margin that he now has a mandate to do whatever  he (or those who control him, if there be such) may choose.

What course he will follow we cannot say; his first remarks following his victory contained some anti-bureaucratic rhetoric, but we don't place much faith in Nixon's rhetoric.

Our guess is that the second four years of Nixon will be much like the first four. Increasing commitment to international involvements, more inflation, more controls, and, perhaps, an economic crash.

In any event, the picture that is already shaping up for '76 is not a pretty one. Assuming that he will accept it, Teddy Kennedy has the Democratic nomination in his pocket. On the Republican side, we can expect to see Spiro Agnew making his bid, although not without competition from such perennial favorites as Rockefeller and Reagan, along with a "liberal" Senator or two (e.g. Percy and Taft), and perhaps a couple of phony conservatives (e.g. Brock, Dole and Gurney).

So, when the dust clears, we will probably face a choice between Kennedy and some Nixon surrogate. And, given the fact that things will probably be in even more of a mess than they are now, plus the fact that Teddy Bear has "charisma," we can expect the American voters to run to EMK in '76 just as they ran to FDR in '32. And the thought of a Teddy Kennedy administration is enough to scare even your normally impeturbable editor.

So where does this leave us? As I see it, we have two options. One is to do the Ayn Rand trick, and throw our support to the GOP candidate, in hopes of stopping Teddy. The other is to immediately begin a massive educational effort to make the American people realize that the current Administration's policies -- particularly in the economic sphere -- are leading us toward disaster, and that the only hope for improvement lies in a reversal, rather than an amplification, of those policies.

The former course would be a great error, as I see it, for two reasons. First, because it probably wouldn't work, anyhow; barring some miracle, it seems certain that Teddy Kennedy is going to win in '76, if he runs. And more importantly, because if we do throw in with the GOP even once on the "lesser of two evils" basis, it will permanetly destroy our credibility as a party of principle.

The second course, in contrast, offers us an opportunity to make a great deal of progress in converting people to the libertarian viewpoint. If we, and we alone in the political arena, correctly predict what is going to happen, and why, then people will be far more inclined to turn to us to get them out of the mess.

In other words, we must prepare now to take advantage of the widespread public dissatisfaction that is inevitably going to occur when present policies result in catastrophe.

—⊢ DFN

-------------------------------------------------

## LP MATERIAL IN STOCK

The following items are the only ones currently available from LP National. Minimum order $2. 10% discount on orders of $20 or more.

MEMBERSHIP APPLICATIONS -- no charge up to 24; $1\frac{1}{2}$¢ each for 25 or more.

1972 PLATFORMS -- less than 10 copies, 15¢ each; 10-24, 12¢ each; 25-99, 10¢ each; 100-999, 8¢ each; 1,000 or more, 6¢ each.

NEWSLETTER -- this issue only available; same price schedule as Platforms, above.

POLITICAL ACTION MANUAL -- $1.25; 3/$3; 6/$5; 15/$10; 25 or more, 60¢ each.

HOSPERS 4th OF JULY SPEECH -- revised to include short membership application, 35/$1; 100/$2.50; 500/$10; 1,000/$17.50; 5,000/$75.

LAISSEZ FAIRE BUTTONS -- $1\frac{1}{4}$" with Libersign, 25¢; 3/50¢; 7/$1; 25/$3; 100/$10; 250/$20.

STATEMENT OF PRINCIPLES -- 11" by 14" in hand lettered script, on heavy textured paper, $1; 3/$2; 10/$5.

WHERE THE MONEY WENT -- paperback exposé of bureaucratic bungles totaling $180 billion, 75¢ (only six copies left).