EXHIBIT P-3

# EXECCOMM VOTES

The LP National Executive Committee met in Albuquerque, NM, on November 25th, with 12 of the 18 voting members present. At that meeting, which was also attended by about 25 non-voting observers, the following actions were taken.

## DUES LEFT UNCHANGED, NEWSLETTER TO BE PUBLISHED BI-MONTHLY IN 1973

After considerable discussion, it was decided not to raise National LP membership dues for 1973, but rather to decrease the Newsletter's publication schedule from monthly to bi-monthly during the coming non-election year. Although a previous survey had indicated that 85% of the national members would be willing to pay dues at a 25% higher level, the ExecComm felt it was better to keep dues low. It was also noted that nearly 2/3 of the cost of producing and mailing the Newsletter was in postage and handling costs, so a great deal could be saved by going bi-monthly. It was felt that during a non-election year, a bi-monthly schedule would be sufficient to convey news, also. Subscription price for a Newsletter subscription alone (i.e. not as part of a membership) was reduced from $3 to $2 for one year (now 6 issues, instead of 12).

## ADS IN ANALOG, INTELLECTUAL DIGEST APPROVED

It was voted to spend $900 to run two ads in non-movement publications, to reach new prospects. $300 will be spent for a half-page ad in _Analog_ Science Fiction, and $600 for a half-column ad in _Intellectual Digest_. The _Analog_ ad will promote the LP directly, while the _ID_ ad will promote the paperback edition of Dr. Hospers' book; the latter is to take advantage of a 40% reduced rate for book ads. The book orders will go directly to _Reason_, the publisher, and _Reason_ will forward to us the names of all respondents. In addition, _Reason_ is giving us six full-page ads at no charge, in return for our paying for the _ID_ ad. Both of these ads will run early next Spring.

## "DECLARE YOUR INDEPENDENCE" SET AS LP THEME FOR NEXT TWO TO FOUR YEARS

It was voted to drop "Break Free" as our over-riding theme, and to adopt the theme "Declare Your Independence," which it was felt will tie in well with the upcoming bicentennial. New bumperstickers, buttons, and brochures centered on this theme will be available soon; details in next Newsletter. It was also voted to continue carrying Dr. Hospers' 4th of July speech, and to re-stock the ever-popular "Laissez Faire" buttons with the Libersign.

## "SATELLITE" ORGANIZATIONS APPROVED

Approval was given for the establishment of four "satellite" organizations, which will work on special projects of value to the Party. These are a Committee to lobby for easier ballot requirements for minority parties, a candidates' advisory committee, a consumer-rights organization which will publicize the anti-consumer-interest effects of government "protective" legislation" and will mobilize public sentiment on this point, and a publishing/services outfit which will produce, catalog and supply a wide variety of material for LP members and state organizations.

## EIGHT STATES' AFFILATIONS APPROVED

Affiliation petitions submitted by state LPs in Missouri, and Colorado, Michigan, Minnesota, New Jersey, New Mexico, Ohio and Pennsylvania were accepted, bringing the total of recognized state LP affiliates to 15, up from 8 prior to the ExecComm meeting (Michigan was already recognized, but submitted a petition any how). A petition from Arizona was rejected, after evidence was presented that there were irregularities in that state's temporary organization. A petition from Wisconsin was approved subject to resubmission with signatures, rather than typed names. A motion by some California LP members to remove recognition from the currently recognized organization, headed by Alan Coon, and accept a petition from their group instead, was rejected.

It was voted that in the future, petitions for affiliation cannot be submitted until a state convention has been held, at which the National LP Statement of Principles is endorsed, officers elected, and a state Constitution and By-Laws adopted. This will hopefully eliminate problems of the type which arose in the Arizona and California situations.

## OTHER ACTIONS TAKEN

A resignation from the ExecComm, submitted by James Bryan of Oregon, was accepted, and the resulting At-Large vacancy was filled by electing Paul Hodgson, previously ExecComm member from Region 8. This leaves a vacancy to be filled by Region 8.

It was voted to take the money remaining in the Campaign Fund (about $155) and return it to the Party's national treasury, as partial repayment of the $250 given to the Campaign Fund in June.

It was voted that in the future, National LP will not invoke the FCC "Fairness Doctrine" to get equal time on radio and TV. State organizations and individual members may do as they wish.

The 1973 LP Conference (off-year Convention) will be held the second weekend in June. Location is not yet established, but should be known by the time of the next Newsletter.

Paul Hodgson was given the authority to draft a letter to Ayn Rand, pointing out her inconsistencies in endorsing Nixon, and asking her to explain her position. Draft will be submitted to ExecComm by mail for approval before it is sent, and will be signed by those ExecComm members who wish to do so.