

EXHIBIT 2-A



## Donate

**Please Give Generously!**

Instead, we rely on the generosity of individual donors to support our programs to bring liberty and peace to all corners of New Mexico.

If you prefer to send a check, please make it payable to the Libertarian Party of New Mexico and send it to:

8100 Wyoming Blvd NE, Ste M4 #341
Albuquerque NM 87112

Please consider a **monthly recurring subscription**, whether at the level of a cup of coffee or the price of a nice dinner once a month. Having a monthly revenue stream helps us budget more effectively!



### Support Our Cause

Help our organization by donating today! Donations go to making a difference for our cause

🔒 100% Secure Donation

**How much would you like to donate today?**

All donations directly impact our organization and help us further our mission.

Donation Amount *

| $10.00 | $25.00 | $50.00 |
| $100.00 | $250.00 | $500.00 |

Enter custom amount

Plus an additional $0.61 to cover gateway fees

**Who's Giving Today?**

We'll never share this information with anyone.

First name *        Last name *
[John]              [Doe]

Email Address *
[                  ]

Comment
[                  ]

Donation to County
Would you like 20% of your contribution to go to your county party? This will not change your donation total. If so, please select yes
[No                ▾]

Employer *
State law requires we ask. We know it's none of our business.
[                  ]

Occupation *
State law requires we ask. We know it's none of our business.
[                  ]

NM County *
A portion of your caucus fee will go to the county you select. If you do not wish for this to happen, please select "Decline to state"
[Decline to State/NA  ▾]

Phone (Cell preferred) *
[                  ]

Text Opt-In
☐ I agree to the Terms and conditions.

By submitting this form and signing up for texts, you consent to receive text messages (campaign information, event reminders, etc.) from LPNM and affiliated political campaigns at the number provided, including messages sent by autodialer. Consent is not a condition of purchase. Msg & data rates may apply. Msg frequency varies. Donations may be solicited. Opt-in data and consent will not be shared with any third parties. Unsubscribe at any time by replying STOP. Reply HELP for help. Privacy Policy

**Payment Details**

How would you like to pay for your donation?

| Donation Summary | |
| --- | --- |
| Payment Amount | $10.00 |
| Giving Frequency | One time |
| Cover Donation Fees | $0.61 |
| Ensures 100% of your donation reaches our cause | |
| **Donation Total** | **$10.61** |

Donate with Stripe Payment Element

Card number
[1234 1234 1234 1234]   VISA

Expiration date        Security code
[MM / YY]               [CVC]

Country               ZIP code
[United States  ▾]    [12345]

☐ Verify you are human    CLOUDFLARE

**Donate now**



ELECTIONS
Run for Office
Elected Officials
County Affiliates

OUR PARTY
Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

TAKE ACTION
Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4, Box #341
Albuquerque, New Mexico, 87112
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico, Paul McKenney, Treasurer