**EXHIBIT P-5**





*In response to the Trump Administration's unprecedented attacks on First Amendment rights, the <u>Libertarian Party of New Mexico</u> and the <u>Democratic Party of New Mexico</u> released the following joint statement:*

"In America, the president is beholden to the Constitution and the people, not the other way around. The Libertarian and Democratic Parties of New Mexico are very alarmed by Donald Trump's recent attempts to silence criticism and intimidate the press – abhorrent and un-American attacks on our most fundamental freedoms protected by the First Amendment. **Regardless of political affiliation, we call on every New Mexican to use their First Amendment rights to hold the Trump Administration accountable for its escalating threats to these very rights.**

"Freedom of the press and being able to speak one's mind make our country great, not Donald Trump trying to control what television shows we're allowed to watch or threatening the press into only saying nice things about him. Not only is that a pathetic embarrassment to our country, **it's an inexcusable failure to uphold the oath of the presidency.** Republicans tout themselves as a party that respects the Constitution, but their blind complicity in its trampling says otherwise.

"While we commend the few Republicans who have had the courage to speak out against Trump's attacks on First Amendment rights, this is not enough. **We call on the Republican Party of New Mexico to join us and release their own statement condemning the Trump Administration's attacks on Americans' First Amendment rights.** To our New Mexican press – we call on you to remain steadfast and committed to accurate coverage in the face of a hostile presidency, even if that means hurting Trump's sensitive, infantile feelings."