EXHIBIT P-6

11:04

✕          **Libertarian Party of Ne...**          🔍

 **Libertarian Party of New Mexico** ✔          •••
Oct 15, 2024 · 🌐

The Libertarian Party of New Mexico Presidential ticket is

Laura Ebke
Trisha Butler

They will be found in the second position on your ballot.

They are both former elected Libertarians, Ms Laura Ebke was a Nebraska state legislator, and Ms Butler was a  Clarksville, Tennessee City Councilor.

Please consider giving them your vote.

👍 10     💬 5     ↗ 2

Most relevant ˅

 **Alfonso Trujillo** · 1y
I thought it was Chase Oliver and Mike Ter Maat

Reply                    👍     👎

 **Emily Moyer** · 1y
Is this the ticket that will grant ballot access?

Comment as Dereck Scott

◀          ⬤          ■