STATE: _Wyoming_

## PETITION FOR AFFILIATION

We understand that as an affiliate State Libertarian Party we will have the right to use the name Libertarian Party and the Party's symbol and slogan.  The National Office of the Libertarian Party will furnish us with names of persons from this state inquiring about or joining the Libertarian Party.

We further understand that we will be totally responsible for the organization and maintenance of this State Party in accordance with its Constitutuion and/or By-Laws as well as the recruitment within the state of Party members.

We hereby certify that if recognized by the National Libertarian Party as an affiliate, we will not endorse or in any other manner support any candidates running in opposition to the National Libertarian Party's nominees for President and Vice President of the United States.  We also certify that we have endorsed in open convention the national Party's Statement of Principles and will take no stands that are inconsistent therewith.

In affirmation whereof, we the State Party's officers duly elected in open convention in accordance with the State Constitution and/or By-Laws submitted herewith, affix our signatures.

1. Gary W. Roberts         _Gary W. Roberts_ - chairperson
2. LORALie S. Adams        _Loralie S. Adams_ - Vice Chairperson
3. Rowena H. Gasser        _Rowena H. Gasser_ sec-treasurer
4. James L. Burr           _James L. Burr_
5. Frank E. Rownell        _Frank E. Rownell_
6. William E. Daul         _William E. Daul_
7. Lawson, Cathy           _Catherine L. Lawson_
8. Vonda G. Colard         _Vonda G. Colard_
9. Christena M. Burr       _Christena M. Burr_
10. Dave Maier             _Dave Maier_

(To be signed by the State Officers and other State Party witnesses bringin the total to ten.)

Execom, January 3, 1977
Page 3

Wisconsin and Wyoming have replied.  When you forward your state mailing list please be sure and code the source of the names.  Also, please forward any names you want on this VIP list along with a one or two word explanation of their role in your LP organization. Officers, major contributors, important media and others may be included.

First Jefferson and now the LP! - The University of Virginia, archivists for the Thomas Jefferson collection, has volunteered to maintain the archives of the Libertarian Party and make these materials continuously available to scholars and historians.  This is an excellent opportunity that so few organizations ever have. I encourage you to donate to the U of VA sets of newsletters, correspondence, flyers, essays, speeches, tapes and other items generated by your LP organization so that they can be properly preserved and cataloged.  Simply send copies of one of a kind items to:

> Edmund Berkeley, Jr.
> Curator of Manuscripts
> Alderman Library
> University of Virginia
> Charlottesville, Virginia 22901

Wyoming Affiliation Petition - Execom members please send Wyoming affiliation ballots to Greg Clark (426 Walnut Blvd, #1, Rochester, MI 48063) as soon as possible.

Robert H. Meier
National Director

RHM:tgp

--------------------------------------------------------------------------------

MAIL BALLOT

I _____ approve _____ disapprove affiliation of the Libertarian Party of Wyoming.

Signature _____ Date _____

Send to: Greg Clark, 426 Walnut Blvd, #1, Rochester, MI 48063