**EXHIBIT P-9**

NEW MEXICO LIBERTY NEWSLETTER

Spring 2018

# **LIBERTARIAN**
## Party of New Mexico

New Mexico Liberty Newsletter

ALL YOUR FREEDOMS, ALL OF THE TIME

IN THIS ISSUE




# Let's Make History Today – Vote in NM's First-Ever Libertarian Primary

For the first time ever, New Mexico Libertarians can vote in the primary election! Please take part in this historic event by heading to your early voting location today and casting a ballot. Or, go to the polls on primary day - June 5, 2018.

Find your polling location here:
http://www.sos.state.nm.us/Vote.../early-voting-in-person.aspx

## Why it's important to vote in the primary
Even though all of the Libertarian candidates are running unopposed, our voting numbers matter in this primary election. Let's show New Mexico that Libertarians care about the state and the election process.

## Libertarian candidates
Your primary ballot will display the following candidates:

- Aubrey Dunn – United States Senator
- Lloyd J. Princeton – United States Representative, District 1
- Bob Walsh – Governor (write in)
- Robin L. Dunn – Lieutenant Governor (write in)
- Sandra D. Jeff – Secretary of State
- Attorney General – A. Blair Dunn
- Commissioner of Public Lands – Michael G. Lucero

## Write-in candidates
Please note you must write in the following candidates for governor and lieutenant governor:

- Bob Walsh – Governor
- Robin L. Dunn – Lieutenant Governor

New Mexico statute requires voters to write in candidate names exactly as they appear on the petition, so please write these names exactly as shown above.

## Custom Jewelry Auction
Albuquerque jeweler Elliot Shelton is supporting the LPNM by creating several custom jewelry pieces in 18k gold or sterling silver with gemstones. Find out how you can own one of these fine jewelry creations.

Page 2



## Candidate Retreat a Success
Governor Gary Johnson stopped by our inaugural candidate retreat to share tips and advice from a lifetime of campaigning.

Page 3

**EXHIBIT P-9**

# Jewelry Auction

Thanks to Albuquerque jeweler Elliott Shelton, you have the opportunity to own a piece of custom-designed liberty jewelry.

### Liberty lapel pin

Pictured at left, this pin will be crafted in 18K yellow and white gold, decorated with a blue diamond and engraved "LIVE FREE" on the reverse.

### Porcupine pendant

Pictured on the first page of the newsletter, the liberty porcupine makes an appearance in 18K yellow or white gold, with a natural blue sapphire centered in the middle of the engraved zia design. LIVE FREE will be engraved on the reverse to make a statement for liberty.

### How to buy one

The LPNM will auction these high-end jewelry items at a place and time to be determined. Watch our Facebook page and website for details. You can expect the minimum bid to begin around $2,000 for each piece.

Too rich for your budget? Don't despair! Similar designs in sterling silver will be available for purchase.



*The liberty torch rendered as a fine jewelry item in 18K yellow and white gold with a blue diamond.*

Many thanks to Elliott Shelton for supporting liberty in New Mexico!

---



# Candidate Retreat 2018

In May, the LPNM held its inaugural candidate retreat in Santa Fe. Candidates took away campaigning tips and tactics from others who have run for office before – including our own Governor Gary Johnson.

Many thanks to Gov. Johnson and to the candidates who attended. We wish them well in their campaigns and look forward to next year's event!

### LIBERTY IN NEW MEXICO





*Lloyd Princeton addresses an overflow crowd at the May 22 "Candidate Conversations" event hosted by the Libertarian Party of Bernalillo County at O'Niell's Pub in Albuquerque*

### More Libertarians than Ever

Libertarian voter registration in New Mexico has been growing by leaps and bounds since the 2016 presidential campaign of Gary Johnson.



### Doubling Our Numbers

Over the past year, the LPNM has doubled its number of registered voters in the state. Achieving major party status in 2018 put a spotlight on our principles – which New Mexicans are embracing in droves.

### FAST FACTS

**8231**

Number of registered Libertarians in New Mexico as of 4/30/18

**1%**

Percentage of registered Libertarians, compared to Republicans and Democrats in New Mexico today

### FOR MORE INFORMATION

Join the Libertarian Party of New Mexico today!

http://lpnm.us

# Campaign Updates

The LPNM contacted each candidate's campaign by email to find out how things are going. Here's what some of them had to say.

### Lloyd Princeton – Congressional Candidate, District 1

"We have been very busy and, more importantly, have found people extremely receptive to our message of liberty," Lloyd reports. "What we need right now are volunteers to get yard signs and posters out, and, of course, donations. We can't win without money, and we need our fellow Libertarians to support us."

