IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LIBERTARIAN NAT'L
      COMMITTEE, INC.,  |

     Plaintiff,  |

  v.  |    NO.: 1:26-cv-01562-MIS-KK

LIBERTARIAN PARTY OF  |
      NEW MEXICO, et. al.  |
    Defendants  |

## PLAINTIFF'S WITNESS LIST

Plaintiff, the Libertarian National Committee, Inc. ("LNC"), respectfully submits the following list of witnesses to testify at the hearing on the motion for preliminary injunction on June 15, 2026.

Plaintiff may call:

1.     Caryn Ann Harlos

2.     Dereck Scott

3.     Evan McMahon

4.     Bret Konsavage

5.     Any witness(es) identified by defendants.

6.     Any witness necessary to establish or rebut the authenticity of documents or exhibits.

7.     Rebuttal witnesses.

Date: June 12, 2026.

Respectfully Submitted,

BARDACKE ALLISON MILLER LLP


By: /s/ *Billy Trabaudo*
Benjamin Allison
Justin Miller
Billy Trabaudo
141 E. Palace Avenue
Santa Fe, NM  87501
505-995-8000
ben@bardackeallison.com
justin@bardackeallison.com
billy@bardackeallison.com


FRESH IP PLC

By: /s/*Cliff Hyra*
Clifford D. Hyra (*pro hac vice*)
VA Bar No. 75,021
11710 Plaza America Drive
Suite 2000
Reston, VA 20190
(866) 913-3499
cliff@freship.com

*Counsel for Plaintiff Libertarian Nat'l Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing to be filed through the Court's CM/ECF system which caused all parties and counsel entitled to receive notice to be served electronically as more fully described on the Notice of Electronic Filing.

BARDACKE ALLISON MILLER LLP

By:     */s/ Billy Trabaudo*
        Billy Trabaudo