**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| LIBERTARIAN NATIONAL, COMMITTEE INC., | \| |
| Plaintiff, | \|  CIVIL ACTION NO.: |
| | \|  1:26-cv-01562-MIS-KK |
| v. | \| |
| | \| |
| LIBERTARIAN PARTY OF NEW MEXICO, et al, | \| |
| | \| |
| Defendants. | \| |
| | \| |

## DEFENDANTS' EXHIBIT LIST

Defendants submit the following list of exhibits that may be introduced at the hearing on

the motion for preliminary injunction on June 15, 2026.

| No. | Document Description | Offered | Admitted | Obj. | Ruling |
|---|---|---|---|---|---|
| D-1 | New Mexico Secretary of State certification of "Libertarian Party of New Mexico" and its emblem, filed July 26, 1972; Attorney General approval July 31, 1972; certification dated August 8, 1972. | | | | |
| D-2 | LPNM current website pages noting disclaimer of affiliation with LNC | | | | |
| D-3 | LNC cease-and-desist dated October 4, 2022 | | | | |
| D-4 | LPNM August 25, 2022 news release / letter confirming severance of association with the LNC. | | | | |
| D-5 | List from New Mexico Secretary of State of candidates for office in November 2026. | | | | |

Defendants reserve the right to offer any exhibit on Plaintiff's exhibit list, and to use any

document for impeachment, refreshing recollection, or rebuttal whether or not listed.

1

2

Dated: June 12, 2026

Respectfully submitted,

/s/ Alicia I. Dearn
Alicia I. Dearn, DNM Bar No. 26-370
4428 Louisiana Ave
Saint Louis, MO 63111
(314) 887-1100
notices@dearnlaw.com

Attorney for Defendants
Libertarian Party of New Mexico,
Chris Luchini, Laura Burrows, Paul
McKenney, Frederick Snoy, and James
Wernicke

# Exhibit D-1

EXHIBIT 7



## STATE OF NEW MEXICO

FILED
COUNTY CLERK OF
LINCOLN COUNTY
Aug 23 1972
at 2:30 P.M.
Alice Ting
CLERK
DEPUTY

OFFICE OF

# THE SECRETARY OF STATE

---

## Certificate

I, Betty Fiorina, Secretary of State of the State of New Mexico, do hereby certify

that

the Libertarian Party of New Mexico has filed their rules and regulations in this office on the 26th of July, 1972 in compliance with Section 3-7-6 of the New Mexico Election Handbook, 1969 Edition as amended. I further certify that the rules and regulations were approved by the office of the Attorney General on the 31st of July, 1972.



THE

## LIBERTARIAN

PARTY OF NEW MEXICO

The above is a true and correct copy of the party's name and emblem as filed in this office.



Given under my hand and the Great Seal of the State of New Mexico, in the City of Santa Fe, the Capital on this 8th day of August A. D. 1972.

Betty Fiorina
Secretary of State

# Exhibit D-2



Welcome to the Libertarian Party of New Mexico

⚠ Learn more about the lawsuit and donate to the legal defense fund. ✕

⚙ Support our candidates by signing their petition online: New Mexico Electronic Petitions – Candidate Nominations
Steven Curtis – Appellate Court
Jason Vaillancourt – State Auditor
Rhett Trappman – US Senate ✕

⚙ Please keep in mind that the Libertarian Party of New Mexico has no connection or affiliation with the Libertarian National Committee and/or LP.org , and none of that organization's actions or positions necessarily reflect those of the Libertarian Party of New Mexico. ✕

### Run for Office
Learn how to run for office.

**Run**

### Join/Volunteer
Support the only party that puts your rights first. Check out our volunteer opportunities and sign up today.

**Volunteer**

### Register To Vote / Change Party
With one click, you can change your New Mexico voter registration to "L."

**Register/Change**

## Upcoming Events

**June 17, 2026**

**Los Alamos Libertarian Party of New Mexico Regular Meeting**
June 17, 2026  6:00 pm - 7:00 pm
1325 Trinity Dr, Los Alamos, NM 87544
See more details

**July 15, 2026**

**Los Alamos Libertarian Party of New Mexico Regular Meeting**
July 15, 2026  6:00 pm - 7:00 pm
1325 Trinity Dr, Los Alamos, NM 87544
See more details

Form to keep up with the latest. If you want to become a voting member, Click Here.

