**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| LIBERTARIAN NATIONAL, COMMITTEE INC., | \| |
| | \| |
| Plaintiff, | \| CIVIL ACTION NO.: |
| | \| 1:26-cv-01562-MIS-KK |
| v. | \| |
| | \| |
| LIBERTARIAN PARTY OF NEW MEXICO, et al, | \| |
| | \| |
| Defendants. | \| |
| | \| |

**DEFENDANTS' WITNESS LIST**

Defendants submit the following list of witnesses who may be called to testify at the hearing on the motion for preliminary injunction on June 15, 2026.

1. Caryn Ann Harlos

2. Dereck Scott

3. Evan McMahon

4. Bret Konsavage

5. Chris Luchini

Defendants reserve the right to call any witnesses necessary for rebuttal or authenticity of documents.

Defendants further request the Court to exclude all testifying witnesses from the courtroom so that they cannot hear other witnesses' testimony under Rules of Evidence 615, including orders

1

2

to prohibit disclosure of trial testimony to witnesses who are excluded from the courtroom, and

prohibit excluded witnesses from accessing trial testimony under Rule 615(b)(1)-(2).

Dated: June 12, 2026                    Respectfully submitted,

/s/ Alicia I. Dearn
Alicia I. Dearn, DNM Bar No. 26-370
4428 Louisiana Ave
Saint Louis, MO 63111
(314) 887-1100
notices@dearnlaw.com

Attorney for Defendants
Libertarian Party of New Mexico,
Chris Luchini, Laura Burrows, Paul
McKenney, Frederick Snoy, and James
Wernicke