**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

CASE NO.    **26-1562 MIS**                                DATE:    **June 15, 2026**

**Time in court:   2 hours, 13 minutes**

TITLE:    **Libertarian Nat'l Committee v Libertarian Party of NM**

COURTROOM CLERK:    **Jessica Chavez**          COURT REPORTER:    **Andre Lynch**

( ) Albuquerque    ( X) Las Cruces    ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered                    INTERPRETERS:    **none**


ATTORNEYS PRESENT FOR PLAINTIFF(S):        ATTORNEYS PRESENT FOR DEFENDANT(S):
   **Billy Trabaudo**                             **Alicia Dearn**


TYPE OF PROCEEDING:          Preliminary Injunction (Evidentiary)


PROCEEDINGS:

1:33 PM Court in session

Counsel enters appearance

Mr. Trabaudo:    argument trademark infringement.

1:43 pm Mr. Trabaudo calls Dereck Scott W1 (Sworn)    Direct examination.

Plaintiff exhibit 6 -   Libertarian Party of NM facebook screenshot.

> Mr. Trabaudo moves Plaintiff exhibit 6

> Ms. Dearn objection

> Court Admits Plaintiff exhibit 6

1:58 pm Plaintiff exhibit 7 Screen shot wayback machine archive (history page Libertarian Party)

> Mr. Trabaudo moves Plaintiff exhibit 7

> Ms. Dearn no objection

> Court Admits Plaintiff exhibit 7

2:03 pm Plaintiff exhibit 4 Libertarian Party Donation Page

> Mr. Trabaudo moves Plaintiff exhibit 4

> Ms. Dearn no objection

Court Admits Plaintiff exhibit 4

Pass W1


2:05 pm Cross examination W1, Mr. Scott by Ms. Dearn.

Pass W1

Court excuses   W1


2:10 pm Mr. Trabaudo calls Caryn Harlos W2 (Sworn)    Direct examination.

2:13 pm Plaintiff exhibit 1, Newsletter March 1972

Mr. Trabaudo moves Plaintiff exhibit 1

Ms. Dearn no objection

Court Admits Plaintiff exhibit 1

2:16 pm Plaintiff exhibit 3,   page out of newsletter

Mr. Trabaudo moves Plaintiff exhibit 3

Ms. Dearn objection

Mr. Trabaudo relevance

W-2, Ms. Harlos   Date of newsletter Nov/December 1972

Ms. Dearn no objection

Court Admits Plaintiff exhibit 3

2:20 pm Plaintiff exhibit 8, Petition for affiliation (State of Wyoming

Mr. Trabaudo moves Plaintiff exhibit 8

Ms. Dearn objection, relevance

Mr. Trabaudo argument

Court Admits Plaintiff exhibit 8.

Pass W2


2:24 pm Cross examination W2, Caryn Harlos by Ms. Dearn

Pass W2


2:36 pm ReDirect examination W2, Caryn Harlos by Mr. Trabaudo.

PassW2

Court excuses W2

Mr. Trabaudo    Will rest on declaration

2:38 pm    Ms. Dearn calls Chris Luchini W3 (Sworn) Direct examination.

2:40 pm    Defense exhibit 1 NM Sec State certification – 8/8/72

       Ms. Dearn move Defense exhibit 1

       Mr. Trabaudo no objection

       Curt Admits Defense exhibit 1

2:45 pm Defense exhibit 5    screen shot listing of candidates

       Ms. Dearn moves Defense exhibit 5

       Mr. Trabaudo objection relevance

       Ms. Dearn relevance

       Court Admits Defense exhibit 5

2:55 pm Defense exhibit 2    LPNM website page with disclaimer

3:09 pm Defense exhibit 3, LNC cease and desist 10/4/22.

       Ms. Dearn moves Defense exhibit 3

       Mr. Trabaudo no objection

       Court Admits Defense exhibit 3

3:11 pm Defense exhibit 4, LPNM 8/25/22 New release

       Ms. Dearn moves Defense exhibit 4

       Mr. Trabaudo no objection

       Court Admits Defense exhibit 4.

Pass W3

3:14 pm Cross examination W3, Chris Luchini by Mr. Trabaudo.

Pass W3

Court excuses W3

3:25 pm Ms. Dearn argument

3:40 pm Mr. Trabaudo response


3:45 pm Matter under advisement.   Court will file order.


3:46 pm Court adjourned