## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

LIBERTARIAN NATIONAL,
COMMITTEE INC.,

      Plaintiff,

  v.

LIBERTARIAN PARTY OF
NEW MEXICO, et al,

      Defendants.

CIVIL ACTION NO.:
1:26-cv-01562-MIS-KK

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August 2026, I caused Defendants' Rule 1-026(a)(1) Initial Disclosures to be served via email on counsel of record.

Dated: August 3, 2026

Respectfully submitted,

/s/ Alicia I. Dearn
4428 Louisiana Ave
Saint Louis, MO 63111
(314) 887-1100
notices@dearnlaw.com

Attorney for Defendants
Libertarian Party of New Mexico,
Chris Luchini, Laura Burrows, Paul
McKenney, Frederick Snoy, and James
Wernicke

1