**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable John F. Robbenhaar**
**United States Magistrate Judge**

**Clerk's Minutes**

26cv1562 MIS/JFR
*Libertarian Nat'l Committee, Inc. v. Libertarian Party of New Mexico et al.*
Monday, August 3, 2026, at 10:30 a.m.

**Plaintiff's Attorneys Present:**                                  Benjamin W. Allison
                                                                    Clifford D. Hyra

**Defendant's Attorney Present:**                                   Alicia I. Dearn

**TYPE OF PROCEEDING:**   Telephonic Informal Discovery Dispute Status Conference
                          Total Time – 5 Minutes

**COURT'S NOTES/RULINGS:**

- At the request of Plaintiff's counsel, the Court set the present telephonic informal discovery dispute status conference to discuss Defendant's failure to timely produce initial disclosures.

- Defendant's counsel informed the Court that Defendant served initial disclosures this morning. Plaintiff's counsel affirmed that Plaintiff received Defendant's initial disclosure and that it resolved the purpose behind today's hearing.

- The Court encouraged the parties to better communicate and work together to ensure that the Court does not set unnecessary hearings.

- Plaintiff's counsel asked Defendant's counsel a question regarding the verbiage used in the initial disclosures. Counsel agreed to independently discuss this question after the status conference.

- There being nothing further, the Court concluded the informal discovery dispute conference.