Donate here: http://lastnomore.us/donate/

Lloyd has been making appearances throughout CD1 and has garnered a good deal of media attention. You can meet Lloyd and get to know him better at:

- ABQ Pride Parade, June 9
- Banque Lofts fundraiser, June 21 from 5:30 to 7:30 p.m., 219 Central Avenue NW

Select media mentions:

Albuquerque Journal

U.S. News & World Report

Santa Fe New Mexican

Rio Grande Foundation radio show

### Marty Swinney, House District 59

Marty is competing in a two-way race for his district against an incumbent Republican. He can use volunteers and donations. Marty's campaign was covered recently in the Roswell Daily Record (warning: behind a "social locker" wall):

http://www.rdrnews.com/2018/05/02/state-rep-seat-sought-by-libertarian-republican/

### Chris Manning – U.S. Representative, District 3

Our reporter, Eloragh Espie, sat down with Chris to find out how his campaign is progressing. Read the full story on page 5.

### Complete candidate list

Many candidates were too busy campaigning to give us an update. Please review the complete list of people running this year, including local candidates Mayna Meyers in Chaves County and three people running in Los Alamos County!

# Letter from the Chair

by Chris Luchini



As you may have heard, Libertarian voter registrations went up by 39% in New Mexico between Dec 1 of 2016 and Feb 9 2018, about 14 months. This calendar year, LP registrations have been going up by ~2.6% per month, and annualized rate of 36% per year. Yet Libertarians make up ~2/3% of registered voters.

How is this possible? The obvious answer is that the Libertarian ideals are attractive to an increasing portion of the population. There is possibly an assist in that after the election of 2016, being Libertarian is more socially acceptable than it used to be.

But maybe, maybe, it's because Libertarians have been talking to people they meet, and one on one, changing minds and registrations.

I spend 2 days and one night in Albuquerque each week. I usually go out to eat on Wednesday nights, and eat at the bar, to avoid taking up a table for just one person. It also allows me to engage fellow patrons and staff in conversation.

In the last month, I've helped a waiter, a bartender and someone else sitting at the bar to go online to the secretary of state's web page and change their registration to Libertarian. http://NMvote.org

Three people per month may not be much, but if every Libertarian registered voter helped convert just three per year, by the election of 2018, the LP would make up 3% of the registered voters in this state. And *that* would grab some major headlines.

# News and Notes

Send your county affiliate news to elizabeth.hanes@gmail.com for inclusion in future newsletters!

### Libertarian Party of Bernalillo County

The Albuquerque affiliate meets the third Tuesday of every month at 6:00 p.m. Meeting locations change, so watch the Facebook page for details.

LPBC currently hosts "Candidate Conversations" at their regular meeting times. So far, members and the public have heard from A. Blair Dunn for NM Attorney General and Lloyd J. Princeton for Congress.

Within the next two months, LPBC will be presenting its new bylaws for ratification. Please plan to attend this important meeting, which will be publicized on the party's Facebook page and via email to registered Libertarians living in Bernalillo County.

### Libertarian Party of New Mexico

With growth comes an increased need for volunteers and donations. Please get involved with the liberty movement by volunteering today!

If you can't give time, consider giving money. Your donation helps us develop and train candidates to bring the principles of liberty to New Mexico governance. A monthly pledge of $25 can help fund:

- Volunteer training
- Lobbying efforts
- Get-Out-The-Vote campaigns

It's easy to make a recurring pledge through our secure website. Show your support today!

Want something tangible in return for your generosity? For a limited time, receive a FREE GIFT with your donation through this web page!

## CENTRAL COMMITTEE MEETING

Please plan to attend the upcoming meeting of the LPNM Central Committee. All registered Libertarians are welcome!

WHEN:        June 16, 2018, starting at 2:00 p.m.

WHERE:      187 Paseo de Peralta, Santa Fe

EXHIBIT P-9

# Candidate Profile: Chris Manning

by Eloragh Espie

Chris Manning was born in Kirtland, NM where he enjoyed the safety and tranquility that New Mexico has to offer. After finishing high school, Chris enrolled at BYU and transferred to Arizona, where he enrolled at Mesa Community College and joined the National Guard. When Chris returned from deployment in Afghanistan in 2009, he returned to college and earned a degree in secondary education from Arizona State University in 2011. Chris then worked for Liberty Mutual before he moved back home to help his family get their new business on its feet.



Now, Chris is running as a Libertarian for the US House of Representatives, District 3. His platform is focused on several issues that are important to all New Mexicans. Chris is an advocate of education reform. He believes that policies concerning education should be developed and implemented at the local level. Chris understands the importance of business, and wants to make New Mexico a more business-friendly state. As a Libertarian, Chris is concerned with making sure the federal government is held accountable for its fiscal actions; he would put his efforts in Washington towards reducing federal spending and deficits.

Currently, Chris needs volunteers and donations to expand his campaign. If you can help Chris spread the message about his campaign, you can get in touch with him through his website or Facebook page.

EXHIBIT P-9

# New Mexico Liberty Newsletter

8100 Wyoming Blvd NE
Ste M4, #341
Albuquerque, NM 87113