**First Name** *

**Last Name** *

**Email Address** *

**Phone Number**
505-123-4567 🇺🇸

**Text Message Opt-In**
☐ By submitting this form and signing up for texts, you consent to receive text messages (campaign information, event reminders, etc.) from LPNM and affiliated political campaigns at the number provided, including messages sent by autodialer. Consent is not a condition of purchase. Msg & data rates may apply. Msg frequency varies. Donations may be solicited. Opt-in data and consent will not be shared with any third parties. Unsubscribe at any time by replying STOP. Reply HELP for help. Privacy Policy

**Message**                                                          0 / 180

Optional.

**Checkbox** *
☐ I consent to receiving the LPNM newsletter.

☐ Verify you are human   CLOUDFLARE
Privacy • Terms

**Submit**



News! LPNM Los Alamos cleaned up litter on Highway 4 in White Rock.

**ELECTIONS**
Run for Office
Elected Officials
County Affiliates

**OUR PARTY**
Constitution & Bylaws
LPNM Platform
LPNM Leadership
News
Our History

**TAKE ACTION**
Register To Vote
Join LPNM
Volunteer
Donate
LPNM Calendar

8100 Wyoming Blvd NE Ste M4, Box #341
Albuquerque, New Mexico, 87113
Phone: 888-LPNMNOW

secretary@lpnm.us

Paid for by the Libertarian Party of New Mexico. Paul McKenney, Treasurer

# Exhibit D-3



EXHIBIT 21

**LIBERTARIAN**

Angela McArdle, Chair
Libertarian National Committee
1444 Duke St.
Alexandria, VA 22314

October 4, 2022

**<u>Re: Follow Up on Disaffiliation</u>**

To the Executive Committee of the Libertarian Party of New Mexico:

On September 11, 2022, the Libertarian National Committee ("LNC") moved to disaffiliate the Libertarian Party of New Mexico ("LPNM") in response to previous correspondence from the LNC regarding LPNM's bylaws and a letter from LPNM alleging disaffiliation from the LNC.

In your August 25, 2022 letter, you stated, "LPNM and the LNC are no longer, in any sense, part of the same political party. All connections between us whatsoever are now totally and completely severed." Based on your statement and the LNC's formal disaffiliation, we're asking you to cease using the name, "Libertarian Party of New Mexico".

We wish you the best of luck in your political endeavors.

Very truly yours,

Angela McArdle, Chair

**1444 DUKE STREET, ALEXANDRIA          1-800-ELECT-US · WWW.LP.ORG**

# Exhibit D-4

The Wayback Machine - https://web.archive.org/web/20220826170608/https://lpofnm.us/the-libertarian...

Home        Candidates        About        Get Involved



Donate



**LPNM Team**

# The Libertarian Party of New Mexico (LPNM) Announces Its Independence from the LNC

 Facebook           Twitter           LinkedIn

The Libertarian Party of New Mexico recently responded to a letter from the LNC disputing the validity of our Constitutional Convention held in July. The LPNM responded to their letter asserting our legal associational rights as an independent, autonomous private organization. You can read our **response to the letter from LNC here**.

On August 25, The Libertarian Party of New Mexico Chair sent a letter back to LNC Chair, Angela McArdle informing her that the LPMN has removed the National Libertarian Party from the list of national organizations that LPNM affiliates with.

See our letter to the LNC below.

 # Libertarian Party of New Mexico

8100 Wyoming Blvd NE Ste M4, #341, Albuquerque NM 87113

August 25, 2022

To the Libertarian National Committee
c / o Angela McArdle, Chair

To the Libertarian National Committee,

     Given the repeated refusal of the LNC to cease violating Article V, section 5 of the Libertarian Party Bylaws, the Libertarian Party of New Mexico has removed the National Libertarian Party from the list of national organizations that LPNM affiliates with. This action is effective upon delivery of this letter to the representatives of the Libertarian National Committee. In Liberty,

For the Central Committee of the Libertarian Party of New Mexico

*/s/ Chris Luchini*
Chris Luchini



# Libertarian Party of New Mexico

8100 Wyoming Blvd NE Ste M4, #341, Albuquerque NM 87113

August 25, 2022

To the Libertarian National Committee
c / o Angela McArdle, Chair

This letter serves to inform you that the Libertarian Party of New Mexico (LPNM) has terminated our affiliation with the Libertarian National Committee, Inc. (LNC) and all of its subsidiary bodies, effective immediately.

LPNM continues to operate as a recognized major party in the state of New Mexico. LPNM will no longer be participating in any LNC programs or procedures, including the election of Libertarian National Committee members, sending delegates to the LNC's national convention, and participating in the nomination of the LNC's candidates for President and Vice President, including placing those candidates on the ballot in New Mexico as LPNM nominees under LPNM's ballot status.

To make the point perfectly clear: LPNM is no longer an affiliate of the LNC, just like we are not affiliated with the Republican, Democratic, Green, or any other party's national committee. LPNM and the LNC are no longer, in any sense, part of the same political party. All connections between us whatsoever are now totally and completely severed.

For now, LPNM is a New Mexico political party without any national party affiliation, in the long and vibrant American tradition of alternatives to the duopoly organized within a single state.

In severing our affiliation with you, LPNM is asserting our rights to freedom of speech, association, and assembly, as protected by the First Amendment to the United States Constitution, the rulings of the Supreme Court regarding political parties, the laws and Constitution of New Mexico, and most importantly, the fundamental principles of freedom we defend as Libertarians.

We regret that it has come to this, but you have left us no choice. This outcome is entirely the result of the unprovoked, corrupt, and illegitimate attack on LPNM's autonomy undertaken by the LNC in recent weeks, and the broader pattern of intolerable misconduct emanating from the LNC. In particular:

You have violated, repeatedly and deliberately, the Bylaws of the national Libertarian Party, and refuse to acknowledge any limits on your claimed powers over us.

You have attempted, without any just cause or legitimate authority and in violation of an explicit provision of your own Bylaws, to abrogate the autonomy of our state party.

You have conspired, with a faction inimical to the principles of libertarianism, to impose upon us officers and governing documents foreign to our rules, unchosen by our members, and unacknowledged by the laws of our state.

You have adopted messaging and communications hostile to the principles for which the Libertarian Party was founded, serving no purpose other than to antagonize and embarrass.

You have conducted the business of the National Party in a manner that is unprofessional, incompetent, and unworthy of support.

You have threatened us with false accusations, and attempted to imperil our legal status and ballot access under the laws of New Mexico by repeating these false accusations to the state government, attempting to enlist the state's assistance in your corrupt scheme to violate our rights.

You have demonstrated a manifest hostility and unwillingness to serve all Libertarians, including openly making threats to withhold support from any Libertarian candidate who is critical of your faction, and disparaging other principled Libertarian candidates across the country.

You have denied, by word and deed, that LPNM is a voluntary organization which exists independent of its affiliation with the National Party, instead adopting the position that LPNM exists solely at your whim and subject to your complete control, regardless of the wishes of our members and the rules we have freely adopted to govern our own affairs.

You have conducted yourselves, both individually and collectively, in a manner wholly unfit to represent any organization with serious purposes and goals, and in so doing you demean and devalue the efforts and reputations of all Libertarians.

You have destroyed the system of free and fair internal elections for your own positions in the National Party, by refusing to seat national convention delegates from states hostile to your faction, thus calling into question the legitimacy of your own most recent convention, and have given every indication that you will repeat such offenses in the future, all for the purpose of illegitimately entrenching yourselves in perpetuity.

You have, by your malice and incompetence, made yourselves into such an unattractive employer that the accumulated talents of the Party are unwilling to serve in critical staff roles for the National Party, or for any state party which is affiliated with you.

You have rendered the National Party's Judicial Committee a useless and ineffectual check on your violations and offenses, by stuffing it with members whose sole criterion for being chosen was their unwavering loyalty to the same faction which you serve over and above any interests of the Party as a whole.

......................................................................................................................................................................................

## More to explorer

### The Libertarian Party of New Mexico (LPNM) Responds to Letter from LNC

On August 9th, the Libertarian Party of New Mexico received a letter from the Libertarian National Committee Chair regarding our LPNM's July

## Leave a Reply

Your email address will not be published. Required fields are marked*

Comment*

Name*

Email*

Website

**Post Comment**

## ABOUT

**Constitution & Bylaws**

**LPNM Platform**

**Leadership**

**County Affiliates**

**Elected Officials**

**News**

**History**

## GET INVOLVED

**Register to Vote**

**LPNM Calendar**

**Join the Libertarian Party of NM**

**Volunteer**

## DONATE

We rely on the generosity of individual donors to support our programs to bring liberty and peace to all corners of New Mexico.

Donate
Today

## CONNECT WITH US

Connect with us on social media and stay up to date with the latest news and events going on with the Libertarian Party of New Mexico.



# Exhibit D-5

# State of New Mexico – Office of the Secretary of State

Candidate Petition Signature Submissions – November 2026 Election

| Candidate Name | Party | County | Contest | District | Division |
|---|---|---|---|---|---|
| ADRIANNA LEXUS BARELA | REPUBLICAN | Dona Ana | Magistrate Judge | — | Division 5 |
| AMBER PAULINE TRETO | DECLINE TO STATE (DTS) | Catron | County Commissioner | District 2 | — |
| ANDREW JOE LUCERO | DECLINE TO STATE (DTS) | Chaves | STATE REPRESENTATIVE | District 58 | — |
| BOB PERLS | FORWARD | Sandoval | UNITED STATES SENATOR | — | — |
| CAMERON ALTON CHICK SR | DECLINE TO STATE (DTS) | Bernalillo | UNITED STATES SENATOR | — | — |
| CASEY J ESTES | DECLINE TO STATE (DTS) | Bernalillo | PUBLIC EDUCATION COMMISSION | District 3 | — |
| CHAD SHAMUN LARKEY | DECLINE TO STATE (DTS) | Bernalillo | GOVERNOR | — | — |
| DANIEL HERNANDEZ | DECLINE TO STATE (DTS) | Dona Ana | GOVERNOR | — | — |
| DENNIS C DINGE | FORWARD | Bernalillo | PUBLIC EDUCATION COMMISSION | District 3 | — |
| GENE G PETTIT | DECLINE TO STATE (DTS) | Dona Ana | GOVERNOR | — | — |
| GRACE A NAGAMINE | DECLINE TO STATE (DTS) | Otero | STATE REPRESENTATIVE | District 51 | — |
| HARRY B MONTOYA | DECLINE TO STATE (DTS) | Santa Fe | Magistrate Judge | — | Division 1 |
| INSLEY DARRIS CORRI EVANS | DECLINE TO STATE (DTS) | Bernalillo | GOVERNOR | — | — |
| JACOB MICHAEL SMITH | DECLINE TO STATE (DTS) | Sandoval | GOVERNOR | — | — |
| JAMES CURTIS WERNICKE JR | LIBERTARIAN | Los Alamos | County Councilor-At Large | — | — |
| JAMES CURTIS WERNICKE JR | LIBERTARIAN | Los Alamos | County Councilor-At Large | — | — |
| JESSIE WILLIAM FOERSCH | REPUBLICAN | Socorro | GOVERNOR | — | — |
| JOHN ADAM TAYLOR | REPUBLICAN | McKinley | UNITED STATES SENATOR | — | — |
| JOSE JC LOPEZ | DECLINE TO STATE (DTS) | Bernalillo | LIEUTENANT GOVERNOR | — | — |
| JOSEPH JOHN CARRARO | DECLINE TO STATE (DTS) | Bernalillo | UNITED STATES SENATOR | — | — |
| JUAN CORNILIO POLITO SANCHEZ | REPUBLICAN | San Juan | GOVERNOR | — | — |
| JULIA TONDALEAH BROWN | DEMOCRAT | Dona Ana | County Commissioner | District 3 | — |
| KEN GALLEGOS MIYAGISHIMA | DECLINE TO STATE (DTS) | Dona Ana | GOVERNOR | — | — |
| LINDA LOU ECKERT | REPUBLICAN | Union | Magistrate Judge | — | — |
| MARY LOUISE MEADE | DECLINE TO STATE (DTS) | Luna | County Commissioner | District 1 | — |
| MICHAEL J VIGIL | FORWARD | Bernalillo | STATE AUDITOR | — | — |

| Candidate Name | Party | County | Contest | District | Division |
|---|---|---|---|---|---|
| MIRA OCONNELL | DECLINE TO STATE (DTS) | Bernalillo | UNITED STATES SENATOR | — | — |
| PATRICIA SUSAN KIMBLE | DECLINE TO STATE (DTS) | Dona Ana | County Commissioner | District 3 | — |
| PHOENIX K ALTAIR | OTHER | Valencia | UNITED STATES REPRESENTATIVE | District 2 | — |
| RHETT ARTHUR TRAPPMAN | LIBERTARIAN | Sandoval | UNITED STATES SENATOR | — | — |
| ROBERT JASON VAILLANCOURT | LIBERTARIAN | Bernalillo | STATE AUDITOR | — | — |
| RODERICK A SAINT | DECLINE TO STATE (DTS) | Otero | County Sheriff | — | — |
| SCOTT V CONNER | OTHER | Cibola | GOVERNOR | — | — |
| STEPHEN P CURTIS | LIBERTARIAN | Bernalillo | JUDGE OF THE COURT OF APPEALS | — | — |
| TRISTAN S KUMAR | DECLINE TO STATE (DTS) | Bernalillo | GOVERNOR | — | — |
| WILLIAM GLENN MOON | DECLINE TO STATE (DTS) | McKinley | STATE REPRESENTATIVE | District 6 | — |
| ZACHARY P WITHERS | DECLINE TO STATE (DTS) | Bernalillo | STATE REPRESENTATIVE | District 22 | — |